

# Francisco J. Diaz, MD FCAP

Anatomic and Forensic Pathology Consultant, LLC

82 I St. SE #502

Washington, DC. 20003

(734) 620-1774

February 19, 2018

Kevin M. Carnie Jr., Esq.
800 Market Street. Suite 1700
St. Louis, MO. 63101

**RE: Gilbert, Nicholas**
**Our file: 1565**

Dear Mr. Carnie:

You have retained me as an expert and consultant in forensic pathology for the above referenced case. I have reviewed reports, photographs and depositions pertaining to the death of Mr. Nicholas Gilbert who was pronounced dead in the State of Missouri on the 8th of December of the year 2015. You have further requested that I write an opinion letter stating my credentials and giving my expert opinion as the cause and manner of death.

## Credentials

I am a practicing forensic pathologist. I have been in practice for nearly 20 years. As such I have performed 9000 post-mortem examinations and testified in circuit court in approximately 400 occasions. I have also provided testimony in depositions in excess of 100 times. I finished training in forensic pathology at the office of the chief medical examiner in the city and county of Philadelphia, Pennsylvania in affiliation with the Medical College of Pennsylvania (now Drexel) from 1999-2001. Before that I trained in anatomic pathology at Conemaugh Memorial hospital in affiliation with Temple University in the city of Johnstown, Pennsylvania. I attended medical school in my native country, Dominican Republic where I obtained MD degree and went unto pursuing training in the U.S. after being certified by the educational commission for foreign medical graduates



PLAINTIFF'S
EXHIBIT

1

I am certified by the American Board of Pathology in Anatomic and Forensic pathology.
From January 2012-2017 I held a faculty appointment with the University of Michigan School of
medicine. As of July 2017 I hold a faculty appointment at George Washington university school
of medicine. I have active licenses in the District of Columbia, Michigan, Ohio and
Pennsylvania.
I have published numerous original articles in peer reviewed journals and presented in local,
regional, national and international conferences. My curriculum vita is attached.


## Records Reviewed

I have reviewed the following records:

- Deposition transcript of Bryan Lemons
- Deposition transcript of Erich VonNida
- Deposition transcript of Jason King
- Deposition transcript of Ronald Berman
- Deposition transcript of Joe Stuckey
- Deposition transcript of Justin Clerkley
- Deposition transcript of Michael Cognasso
- Deposition transcript of Phillip Washington
- Deposition transcript of Veronica Wilburn
- Complaints of:
  - Ronald Bergman
  - Michael Cognasso
  - Roland DeGregorio
  - Jason King
  - Bryan Lemons
  - Kyle Mack
  - Zachary Opel
  - Joe Stuckey
  - Paul Wactor
- Defendants' Bergmann, City of St. Louis, Cognasso, DeGregorio, King, Lemons,
  Mack, Opel, Stuckey, VonNida and Wactor's Objections and Responses to
  Plaintiffs' Interrogatories and Requests for Production

- Autopsy Report and photographs
- Documents received from the St. Louis Police Department
- Complaint
- Case Management Order
- Records from Abbott Ambulance
- Records from Barnes-Jewish Hospital
- Records from SLU Hospital

### Opinion and Summary

Nicholas Gilbert was a twenty-seven-year-old male who was pronounced dead on the 8th of
December of 2015 at 7:32 PM in the city of St. Louis, Missouri. The office of the Medical
Examiner was notified of his death at 8:16 PM on that day. An autopsy was performed the
following day and the pertinent findings are as follows:

a) Laceration and contusion, right brow, 3 cm.
b) Contusion, right malar eminence, 4 cm.
c) Contusion, left brow
d) Contusion, left temple, 4 cm.
e) Contusion, left malar eminence.
f) Abrasion, posterior left upper arm
g) Contusion, left dorsa wrist, 7 cm.
h) Contusion, left hand.
i) Contusions, right elbow.
j) Abrasions, right forearm.
k) Patterned marks, right wrist.
l) Contusions, posterior left thigh, 3-8 cm.
m) Contusions, left popliteal fossa.
n) Abrasions, left knee
o) Abrasions, right lower leg.
p) Contusions, left buttock.
q) Abrasions, right ankle.
r) Fracture, sternum.
s) Hemorrhage, left scapular area
t) Hemorrhage, soft tissues of right thorax
u) Coronary atherosclerosis with narrowing of 30% of two vessels and 85% on the third.
v) Pulmonary edema.
w) Brain edema.

