## ST. LOUIS POLICE DEPARTMENT – FIELD BOOKING FORM

| DISTRICT | BOOKING APPROVED BY | CAUTION CODES A. D. E. I. M. O. S. X | ARREST REGISTER # | COMPLAINT NUMBER |
|---|---|---|---|---|
| 3 | Binz 5981 | | | 15-62029 |

| LAST NAME | FIRST NAME | MIDDLE | JR/SR |
|---|---|---|---|
| Gilbert | Nicholas | Brian | |

| RACE | SEX | DATE OF BIRTH | POB | MARITAL STATUS S M W D X | HEIGHT | WEIGHT | COMPLEXION | EYES | HAIR | BUILD |
|---|---|---|---|---|---|---|---|---|---|---|
| W | M | 7/20/88 | MO | S (X) | 5'3 | 160 | fair | bro | blk | med |

| SOCIAL SECURITY NO. | OPERATOR'S LICENSE NUMBER | STATE | YEAR |
|---|---|---|---|
| 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 | S178129011 | MO | 2019 |

| RESIDENCE ADDRESS | CITY | STATE | ZIP CODE | (A.C.) HOME PHONE |
|---|---|---|---|---|
| 3428 Dunnica | St Louis | MO | 63116 | |

| OCCUPATION | EMPLOYER NAME - PRESENT OR LAST | UNEMPLOYED |
|---|---|---|
| | | yes |

| BUSINESS ADDRESS | CITY | STATE | ZIP CODE | (A.C.) BUSINESS PHONE |
|---|---|---|---|---|
| | | | | |

| ARREST TIME | ARREST DATE | DOMESTIC INC. | ARRESTING OFFICER | DSN | ASG. |
|---|---|---|---|---|---|
| 1335 | 12/8/15 | no | Cora | 8784 | 303 |

| ASSIST 1 | DSN | ASSIST 2 | DSN | ASSIST 3 | DSN |
|---|---|---|---|---|---|
| Davis | 11146 | | | | |

| ADDRESS OF ARREST (NUMERIC ADDRESS) |
|---|
| 3932 Missouri |

| PHONE CALL REQUESTED – NAME | ADDRESS | (A.C.) PHONE NUMBER | COMPLETED BY DSN | TIME |
|---|---|---|---|---|
| none @ this time | | | 11146 | 1508 |

SIGNATURE & DSN / ARRESTING OFFICER: Cora 8784/303
SIGNATURE & DSN / SEARCHING OFFICER: Cora 8784

| CHARGE DESCRIPTION | MO. CHARGE CODE | DATE OF OFFENSE | TYPE | DOCUMENT NUMBER | COURT # | COURT DATE | CT TIME |
|---|---|---|---|---|---|---|---|
| 1 Trespassing F M(C) | 71301990 | 12/8/15 | CN | 15-62029 | 3 | 1/14/16 | 3:00 pm |
| 2 Occupy Condmnd Building F M(C) | 86013990 | " | " | " | " | " | " |
| 3 FTA F M(C) | 76051154 | 3/28/13 | A16 | W03398765 | Wentzville PD | | |
| 4 F M C | | | | | | | |
| 5 F M C | | | | | | | |
| 6 F M C | | | | | | | |
| 7 F M C | | | | | | | |
| 8 F M C | | | | | | | |
| 9 F M C | | | | | | | |

| ALIAS NAME | ADD'L DOB | ADD'L SOC. SEC. NO. | TRACKING # |
|---|---|---|---|
| | | | |

SCARS, MARKS, TATTOOS, AMPUTATIONS (DESCRIPTION & LOCATION)

SUMMARY OF ORIGINAL INCIDENT (DESCRIBE INCIDENT - NOT JUST "WANTED CARD", "INVESTIGATION" OR "ON-VIEW")
call for a prowler, subject living in a condemned building

I CERTIFY THAT ALL MY PERSONAL INFORMATION ON THIS FORM IS CORRECT. I UNDERSTAND THAT ANY FALSE STATEMENTS ARE PUNISHABLE BY LAW - (RSMo. 575.060)

PRISONER'S SIGNATURE: Nicholas Gilbert

PAGE 1 OF 2

MPD FORM GEN-304 (R-6) 03/13

**PLAINTIFF'S EXHIBIT 1**

**CITY 00583**

Prisoner property taken when booked:

(1) wallet  (1) glasses  (1) no ID  (1) string
(1) lighter  (1) belt  (1) hat  (1) chapstick
(#) pack cigarettes  (2) shoelaces  (1) toy motorcycle  (1) pen summons

Property seized as evidence:

_Nicholas Gilbert_  
Prisoner's signature for property taken

_Carey 8784_  
Officer's signature

**Prisoner's Medical Condition:**

Prisoner's Current Health Condition  ☐ Excellent  ☐ Fair  ☒ Good  ☐ Poor
If Poor, describe:

Behavior and State of Consciousness  ☒ Cooperative  ☐ Combative  ☐ Disoriented  ☐ Alert  ☐ Other_____

Body Deformities or Amputations  ☐ Yes  ☒ No  (if Yes, describe)_____

Trauma Markings  ☐ Yes  ☒ No  (if Yes, describe)_____

Bruises, Lesions or Jaundice  ☐ Yes  ☒ No  (if Yes, describe)_____

Any medical conditions that affect ease of movement?  ☐ Yes  ☒ No  (if Yes, describe)_____

**Prisoner's Medicines**
Is prisoner taking any medicines (include both prescription and non-prescription medications)?  ☐ Yes  ☒ No   If yes, list all medicines:

_____ CHECK HERE IF NECESSARY TO PRINT LEFT HAND.
_____ IF NO PRINTS ACCOMPANYING, OFFICER MUST STATE REASON BELOW.

FINGERPRINTS
RIGHT HAND – 4 FINGERS
TAKEN SIMULTANEOUSLY.

MPD FORM GEN-304 (R-5) 09/11        PAGE 2 OF 2

CITY 00584

# ST. LOUIS METRO POLICE - PRISONER PROCESSING COPY

**ARREST NUMBER** 15/021749-3

| TRACKING NUMBER | 20/24 HOUR EXPIRATION | ARRESTING AGENCY'S ORI |
|---|---|---|
| T078814101 | 12/09/2015 13:35 | MOSPD0003 SL CITY DISTRICT 3 SL-CTY-PD |

| LID | CID | SID | FBI | FIT FOR CONFINEMENT |
|---|---|---|---|---|
| | | | | |

| LAST NAME | FIRST NAME | MIDDLE NAME | JR/SR | ALIAS(ES) / NICKNAME(S) |
|---|---|---|---|---|
| GILBERT | NICHOLAS | BRIAN | | |

No Image Available

| RACE | SEX | DOB | AGE | SOC | MARITAL |
|---|---|---|---|---|---|
| WHITE | MALE | 07/20/1988 | 27 | 496066026 | SINGLE |

| HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | POB | OLN | OLS | OLS |
|---|---|---|---|---|---|---|---|---|
| 5-01 | 160 | BROWN | BLACK | FAIR | MO | S178129011 | MO | |

| HOME ADDRESS | CITY | STATE | ZIP | PHONE | CAUTION CODES |
|---|---|---|---|---|---|
| 3428 DUNNICA | ST LOUIS | MO | | ( ) | |

| UNEMPLOYED | OCCUPATION | EMPLOYER |
|---|---|---|
| | | |

| BUSINESS ADDRESS | PHONE |
|---|---|
| | ( ) |

| EMERGENCY CONTACT | ADDRESS | PHONE |
|---|---|---|
| | | ( ) |

**SCARS / MARKS / TATTOOS (DESCRIPTION AND LOCATIONS), ARTIFICIAL BODY PARTS, AMPUTATIONS, DEFORMITIES**

| COMPLAINT NUMBER | DOMESTIC INCIDENT | ARRESTING OFFICER | DSN | ASGN | ASSISTING DSN(S) |
|---|---|---|---|---|---|
| 15-62029 | | CORA | 08784 | 303 | 11146 |

| LOCATION OF ARREST | ARREST DATE/TIME | BOOKED DATE/TIME | BOOKING OFFICER |
|---|---|---|---|
| 3932 MISSOURI MO | 12/08/2015 13:35 | 12/08/2015 16:45 | WILBURN |

| CHARGE | TYPE | DOC # | OFF DATE | OCN # | STATUTE | NCIC |
|---|---|---|---|---|---|---|
| 01-71301990 TRESPASSING 1ST DEGREE (C) | CN | 15-062029 | 12/08/2015 | | | 5799 |
| DISP | CAUSE NUMBER | REVISED: CHARGE DESC | COURT | COURT DATE | STATUTE | NCIC |
| CIT | | | CITY3 | 01/14/2016-15:00 | | |
| BOND-SURETY NAME | ADDRESS | | | | TYPE AMT | |

| CHARGE | TYPE | DOC # | OFF DATE | OCN # | STATUTE | NCIC |
|---|---|---|---|---|---|---|
| 02-86013990 OCCUPY CNDEM BUILDING (C) | CN | 15-062029 | 12/08/2015 | | 25.01.030S | 7399 |
| DISP | CAUSE NUMBER | REVISED: CHARGE DESC | COURT | COURT DATE | STATUTE | NCIC |
| CIT | | | CITY3 | 01/14/2016-15:00 | | |
| BOND-SURETY NAME | ADDRESS | | | | TYPE AMT | |

**REMARKS**
CALL FOR A PROWLER SUBJECT LIVING IN A CONDEMNED BLDG

## PRISONER'S MEDICAL CONDITION

DO YOU HAVE ANY MEDICAL CONDITIONS THAT WE SHOULD BE AWARE OF OR ARE YOU CURRENTLY TAKING ANY PRESCRIPTION MEDICATION?    ___ YES    X NO