Review of records and depositions indicated that on 12/08/2015 Mr. Gilbert was arrested and transported to a location where he was handcuffed to a bench. While handcuffed he was reportedly "acting weird" and it was reported that he removed his sweat pants and attempted to hang himself. Several officers entered his cell and he was handcuffed, shackled and physically restrained in a prone position by five or six officers. Records reviewed disclosed the events that transpired: "once the subject stopped resisting we rolled him on to his side", "when placed on his back he was not clearly breathing", "he was struggling until he stopped" "moved to his side and had no pulse".

Cardio-pulmonary resuscitation took place while on the cell until EMS arrived and Mr. Gilbert was taken to a local hospital where he was officially pronounced dead.

The Medical Examiner certified his cause of death as Arteriosclerotic cardiovascular disease, methamphetamine and forcible restraint and classified the manner of death as accident.

I respectfully disagree with the way the cause of death was worded and the classification of the manner of death for the following reasons: Mr. Gilbert was restrained by several individuals in a prone position. The forcible restraint included being handcuffed, shackled and the weight of the individuals on him while he is prone. As a result of the forcible restraint he sustained a constellation of injuries in numerous locations that corroborate the physical restraint. Mr. Gilbert also sustained inflicted trauma to his face that led to bleeding.

When an individual is forcible restrained in a prone position and weight of the restrainers is applied to the back, a cascade of events occur the most important of which is a mechanical impairment of breathing that leads to asphyxia.

For those reasons, it is my opinion that the cause of death should have been forcible restraint.

It is noteworthy that on autopsy Mr. Gilbert`s lungs weighed 1360 grams (average 400 grams) which indicates significant pulmonary edema and congestion and is further evidence that his lungs couldn't exchange air during the restraint and fluid accumulated instead.

Throughout the restraint Mr. Gilbert was cognizant of his predicament and his struggle is a direct reflection of his "air hunger."

Post mortem toxicology test results disclosed the presence of amphetamine and methamphetamine in blood. Amphetamine levels are difficult to interpret due to known post mortem redistribution issues. The best way is to compare and contrast blood samples from different anatomic areas.

It is my opinion that the cause of death should be forcible restraint inducing asphyxia with arteriosclerotic cardiovascular disease and amphetamine use as underlying factors.

All the opinions proffered by me are based on my education; training and experience are with a reasonable degree of medical certainty. I reserved the right to modify the opinions if new information arises.

Cordially,

Francisco J. Diaz, MD FCAP

# Francisco J. Diaz, MD, FCAP

## CURRENT CLINICAL AND ADMINISTRATIVE POSITIONS

**Medical Director and  Deputy Chief Medical Examiner.**
Office of the Chief Medical Examiner.
Washington, DC.
Dates:June- 2017-Present
**Duties:** Directing Forensic Pathology, Death Investigation, Anthropology, Histology,
Mortuary and Imaging divisions.

## FORMER  CLINICAL POSITIONS

*Assistant Medical Examiner*: *Office of the Medical Examiner, Wayne County, Michigan.*
*Dates*: July 2001-July 2017.
Performed 8000 post-mortem examinations. Testified in Circuit Court and Federal Court
on approximately 400 occasions.

**Deputy Medical Examiner**: *Office of the Medical Examiner, Washtenaw County,*
*Michigan.*
Dates: January 2015-July 2017.
Performed post-mortem examinations when the office needed coverage.

## FORENSIC PATHOLOGY TRAINING

Office of the Chief Medical Examiner. City and County of Philadelphia.
Philadelphia, Pennsylvania.
Academic affiliation: *Medical College of Pennsylvania (Now Drexel).*
Dates: 1999-2001

## ANATOMIC PATHOLOGY TRAINING
Conemaugh Memorial Medical Center, Johnstown, Pennsylvania in affiliation with Temple University.
Dates: 1995-1999.

## MEDICAL SCHOOL
Instituto Tecnologico de Santo Domingo.
Santo Domingo, Dominican Republic.
Graduated: 1989.

## LICENSURES

- Michigan (4301077331). 2001-2020
- Pennsylvania (MD066707L). 1998-2018
- Ohio (35.129958). 2016-2020
- District of Columbia (045148) 2017-2018

## CERTIFICATIONS

-*American Board of Pathology*: **Anatomic Pathology**
**Forensic Pathology**
-Educational Commission for Foreign Medical Graduates (ECFMG)
-Federal Licensing Examination (FLEX).