MED REMARK

_[signature]_

FOR MEDICAL CONDITION PRISONER'S SIGNATURE

| HOW | DATE | TIME | RELEASED BY | RELEASE TO |
|---|---|---|---|---|
| | | | | |

I CERTIFY THAT MY NAME AND ALL PERSONAL INFORMATION ON THIS FORM IS CORRECT. I UNDERSTAND THAT FALSE STATEMENTS ARE PUNISHABLE BY LAW (RSMO 575.060)

_[signature]_
PRISONER'S SIGNATURE

_[signature]_ 2264/303
CHARGES APPROVED BY

12/08/2015   4:47 pm                Page 1 of 3                ARREST NUMBER 15/021749-3

**CITY 00585**

ST. LOUIS METRO POLICE - PRISONER PROCESSING COPY                ARREST NUMBER 15/021749-3

TRACKING NUMBER   T078814101

## PROPERTY LOCATION

TAG #        TYPE         STORAGE

**PROP REMARK**

SIGNATURE OF OFFICER RECEIVING PRISONER PROPERTY

PROPERTY TAKEN FROM PRISONER WHEN BOOKED

**PROPERTY SEIZED AS EVIDENCE:**

**MONEY**

| ITEM / COUNT / COLOR / CONDITION / REMARKS | ITEM / COUNT / COLOR / CONDITION / REMARKS |
|---|---|
| BELT / 01 / / / | |
| GLASSES / 01 / / / | |
| HAT / 01 / / / | |
| LIGHTER / 01 / / / | |
| SHOELACES / 01 / / / | |
| WALLET / 01 / / / | |

**GENERAL PROPERTY**   CIGARETTES MO ID TOY MOTORCYCLE STRING CHAPSTICK PEN SUMMONS BUTTON PENDANT

PRISONER'S SIGNATURE FOR PROPERTY TAKEN          SEARCHING OFFICER'S SIGNATURE          PRISONER'S SIGNATURE FOR PROPERTY RECEIVED AT TIME OF RELEASE

PROPERTY RELEASED TO OTHER THAN PRISONER

PRISONER'S SIGNATURE AUTHORIZING RELEASE OF PROPERTY          SIGNATURE OF PERSON RECEIVING PROPERTY

ADDRESS          OFFICER RECEIVING PROPERTY

## PRISONER'S AUTO TOWING OPTIONS

DISPOSITION OF PRISONER'S AUTO

__N__ TOWED FOR SAFEKEEPING PARKED AT

____ TURNED OVER TO
                NAME AND ADDRESS

## FINGERPRINTS

LEFT HAND, 4 FINGERS TAKEN SIMULTANEOUSLY          RIGHT HAND, 4 FINGERS TAKEN SIMULTANEOUSLY

12/08/2015   4:47 pm                Page 2 of 3                ARREST NUMBER 15/021749-3

CITY 00586

**ST. LOUIS METRO POLICE - PRISONER PROCESSING COPY**   ARREST NUMBER 15/021749-3

| TRACKING NUMBER | 24 HOUR EXPIRATION | | | | ARRESTING AGENCY'S ORI | |
|---|---|---|---|---|---|---|
| T078814101 | 12/09/2015 13:35 | | | | MOSPD0003 SL CITY DISTRICT 3 SL-CTY-PD | |
| LAST NAME | FIRST NAME | MIDDLE NAME | JR/SR | | ALIAS(ES) / NICKNAME(S) | |
| GILBERT | NICHOLAS | BRIAN | | | | |
| RACE | SEX | DOB | AGE | SOC | MARITAL | |
| WHITE | MALE | 07/20/1988 | 27 | 496066026 | SINGLE | |

| HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | POB | OLN | OLS | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 5-01 | 160 | BROWN | BLACK | FAIR | MO | S178129011 | MO | | | | |
| CHARGE | | | | | TYPE | DOC # | | OFF DATE | OCN # | STATUTE | NCIC |
| 03-76051154 FUG- OBSJP-WENTZVILLE PD (C) | | | | | XX | W03398765 | | 03/28/2013 | | | 5015 |
| DISP | CAUSE NUMBER | REVISED: CHARGE DESC | | | | | COURT | COURT DATE | | STATUTE | NCIC |
| ATH | | | | | | | | - | | | |
| BOND-SURETY NAME | | ADDRESS | | | | | | | | TYPE | AMT |
| | | | | | | | | | | | |

12/08/2015   4:47 pm          Page 3 of 3          ARREST NUMBER 15/021749-3

**CITY 00587**

# ST LOUIS METROPOLITAN POLICE ARREST REGISTER

ARREST NUMBER 15/021749-3

| TRACKING NUMBER | 20/24 HOUR EXPIRATION | ARRESTING AGENCY'S ORI |
|---|---|---|
| T078814101 | 12/09/2015 13:35 | MOSPD0003 SL CITY DISTRICT 3 SL-CTY-PD |

| LID | CID | SID | FBI | | FIT FOR CONFINEMENT |
|---|---|---|---|---|---|

| LAST NAME | FIRST NAME | MIDDLE NAME | JR/SR | ALIAS(ES) / NICKNAME(S) |
|---|---|---|---|---|
| GILBERT | NICHOLAS | BRIAN | | |