## ACADEMIC APPOINMENTS

**Clinical Assistant Professor:** George Washington University School of Medicine. Washington, DC.
Dates: July 2017-Present

**Assistant Professor, Clinical track**: University of Michigan School of Medicine
Dates: January 2012-2017.

*Pathology Residency site coordinator:*
Henry Ford Hospital Pathology Residency.
St. John Hospital Pathology Residency
Beaumont Hospital Pathology Residency
Dates: 2010-2017

*Instructor Pathology Residency Program*
Detroit Medical Center Pathology Residency
University of Michigan Pathology Residency
Dates: 2010-2017

*Adjunct Clinical Preceptor*
Kirksville Osteopathic School of Medicine

*Medical Student teaching*
Instructor for rotating medical students:
Wayne State School of Medicine 2001-present
Michigan State Osteopathic Medical School 2001-present
Kirksville Osteopathic Medical School. 2001-present

University of Michigan School of Medicine
Second year lecture in Cardiovascular Pathology
2014-2017

## *Hospital Privileges*

-University of Michigan Health System. (UMHS)
 Dates: 2012- 2017

## MEMBERSHIPS

- College of American Pathologists, *Fellow*
- National Association of Medical Examiners, *Fellow*
- American Academy of Forensic Sciences, *Associate member*
- American Medical Association, *Member*
- Michigan Association of Medical Examiners (MAME), *Member*

## EDITORIAL BOARDS

-Journal of Emerging Forensic Sciences Research.
 University of Windsor, Ontario, Canada.
 2016-present

-The Forensic Examiner journal.
 2006- 2009

-Dovemed.com.

Medical advisory board member and guest contributor.
2015- Present

## ADVISORY BOARD MEMBERSHIPS

**Wayne State University**
Detroit, Michigan
Eugene Applebaum School of Pharmacy and health sciences
Pathologist assistant program. 2016-present

**Baker College**
Allen Park, Michigan
School of Allied Health. Medical laboratory technician.
2016-Present

## NATIONAL COMMITTEE POSITIONS

- **Membership and Credentials**. National Association of Medical Examiners (NAME), 2014-present.
- **Government Affairs**. National Association of Medical Examiners (NAME). 2014-present.
- **Deaths in Custody**. National Association of Medical Examiners (NAME). 2014-present.

# NATIONAL LEADERSHIP, COLLEGE OF AMERICAN PATHOLOGISTS

-Training at college of American Pathologists (CAP):
  **Engaged leadership academy (ELN)**

-College of American Pathologists (CAP), Member of engaged leader network

# REGIONAL LEADERSHIP POSITIONS

-Michigan Association of Medical Examiners (MAME).
Executive Committee, Member at large.
2016-present.

# LOCAL/REGIONAL COMMITTEE POSITIONS

- Detroit/Wayne County Drug Surveillance Group.
-Wayne County child death review team.

# INVITED INTERNATIONAL PRESENTATIONS

-Guest speaker. VIII congreso internacional de medicinal legal y Ciencias forenses.
  "Gunshot wounds" 1. On decomposed bodies. 2. General overview.
  **Panama City, Panama.**
  October 6, 2017.

-Guest speaker at IX curso de Verano de Medicina Forense.
  **Universidad La Rioja. Logroño, Spain.**
  "Gunshot wounds: 1. Craneal injuries. 2. Entrance and Exit wounds."
  September 29, 2017.

-Guest speaker at XXXI Jornadas Medico Legales. **Punta Arenas. Costa Rica.**
  "Advances of Forensic Pathology in North America."
  August 25, 2017.

  "Roundtable discussion on sudden cardiac death."
  August 27, 2017.

-Guest speaker at Spanish Society of Anatomic Pathology **(SEAP)**
  And Spanish society of forensic pathology **(SEPAF)**
  "Evaluation of gunshot wounds in decomposed and burned bodies
  "Evaluation of wounds produced by high power rifles"
  **Valencia, Spain**. May 2017.


-*Current trends in drug related deaths.*
  Keynote speaker.
  Forensic science conference.

University of **Windsor. Ontario, Canada.**
April 7, 2017

-*Elderly Homicide in Wayne County, Michigan. A 20 year retrospective study.*
 Galician Forensic Society. **Ourense, Galicia, Spain.**
 October 16, 2015.