No Image Available

| RACE | SEX | DOB | AGE | SOC | MARITAL |
|---|---|---|---|---|---|
| WHITE | MALE | 07/20/1988 | 27 | 496066026 | SINGLE |

| HEIGHT | WEIGHT | EYES | HAIR | COMPLEXION | POB | OLN | OLS |
|---|---|---|---|---|---|---|---|
| 5-01 | 160 | BROWN | BLACK | FAIR | MO | S178129011 | MO |

| HOME ADDRESS | CITY | STATE | ZIP | PHONE | CAUTION CODES |
|---|---|---|---|---|---|
| 3428 DUNNICA | ST LOUIS | MO | | ( ) | |

| UNEMPLOYED | OCCUPATION | EMPLOYER | | |
|---|---|---|---|---|

| BUSINESS ADDRESS | PHONE |
|---|---|
| | ( ) |

| EMERGENCY CONTACT | ADDRESS | PHONE |
|---|---|---|
| | | ( ) |

SCARS / MARKS / TATTOOS (DESCRIPTION AND LOCATIONS), ARTIFICIAL BODY PARTS, AMPUTATIONS, DEFORMITIES

| COMPLAINT NUMBER | DOMESTIC INCIDENT | ARRESTING OFFICER | DSN | ASGN | ASSISTING DSN(S) |
|---|---|---|---|---|---|
| 15-62029 | | CORA | 08784 | 303 | 11146 |

| LOCATION OF ARREST | ARREST DATE/TIME | BOOKED DATE/TIME | BOOKING OFFICER |
|---|---|---|---|
| 3932 MISSOURI MO | 12/08/2015 13:35 | 12/08/2015 16:45 | WILBURN |

| CHARGE | OCN # | STATUTE | NCIC | DOC # | TYPE | OFF DATE |
|---|---|---|---|---|---|---|
| 01-71301990 TRESPASSING 1ST DEGREE (C) | | | 5799 | 15-062029 | CN | 12/08/2015 |
| 02-86013990 OCCUPY CNDEM BUILDING (C) | | 25.01.030SEC | 7399 | 15-062029 | CN | 12/08/2015 |
| 03-76051154 FUG- OBSJP-WENTZVILLE PD (C) | | | 5015 | W03398765 | XX | 03/28/2013 |

REMARKS
CALL FOR A PROWLER SUBJECT LIVING IN A CONDEMNED BLDG

## IDENTIFICATION SECTION

| NO RECORD | _____ | DATE | _____ | RIGHT HAND PRINTS TAKEN SIMULTANEOUSLY |
|---|---|---|---|---|
| RECORD | _____ | BY | _____ | |
| OCN | _____ | LID | _____ | |
| SID | _____ | FBI | _____ | |

SIGNATURE OF PERSON FINGERPRINTED

ID SECTION COPY

12/08/2015   4:48 pm          Page 1 of 1          ARREST NUMBER 15/021749-3

**CITY 00588**

```
<IMG ONCLICK=F_CHANGE_FONT_SIZE(1); CLASS=HIDE_ON_PRINT STYLE="HEIGHT: 20PX; WI
<PRE CLASS=RESPONSE_PRE>
REQUESTED BY: #BUCML1     ORI: MOSPD0000
CAR ID: DESK      LTERM: LSLPQQVI
DATE/TIME OF INQUIRY: 12/08/2015 15:49 PM
*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*
MESSAGE # 003862 12-08-2015  15:47  SENDER:MO0920500
FROM: PD WENTZVILLE CLK:#CREPE1
TO:   PD STL
RESP:
YR.MO0920500.MOSPD0000
**** HIT CONFIRMATION RESPONSE ****
THE RECORD BELOW IS CONFIRMED

OCA/W03398765.SHP/130403-004947
** WANTED/MISSING PERSON **
NAM/GILBERT, NICHOLAS.DOB/19880720.SEX/M
CONFIRMER: CREW  WENTZVILLE PD
REMARKS: WARRANT IS ACTIVE BOND 800 CASH ONLY COURT DATE 01122016 AT 093
0 AM AT 1019 SCHROEDER CREEK BLVD WENTZVILLE MO 63385. WILL EXTRADITE.
DATE SENT: 12/08/15   TIME SENT: 15:47:34

****   END OF MESSAGE   ****

*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*
```