-*Drug related deaths in southeastern Michigan.*
 Spanish Society of Anatomic Pathology,
 Biennial meeting. May 20-23, 2015. **Santander, Spain.**

-*Fibromyalgia as a cause of death.*
 Spanish Society of Anatomic Pathology
 Biennial meeting. May 20-23, 2015. **Santander, Spain.**

-*Sudden Deaths in Sports in a Medical Examiner Setting.*
 Presentation before the biennial meeting of the European Association
 For Cardiovascular Pathology.
 **Cadiz, Spain.** October 2012.

## INVITED NATIONAL/ REGIONAL/LOCAL PRESENTATIONS

-Guest speaker at Washington regional transplant center (WRTC) 5th Synergy
Symposium: November 3, 2017.

-Guest speaker at George Washington school of forensic sciences. Mount Vernon campus October 31, 2017.

-Guest speaker at Wayne State University School of mortuary sciences.
   "The drug epidemic" June 2017.

-Guest speaker at Wayne State University "41st Medico legal seminar"
   Current trends in drug related deaths.
   Dearborn, Michigan. May 2017.

-Keynote speaker at Pennsylvania coroners association annual meeting.
   Johnstown, Pennsylvania. March 2017.

-Keynote speaker at FBI regional training seminar.
   "Autopsy and death investigations".
   Dearborn, Michigan. November 2016.

-Guest speaker at Michigan association of Medical Examiners (MAME) annual meeting.
   "Recovery of anatomic specimens at a Detroit warehouse".
   November 2016.

-Guest speaker at Forensic Nurse seminar. Wayne County. "Deaths in Custody"
   September 2016.

-Guest speaker at Wayne State University. Mortuary and forensic sciences school.
"Medicolegal systems of investigation. July 6, 2016.

-Guest speaker at Wayne State University Death Investigation Seminar.
   "BackPage murders and human trafficking" April 2016.

-Guest speaker at School of Liberal Arts. Henry Ford College.
   March 2016.

-Keynote Speaker at Annual Pennsylvania Coroner's Law Enforcement
Seminar. March 2013. Johnstown, PA.


-Keynote speaker for the annual meeting of the Funeral Consumer Information Society.
Michigan chapter. April 2012.


-Death in Custody: The Wayne County Experience.
Annual conference of the College of Forensic Examiners.
Orlando, FL. 2006.

## REGIONAL ACADEMIC SPEAKING ENGAMENTS

-Georgetown Hospital department of Pathology
Lecture to Pathology residency program.
"Forensic Pathology for the AP boards".
July 24, 2017.


-Mount Sinai Medical Center department of Pathology.
Lecture to Pathology residency program.
"Forensic Pathology for the AP boards".
March 10, 2017.



## LOCAL ACADEMIC SPEAKING ENGAGEMENTS

-Wayne County Medico-legal annual death investigation course
"Time of death". September 2001.

-Wayne County Medico-legal annual death investigation course
"Drowning" September 2002.


-Wayne County Medico-legal annual death investigation course
"Time of death" and "Drowning. October 2003.


-Wayne County Medico-legal annual death investigation course

"Sharp force injuries" October 2005.

-Wayne County Medico-legal annual death investigation course
"Deaths in custody". October 2006.


-Wayne County Medico-legal annual death investigation course
"The medical examiner system" October 2007.

-Wayne County Medico-legal annual death investigation course
"Time of death". October 2008.

-Wayne County Medico-legal annual death investigation course
"Drowning". September 2009.


-Wayne County Medico-legal annual death investigation course
"Deaths in custody". September 2010.

-Wayne County Medico-legal annual death investigation course
"Deaths in custody" and time of death" September 2011.

-Wayne County Medico-legal annual death investigation course
"Deaths in Custody" September 2012.

-Wayne County Medico-legal annual death investigation course.
"Deaths in Custody and Time of death" October 2013.


-Wayne County Defense Bar Association.
"Overview of Medico-legal death investigation".
2004, 2007, 2011.


-Hospice Nurse Seminar at the Medical Examiner's Office.
May 2015.


-University of Detroit Forensic Odontology Course.
"Forensic Pathology" 2004.

-Advances in Forensic Medicine and Pathology.  University of Michigan
"Demographics of drug deaths".

Ann Arbor, MI. May, 2015.

-Wayne County Medico-legal annual death investigation course
 "Deaths in custody". November 2015.

-Advances in Forensic Medicine and Pathology. University of Michigan.
 "Interagency cooperation on the recovery of anatomic specimens.
 May 2016.