**CITY 00589**



```
Requested by: #CORDJ1      ORI: MOSPD0000
Car ID: DESK      LTERM: LSLPO8VI
Date/Time of Inquiry: 12/08/2015 15:39 PM

*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*
WANTED PERSON    -- LOCATED   REF-NO: W03398765    MO0920500-WENTZVILLE PD
GILBERT        NICHOLAS     BRIAN       W M 027 DOB:07201988 HGT:5-03 WT:190
BUILD:___  COMP:___  HAIR:BRO   EYES:BRO   PLACE-OF-BIRTH:MO    MAR-STA:_
  RESIDENCE:  3433 WISCONSIN                                04/03/2013
              ST LOUIS MO 63118
  RESIDENCE:  3432 WISCONSIN                                04/03/2013
              APARTMENT 2
              ST LOUIS MO 63118
  RESIDENCE:  4359 WILCOX                                   04/03/2013
              ST LOUIS MO 63116
  RESIDENCE:  6831 MAGNOLIA                                 04/03/2013
              ST LOUIS MO 63143
MISC:FTA X3 NO OPR LIC FAIL TO REG VEH NO PRF INS
ADDITIONAL ID'S -----
  SID:MO45518538  FBI:131454DD0
SOC SEC NO: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
OPR LIC NO:S178129011           MO 2019
ALIAS NAME:GILBERT, NICHOLAS R             GILBERT, NICHOLAS B
CHARGES . . . . . . . . .  EXT . . WAR/OCA . . . . . . DATE . CHG-CODE
    CTY WAR FAIL TO APPEAR SUMMONS    P  WAR:130000372       03282013 76051150
        RMK  150 MILES BOND 800 CASH ONLY
        STATE CHARGE:ORDIN.0-256N200050           NCIC OFFENSE:5015
        OOC:96161060 - NO OPERATORS LIC/EXPIRED CORI:MO092051J
        STATE CHARGE:ORDIN.0-038N200054           NCIC OFFENSE:5406
EXT DESC: P = PARTIAL INTRASTATE
----------
LOCATED: 03312015 DSP:NONE-SENT-BY-MULES  OFF:MULE  OCA:            ORI:MO094025C
        EXTR:DETN  REMARKS:
DETAINER INFORMATION -----
      DETAINER: DATE: 03/31/2015    CASE NUMBER: 13-372
INCARCERATION: ORI: MO094025C  START DATE:         END DATE:
----------
EN:04-03-2013 00:49 #WILDL1   UP:03-31-2015 13:34 #HAGSM1
LC:03-31-2015 11:47 MULERCV1  CN:_____ ____ _____
4128   DETAINER MODIFIED
MULES SHP:130403-004947        NOTIFY-ORI:
*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*


    SEARCH WAS DONE BY: W03398765

    OTHER
```



CITY 00590

[ Print ]  [ New Search ]  [ Modify Search ]  [ Resend Data ]

```
Requested by: #CORDJ1     ORI: MOSPD0000
Car ID: DESK      LTERM: LSLPO8VI
Date/Time of Inquiry: 12/08/2015 15:40 PM
YQ REQUEST        TYPE: WP    HAS BEEN SENT TO: MO0920500
NAME: NICHOLAS       BRIAN       GILBERT         DOB: 07/20/1988 SEX: M
REQUEST No: 2      PRIORITY: U
REQUESTING ORI: MOSPD0000    DESTINATION ORI: MO0920500
OCA:                      NIC:          SHP: 130403-004947 REFERENCE No: W03398765
REQUESTOR: PO CORA    AGENCY: SLMPD
PHONE: 314 444 2500    EXT         FAX:
REMARKS:
SUBJECT IN CUSTODY. ADVISE IF ACTIVE. RESPOND TO MOSPD0003.
```

CITY 00591

[Back] [+] [-] [Print Detail] [View Detail] [Select All] [Deselect All] [Print Index]

```
_____ START OF REJIS HOT FILE RESPONSE _____


DESK*** FOR /NAM GILBERT NICHOLAS W M 07201988

''' GILBERT        NICHOLAS      B       ( )   RACE:W  SEX:M  DOB:07/20/1988
□       WNT 040313 0049 REF:W03398765    WENTZV-PD  5-03 190    -B    -CMP BRO-E BRO-H
''' WAR-FAIL TO APPEAR SUMMONS  (C) WAR:130000372                O-AD (LOC)


DESK*** FOR /SOC 496066026 - NO ADDITIONAL RECORDS FOUND


DESK*** FOR /OLN 496066026 - NO RECORD REJIS

                    _____ END OF REJIS HOT FILE RESPONSE _____
```