## PEER REVIEWED PUBLICATIONS

- Basal ganglion hemorrhage as complication of diethylene glycol ingestion.
  Gupta A. Diaz FJ. Lal A. Sung L, Aaron, C.
  Am J forensic Med Pathol. 38(1):39-42, March 2017.

- Commode Cardia-Death by Valsalva maneuver: A case series.
  Fisher-Hubbard A, Kesha K, **Diaz FJ**, Njiwaji C.
  J Forensic Sci, November 2016, Vol. 61, No. 6

- MDMA Abuse, intercourse and aneurysm rupture: A case report.
  Roquero L. Hargreaves A. **Diaz FJ**

The Forensic Examiner Journal. August 2016. Epub.

- Fibromyalgia: Comorbidity or a psychosomatic symptom of depression leading to the abuse of opioids?
  **Diaz FJ**,Njiwaji C, Sung L.
  Acta Medica International. 2016;3(1):107-110.

- Fatal Liver Cyst Rupture Due to Anabolic Steroid use: A case presentation.
  **Diaz FJ**, Hansma P, Njiwaji C.
  Am J Forensic Med Pathol. March 2016. Vol 37. Issue 1. Pp 21-22.

- Cohabitation with the dead: Unusual cases from the Wayne County Office of the Medical Examiner.
  Loewe C, **Diaz F**, Hargreaves A.
  The Forensic Examiner Journal. Winter edition. 2015.

- Takayasu arteritis of the coronary arteries presenting as sudden death in a white teenager.
  Hlavaty L, **Diaz F**, Sung L.
  Am J Forensic Med Pathol.
  September 2015. Vol 36. Pg 221-223

- Agonal thrombi at autopsy.
  Hansma, P; Powers, S, **Diaz, F**.
  Am J forensic Med Pathol .
  September 2015. Vol 36. Pg 141-144.

- Sudden infant death due to hypertrophic cardiomyopathy in two siblings of Arab Descent
  Gupta A, **Diaz FJ**, Rabah R, Schmidt, CJ.
  Arch Pathol Lab Med vol 137. Page 1471.

- Unusual cases of asphyxia
  **Diaz, FJ** Loewe, C:
  The Forensic Examiner Journal.
  Winter 2009 edition. Pages 38-41

- Fatal Pit-bull Maulings in Detroit.
  Loewe, C, **Diaz FJ**, Bechinski, J.
  Am J forensic Med Pathol . 2007 Dec; 28(4):356-60.

- LAP-banding obesity: a case of stomach perforation, peritonitis, and death.
  Loewe C, **Diaz FJ**, Jackson A:
  Am J Forensic Med Pathol. 2005 Sep; 26 (3):297-301.

- Death caused by myocarditis in Wayne County, Michigan: a 9-year retrospective Study.
  **Diaz FJ**, Loewe C, Jackson A:
  Am J Forensic Med Pathol. 2006 Dec; 27 (4):300-3.

- Nitric oxide synthase as a marker in colorectal carcinoma
  Lagares-Garcia JA, Moore RA, Collier B, Heggere M, **Diaz F**, Qian F.
  Am Surg. 2001 Jul;67(7):709-13.

- Colonoscopy in octogenarians and older patients.
  Lagares-Garcia JA, Kurek S, Collier B, **Diaz F,** Schilli R, Richey J, Moore
  Surg Endosc. 2001 Mar; 15(3):262-5.


- Axillary lymph node dissection in breast cancer: an evolving question?
  Lagares-Garcia JA, Garguilo G, Kurek S, LeBlond G, **Diaz F.**
  Am Surg. 2000 Jan; 66(1):66-72.


## OTHER PUBLICATIONS

Elderly Homicide: 20 year retrospective study in Wayne County, Michigan, USA.
Medicina Y Psicologia Forense del Anciano.
Edited by Asociacion Galega de Medicos Forenses.
VI congress report.
**Diaz FJ.**
Pages 69-78.


## PRESENTATIONS AT NATIONAL/INTERNATIONAL MEETINGS

Deaths in Custody. Incarcerated. Investigation, autopsy protocol, death certification and
surveillance and media and public relations.
Francisco J. Diaz, MD and Tanisha Henson, MFS.

Presentation at National Association of Medical Examiners (NAME) interim meeting. New Orleans, LA. February 2017.