CITY 00592

```
                       START OF NCIC HOT FILE RESPONSE
FROM-NCIC       DATE: 12/08/2015 TIME: 15:21:48 DEST TERM: LSLPO8VI
QW.NAM/GILBERT,NICHOLAS.SEX/M.RAC/W.DOB/07201988.SOC/496066026.OLN/496066026.O

1L01058D,MR22713097
MOSPD0000
================================================================================
NO NCIC WANT SOC/496066026
================================================================================
NO NCIC WANT OLN/496066026
================================================================================
NO NCIC WANT NAM/GILBERT,NICHOLAS DOB/19880720 RAC/W SEX/M
***MESSAGE KEY QW SEARCHES WANTED PERSON FILE FELONY RECORDS REGARDLESS OF
EXTRADITION AND MISDEMEANOR RECORDS INDICATING POSSIBLE INTERSTATE
EXTRADITION FROM THE INQUIRING AGENCY'S LOCATION.  ALL OTHER NCIC PERSONS
FILES ARE SEARCHED WITHOUT LIMITATIONS.
                       END OF NCIC HOT FILE RESPONSE
```

CITY 00593

   Back   Print

```
                    START OF MULES HOT FILE RESPONSE
FROM-MULES     DATE: 12/08/2015 TIME: 15:21:48 DEST TERM: LSLPO8VI
QW.NAM/GILBERT,NICHOLAS.SEX/M.RAC/W.DOB/07201988.SOC/496066026.OLN/496066026.O


* * * * * * * * * * * * * * * * * * * * * * * * * * * *
WANTED PERSON
***   DETAINED CASE   ***
                         **** MULES ONLY ****
 *PERSON INFO:   NAME:GILBERT,NICHOLAS BRIAN
  SEX: M  RACE:W  DOB: 07-20-1988  AGE:   27  HEIGHT: 503  WEIGHT: 190
 *CURR SOC:  496066026
HAIR: BRO  EYE: BRO  POB: MO
 *CURR OLN: S178129011             OLY: 2019     OLS: MO
  SID: MO45518538  FBI: 131454DD0  FPC:
 *OFFENSE INFORMATION:
  CODE: 5015  FAILURE TO APPEAR  FAIL TO APPEAR SUMMO
   CASE #: W03398765
      WARRANT #: 130000372  WARRANT DATE: 03-28-2013
   WILL EXTRADITE PARTIAL STATE   150 MILES BOND 800 CASH ONLY
   JURISDICTION:   LOCAL / CITY ORDINANCE
   COURT ORI: MO092051J  CYCLE #:   ORIG OFF: 5406  NON-MOVING TRAFFIC VIOLATI
ON
 *MISCELLANEOUS INFO: FTA X3 NO OPR LIC FAIL TO REG VEH NO PRF INS - FAIL TO
   APPEAR SUMMONS 150 MILES BOND 800 CASH ONLY
 *VALIDATOR: CAMMIE L MINOR   DATE LAST VALIDATED: 07-11-2015
 *RECOVERING ORI: MO094025C  DATE OF RECOVERY: 03-31-2015
 *RECOVERING CASE:    EXTRADITION IND: DETN
  DETAINER DATE: 03-31-2015  DETAINER NO: 13-372
  INCARCERATING AGY: MO094025C  DATE STARTS:   DATE ENDS:
 *SUPPLEMENTAL NAME:
   GILBERT,NICHOLAS B
   GILBERT,NICHOLAS R
 *CURRENT KNOWN ADDRESSES HOME/WORK/SCHOOL/FREQUENTED/MAILING:
  HOME:   3433 WISCONSIN   ST LOUIS, MO 63118
  HOME:   3432 WISCONSIN APT 2  ST LOUIS, MO 63118
  HOME:   4359 WILCOX   ST LOUIS, MO 63116
  HOME:   6831 MAGNOLIA   ST LOUIS, MO 63143
 *IMMEDIATELY CONFIRM WITH ORI:
   CASE ORI INFORMATION: MO0920500  WENTZVILLE PD
   ENTERING ORI INFORMATION: MO0920500  WENTZVILLE PD
   SHP:130403-004947  REJIS/ALERT #: W03398765
   OCA: W03398765
**** CONFIDENTIAL DATA RESTRICTED TO CRIMINAL JUSTICE AGENCIES ****
*** END OF RECORD ***
                    END OF MULES HOT FILE RESPONSE
```

https://rejis-le.rejis.org/leweb/hotfile/response_info.htm?request=74793330&response=10    12/8/2015

**CITY 00594**



```
Requested by: #CORDJ1      ORI: MOSPD0000
Car ID: DESK     LTERM: LSLPO8VI
Date/Time of Inquiry: 12/08/2015 15:24 PM

*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*=*
******  CONFIDENTIAL INFORMATION RESTRICTED TO CRIMINAL JUSTICE AGENCIES  *****
LOCAL ID RECORD - REF:H52878411   LID:352867      MOSPD0000-STL CITY PD
GILBERT, NICHOLAS BRIAN                W/M  27  DOB:07/20/1988  HGT:5-04  WGT:170
BUILD:        COMP:MED    HAIR:BRO    EYES:BRO    PLACE-OF-BIRTH:MO    MAR-STA:S
MOST RECENT IRIS PHOTOS-  DATE:11/13/2012 TIME:01:58:46 IMAGE:RIGHT T072302826
                                    11/13/2012      01:58:35     FRONT
LID:352867         SID:MO45518538    FBI:131454DD0     FPC:
LAST-PHOTO:06/22/2012 LAST-IMAGE:06/22/2012 PALM-PRINTS:YES  AFIS:
ENTERED:06/23/2012    UPDATED:06/23/2012    #EDILE1
------- RESIDENCE AND EMPLOYER ADDRESSES, OCCUPATION AND PHONE NUMBERS --------
RES-01: 6831 MAGNOLIA,STL,MO 63143 (314)757-7821                     06/23/2012
--------------------------------------------------------------------------------
*    ARRESTS AND CONVICTIONS  -  SUBJECT: GILBERT, NICHOLAS BRIAN              *
*    SUMMARIZED BY LID:352867 SID:MO45518538 FBI:131454DD0 ON 12/08/2015       *
--------------------------------------------------------------------------------
```