Non-Rheumatoid Fibrinous Pericarditis:  A Medical Examiner Quest with an update on Myocarditis and Use of Molecular Diagnostic Techniques.
Avneesh Gupta, MD; Kilak Kesha, MD; **Francisco J. Diaz, MD**; Carl J. Schmidt, MD
Presentation at the American Academy of Forensic Sciences.
Las Vegas, Nevada. February 2016.

Interagency cooperation in the recovery of anatomic specimens.
**Diaz F**, Larsen L, Sung L, Schmidt, C
Presentation at the annual meeting of the National Association of Medical Examiners (NAME). Charlotte, North Carolina. October 2015.

Multiple Self-Inflicted Gunshot Wounds: Case Series with Review of Literature
Avneesh Gupta, MD; Puneet Setia, MD; Vera Mendes-Kramer, MA;
Andrea M. Jackson, BA; Kilak Kesha, MD; **Francisco-J. Diaz, MD**
Platform presentation and abstract at the American Academy of Forensic Sciences.
Orlando, Florida. February 2015.

Fibromyalgia: The nature of its involvement in death.
**Diaz, F**, Sung L.
Platform presentation and abstract. National Association of Medical
Examiners (NAME). Annual meeting. Portland, Oregon. September 2014.

Ruptured aneurysm, MDMA use and intercourse.
Hansma P, **Diaz F.**
Platform presentation and abstract. National Association of Medical
Examiners (NAME). Annual meeting. Portland, Oregon. September 2014.

A case of fatal hemoperitoneum due to liver cyst rupture in user of anabolic steroids.
Hansma P, **Diaz F.**
Abstract: National Association of Medical Examiners (NAME) annual meeting.
Portland, Oregon. September 2014.

Agonal thrombi at autopsy.
Hansma P, Powers S, **Diaz F.**
Abstract: National Association of Medical Examiners (NAME) annual meeting.
Portland, Oregon. September 2014.

Trends in suicide: An 11-year retrospective review from the Wayne County
Medical Examiner's Office.
Gupta A, Mendes-Kramer V, Jackson A, Szymanski L, **Diaz FJ.**
Platform presentation and abstract. American Academy of Forensic Sciences.
Annual meeting. Seattle, Washington. February 2014.

Commode Cardia-Death by Valsalva maneuver: A case series.
Fisher-Hubbard A, Kesha K, **Diaz FJ**, Njiwaji C.
Platform presentation and abstract. American Academy of Forensic Sciences.
Annual meeting. Seattle, Washington. February 2014.


Significance of Suicide Note in forensic autopsies: An 11-year retrospective
Review in Wayne County and Monroe County, MI.
Gupta A, Mendes-Kramer V, Jackson A, Singh S, **Diaz FJ.**
Platform presentation and abstract. American Academy of Forensic Sciences.
Annual meeting. Seattle, Washington. February 2014.


Significance of Suicide Note in forensic autopsies: An 11-year retrospective
Review in Wayne County and Monroe County, MI.
Gupta A, Lal A, Sung, L, **Diaz FJ.**
Abstract presented at the annual meeting of the National Association of Medical
Examiners (NAME). Milwaukee, Wisconsin. October 2013.


Sudden Deaths in Sports in a Medical Examiner Setting.
**Diaz FJ** and Schmidt CJ.
Presentation at the European Association for Cardiovascular Pathology.
Cadiz, Spain. October 2012


Lorazepam Intoxication. Presentation before the American Academy of Forensic
**Diaz FJ,** Marinetti L, Isenchmid D.
Sciences (AAFS). Chicago, IL. February 2003.

## MODERATOR AT NATIONAL MEETINGS

Session moderator. Pathology/Biology section. 68th Annual meeting of the American Academy of Forensic Sciences (AAFS). Las Vegas, Nevada. February 2016.

## Publications on digital media

- "My take on the rise of opiate related deaths".
  Dovemed.com. November 2015.

- "Death of Prince: A forensic pathologist perspective
  Dovemed.com. June 2016.

- "Sudden cardiac deaths of young athletes".
  Dovemed.com. February 2017.

- "The forensic pathologist as an expert witness.
  Theexpertinstitute.com blog. November 2016.

## AWARDS

-Spirit of Detroit award, Detroit city Council resolution. 2003

-Angel of Mercy award (SOSAD).  2003

-America's top Physician award (consumer research council), 2006

-Best presentation award. Galician association of forensic physicians. Ourense, Galicia, Spain. October 2015.