T072302826

```
11/12/2012 SL CITY DISTRICT 2        ID-NO:   352867    TNO:T072302826
 ARR-NAME: GILBERT, NICHOLAS R
          IRIS PHOTOS- DATE:11/13/2012 TIME:01:58:46 IMAGE:RIGHT
                               11/13/2012      01:58:35     FRONT
  ARR-NUM: 12/028475    OCA:              OCN:              RELEASED ON BOND
   CHG-01: POSS CONTROLED SUBSTANCE    (F)  WAR AUTHORIZED   BW: 1222-CR03947
           OCN: C2064100
   CHG-02: POSS CONTROLED SUBSTANCE    (F)  WAR AUTHORIZED   BW: 1222-CR03947
           OCN: C2064100
   CHG-03: POSS DRG PARAPH AMPH MTH    (F)  WAR AUTHORIZED   BW: 1222-CR03947
           OCN: C2064100
   CHG-04: POSS UP TO 35 GRAMS MARJ    (M)  WAR AUTHORIZED   BW: 1222-CR03947
           OCN: C2064100
   CHG-05: UNLAWFUL USE DRUG PARAPH    (M)  WAR AUTHORIZED   BW: 1222-CR03947
           OCN: C2064100
   CHG-06: FUG-OBSJP-WENTZVILLE        (C)  WAR AUTHORIZED   XX: W99087277
           OCN: C2064100
11/13/2012 DISPOSITION . . . . . . . . . . . . . . . . . . . . . . . . . .
  DSP-01:                           ( )
          DELVRD CITY SHF
  DSP-02:                           ( )
          DELVRD CITY SHF
  DSP-03:                           ( )
          DELVRD CITY SHF
  DSP-04:                           ( )
          DELVRD CITY SHF
  DSP-05:                           ( )
          DELVRD CITY SHF
--------------------------------------------------------------------------------
```



T071602001

```
07/30/2012 SL CITY DISTRICT 2        ID-NO:   352867    TNO:T071602001
 ARR-NAME: GILBERT, NICHOLAS BRIAN
          IRIS PHOTOS- DATE:07/31/2012 TIME:13:18:57 IMAGE:RIGHT
```

**CITY 00595**

```
                          07/31/2012      13:18:47      FRONT
    ARR-NUM: 12/019583    OCA:            OCN:          DEL TO CITY MARSHAL
     CHG-01: POSS CONTROLED SUBSTANCE   (F)  WAR AUTHORIZED  BW: 1222CR03947
             OCN: C2060757
     CHG-02: POSS CONTROLED SUBSTANCE   (F)  WAR AUTHORIZED  BW: 1222CR03947
             OCN: C2060757
     CHG-03: POSS DRG PARAPH AMPH MTH   (F)  WAR AUTHORIZED  BW: 1222CR03947
             OCN: C2060757
     CHG-04: POSS UP TO 35 GRAMS MARJ   (M)  WAR AUTHORIZED  BW: 1222CR03947
             OCN: C2060757
     CHG-05: UNLAWFUL USE DRUG PARAPH   (M)  WAR AUTHORIZED  BW: 1222CR03947
             OCN: C2060757
     CHG-06: IMPROP CLASS NO DRIV LIC   (C)  WAR AUTHORIZED  BW: SL051113277-
             OCN: C2060757
 08/01/2012 DISPOSITION . . . . . . . . . . . . . . . . . . . . . . . . . . .
     DSP-01:                            ( )
             DELVRD CITY SHF
     DSP-02:                            ( )
             DELVRD CITY SHF
     DSP-03:                            ( )
             DELVRD CITY SHF
     DSP-04:                            ( )
             DELVRD CITY SHF
     DSP-05:                            ( )
             DELVRD CITY SHF
```



T071346595.

```
 06/21/2012 SL CITY DISTRICT 2          ID-NO:  352867   TNO:T071346595
    ARR-NAME: GILBERT, NICHOLAS BRIAN
             IRIS PHOTOS- DATE:06/22/2012 TIME:12:11:15 IMAGE:RIGHT
                          06/22/2012     12:10:54      FRONT
    ARR-NUM: 12/016446    OCA: 12-031425(*)  OCN:         RELEASED ON BOND
     CHG-01: DISTRIBUTE EPHEDRINE       (F)  WARRANT REFUSED CN: 12-31425
             OCN: C1139851
     CHG-02: POSS DRG PARAPH AMPH MTH   (F)  WARRANT ISSUED  CN: 12-31425
             OCN: C1139851
     CHG-03: POSS OF ANY EPHEDRINE      (F)  WARRANT REFUSED CN: 12-31425
             OCN: C1139851
     CHG-04: POSS CHEM W-INT TO ALTER   (F)  WARRANT REFUSED CN: 12-31425
             OCN: C1139851
     CHG-05: POSS CONTROLED SUBSTANCE   (F)  WARRANT ISSUED  CN: 12-31425
             OCN: C1139851
     CHG-06: POSS CONTROLED SUBSTANCE   (F)  WARRANT ISSUED  CN: 12-31425
             OCN: C1139851
     CHG-07: POSS UP TO 35 GRAMS MARJ   (M)  WARRANT ISSUED  CN: 12-31425
             OCN: C1139851
     CHG-08: UNLAWFUL USE DRUG PARAPH   (M)  WARRANT ISSUED  CN: 12-31425
             OCN: C1139851
     CHG-09: IMPROP CLASS NO DRIV LIC   (C)  WAR AUTHORIZED  BW: SL051113277-
     CHG-10: FUG-OBSJP-WENTZVILLE PD    (C)  WAR AUTHORIZED  XX: W78313765
*********     C R I M I N A L   J U D I C I A L   I N F O R M A T I O N  *********
**>>           OSCA (OFFICE OF STATE COURTS ADMINISTRATOR)              <<**
**>>              PROVIDED THE FOLLOWING INFORMATION TO THE             <<**
**>>   CRIMINAL RECORDS CENTRAL REPOSITORY.  INFORMATION THAT IS MORE   <<**
**>>       RECENT MAY BE AVAILABLE ON  WWW.COURTS.MO.GOV/CASENET        <<**
**>>              THE USE OF CLOSED RECORDS IS RESTRICTED.              <<**
**>>   A DISPOSITION OF SUSPENDED IMPOSITION OF SENTENCE (SIS) IS NOT A <<**
**>>   CONVICTION -- THE RECORD BECOMES CLOSED WHEN THE CASE IS FINALLY <<**
**>>   TERMINATED OR THE TERM OF PROBATION IS COMPLETED.                <<**
**>>   REFERENCE SECTIONS 557.011, 610.105 AND 610.120 RSMO.            <<**
     JUDICIAL/ARREST MATCHED BY OCN:C1139851 AND LAST NAME:GILBERT
 ######################################################################
                          22ND JUDICIAL CIRCUIT
 OCN:C1139851  NAME:GILBERT, NICHOLAS BRIAN           CAUSE:1222CR0394701
    CNT:01    CHG:32450990 POSS CNTRL SUB EXC MARIJ
```

CITY 00596

```
                DISP DATE:02/20/2013 DISP:GUILTY
                PROBATION:02/20/2013 LGTH:  5 YRS  0 MO   0 DYS START:02/20/2013
                              SUSPENDED IMPOSITION OF SENTENCE (SIS)
   CNT:02       CHG:32450990 POSS CNTRL SUB EXC MARIJ
                DISP DATE:02/20/2013 DISP:GUILTY
                PROBATION:02/20/2013 LGTH:  5 YRS  0 MO   0 DYS START:02/20/2013
                              SUSPENDED IMPOSITION OF SENTENCE (SIS)
   CNT:03       CHG:32506990 POSS DRG PARAPH AMPH MTH
                DISP DATE:02/20/2013 DISP:GUILTY
                PROBATION:02/20/2013 LGTH:  5 YRS  0 MO   0 DYS START:02/20/2013
                              SUSPENDED IMPOSITION OF SENTENCE (SIS)
   CNT:04       CHG:32457990 POSS UP TO 35 GRAMS MARJ
                DISP DATE:02/20/2013 DISP:GUILTY
                PROBATION:02/20/2013 LGTH:  2 YRS  0 MO   0 DYS START:02/20/2013
                              SUSPENDED IMPOSITION OF SENTENCE (SIS)
   CNT:05       CHG:32504990 UNLAWFUL USE DRUG PARAPH
                DISP DATE:02/20/2013 DISP:GUILTY
                PROBATION:02/20/2013 LGTH:  2 YRS  0 MO   0 DYS START:02/20/2013
                              SUSPENDED IMPOSITION OF SENTENCE (SIS)
   ****************************************************************************
   ******   END  CRIMINAL  JUDICIAL  DISPOSITION   ******
   ****************************************************************************
   ----------  CRIMINAL HISTORY SUMMARY IS COMPLETE  ----------
```

**CITY 00597**