

# EVIDENCE

Any added information and/or corrections made by
Police Laboratory personnel are in RED ink.

EVIDENCE TO BE PROCESSED FOR

SUPERVISOR'S APPROVAL

DATE 12/8/15   DIST. OF OCCURRENCE 4   COMPLAINT NUMBER 15-06

LOCATION OF OCCURRENCE 919 N. JEFFERSON

LOCATION EVIDENCE RECOVERED FIU OFFICE

DATE AND TIME EVIDENCE RECOVERED 1/11/16

VICTIM State of Missouri

ADDRESS

SUSPECT GILBERT NICHOLLS

ADDRESS HOMELESS

OFFENSE Ass LEO / RESISTING   A.R.#

WARRANT INFORMATION: ☐ issued ☐ refused ☐ pending ☐ under advisement
☐ not applied for ☐ juvenile ☐ not applicable

CONTENTS TRANSCRIPTS OF OFFICERS/CIV
INTERVIEWS

OWNER SLMPD

ADDRESS

PHONE NUMBER   EMAIL ADDRESS

INVESTIGATING OFFICER BURLE   3390

SEIZING OFFICER BURLE   3390

PLAINTIFF'S EXHIBIT
2
exhibitsticker.com

CITY 00598

FROM
REASON

FROM _____ TO _____
REASON _____ DATE

FROM _____ TO _____
REASON _____ DATE

FROM _____ TO _____
REASON _____ DATE

FROM _____ TO _____
REASON _____ DATE

FROM _____ TO _____
REASON _____ DATE

FROM _____ TO _____
REASON _____ DATE

FROM _____ TO _____
REASON _____ DATE

FROM _____ TO _____
REASON _____ DATE

FROM _____ TO _____
REASON _____ DATE

FROM _____ TO _____
REASON _____ DATE

FROM _____ TO _____
REASON _____ DATE

FROM _____ TO _____
REASON _____ DATE

FROM _____ TO _____
REASON _____ DATE

CITY 00599



MIDWEST LITIGATION SERVICES

COURT REPORTING & VIDEO

# ORIGINAL

## ST. LOUIS METROPOLITAN POLICE DEPARTMENT
## FORCE INVESTIGATION UNIT

### IN RE:
### COMPLAINT NUMBER: 15-062114

### AUDIO TRANSCRIPTION OF
### RECORDED INTERVIEW OF
### ROLAND DEGREGORIO

### DECEMBER 8, 2015

NATIONWIDE SCHEDULING

**OFFICES**

MISSOURI Springfield   Jefferson City   Kansas City   Columbia   Rolla   Cape Girardeau
KANSAS   Overland Park   ILLINOIS   Springfield   Champaign

HEADQUARTERS: 711 North Eleventh Street, ST. Louis, Missouri 63101
**800.280.3376**
www.midwestlitigation.com

**CITY 00600**

1          ST. LOUIS METROPOLITAN POLICE DEPARTMENT

2                FORCE INVESTIGATION UNIT

    IN RE:

3  COMPLAINT NUMBER: 15-062114

4

5

6                RECORDED INTERVIEW OF

7

8                 ROLAND DEGREGORIO

9

10                DECEMBER 8, 2015

11

12                  11:24 P.M.

13

14  Due to the quality of the recorded media, portions were

15  unable to be transcribed.  The transcript may also

16  include misinterpreted words.  The transcriber was not

17  present at the time of the recording; therefore, this

18  transcript should not be considered verbatim.

19

20  AUDIO RECORDING WAS TRANSCRIBED BY:

21  Sherri L. Jolley

22  Midwest Litigation Services

23  711 North Eleventh Street

24  St. Louis, Missouri 63101

25  (314) 644-2191

CITY 00601

```
1              T R A N S C R I P T I O N

2              SERGEANT ENGELHARDT:  My name is

3   Lieutenant Roger Engelhardt, DSN 3786.  We are on the

4   seventh floor of police headquarters in the Force

5   Investigation Unit office.  It's 11:24 p.m. on December

6   8th.  At this time I'd like everybody in the room to

7   identify themselves.

8              SERGEANT BRUNTRAGER:  My name is Neil

9   Bruntrager.  I'm counsel for Officer Degregorio.

10             OFFICER DEGREGORIO:  I'm PO Roland

11  Degregorio, DSN 11186.

12             LIEUTENANT ENGELHARDT:  Okay.  And

13  what I'd like you to talk about is an incident which

14  occurred earlier this evening in the Central Patrol

15  hold-over that involved a person by the name of Nicholas

16  Gilbert.  Are you familiar with this incident?

17             OFFICER DEGREGORIO:  Yes, I am.

18             LIEUTENANT ENGELHARDT:  Okay.  If you

19  could please tell me what you remember about that

20  incident, starting at the beginning.  I will try not to

21  interrupt you until you're done.  And then I'll probably

22  have some questions for you.  And we'll go like that.  At

23  any point you need to clarify any issue, feel free to do

24  so and stop and clarify that issue.  Okay.  So with that

25  in mind, start at the beginning.
```

CITY 00602

1          OFFICER DEGREGORIO:  When the incident

2    started, I was in the hold-over, currently booking -- I

3    was the assisting on a traffic stop where we had arrested

4    a young female.  We brought her into the Central Patrol

5    hold-over.  And we were finishing her booking process

6    with my partner, who was in there, and a -- Paul Wactor.

7    And somebody I could not identify shouted, "That guy is

8    trying to hang himself."  And I looked up through the

9    window to Cell 4, and I saw Nicholas Gilbert had a

10   sweatshirt tied around his neck and it was connected up

11   to the bars.

12          I turned immediately to exit the

13   hold-over to get a supervisor.  As I exited the

14   hold-over, Sergeant Bergmann was already walking in.  I

15   informed him of the situation as we walked in.  PO Joseph

16   Stuckey was already walking towards the individual cells.

17   I followed him in there.  As we were walking past Cell

18   2 up to Cell 4, the -- Nicholas pushed open Cell 4's door.

19   And PO Stuckey ordered him to step back into the cell.

20          As I followed up, the -- Nicholas took

21   a defensive posture and kind of boasted his chest as if

22   he was going to make an attacking motion at PO Stuckey.

23   At that point, PO Stuckey ordered him to turn around and

24   grabbed his left arm as Nicholas brought it up and turned

25   him around.  And that's when I assisted and grabbed

CITY 00603

1  Nicholas' left arm as PO Stuckey put his handcuff on the

2  left wrist.

3            At that point, Nicholas began agitated

4  and resisted us, began pushing back, and attempted to

5  fight.  That's when he attempted to turn around and kick

6  Sergeant Bergmann, who then entered the cell.

7            As he kicked, we brought him down into

8  a -- you could say a praying -- he was positioned -- he

9  was on his knees, and his upper chest was on the bench

10  in the hold-over.  He continued to struggle and fight

11  until we were able to manage to put a second cuff on his

12  right wrist, at which point I remained in control of his

13  left biceps and kept my right hand on his back to remain

14  control of him as he still continued to fight and wriggle.

15            At that point, he began, I guess you

16  could say, heel kicking and struck PO Stuckey in the

17  general area, causing him to fall backwards in pain, at

18  which point Officer Wactor entered in the hold-over with

19  leg shackles.  We were able to wrangle his legs down and

20  get him into shackles as we continued -- as he was

21  fighting, he attempted to lift his body up continually

22  with his head off the concrete, and kept turning his head

23  and striking it, which caused a laceration, I believe,

24  above his right eye, which caused him to bleed.

25            More -- once more officers were alerted

CITY 00604

1    to the situation, they entered the hold-over and helped

2    us control him.  As we were controlling him, he took his

3    left hand while he was handcuffed and grabbed my inner

4    pant -- my right inner pant leg.  I had tried to wriggle

5    my right leg free, but he kept pulling me in closer.  I

6    used a stunning blow to his left forearm to release his

7    grip on my pants, which was successful.  And I distanced

8    myself and still kept control.

9                    At that point, more officers came in and

10   my position on -- of control was relieved by PO Kyle Mack,

11   at which point I left the cell to regain -- I was

12   exhausted, and regained my breath, and I left the

13   hold-over as the other officers controlled him.

14                   I did not reenter the hold-over for some

15   time, and when I entered back in, PO Kyle Mack and PO Paul

16   Wactor were doing chest compressions on Nicholas, and

17   they were attempting to get the automated defibrillator

18   working on him to bring him back to consciousness.  And

19   at that point, that's when I left the hold-over, and that

20   was the last I saw, as the Abbott EMTs entered the

21   hold-over.

22                   LIEUTENANT ENGELHARDT:  Okay.  Is that

23   it?

24                   OFFICER DEGREGORIO:  Yes.

25                   LIEUTENANT ENGELHARDT:  Okay.  What

CITY 00605

1   first drew your attention to Mr. Gilbert?

2                   OFFICER DEGREGORIO:  Somebody -- I

3   don't know who it was, but somebody shouted, "He's trying

4   to hang himself," which --

5                   LIEUTENANT ENGELHARDT:  All right.

6   Did you --

7                   OFFICER DEGREGORIO:  -- caused me to

8   look up.

9                   LIEUTENANT ENGELHARDT:  Did you observe

10  any -- what Mr. Gilbert -- what they were talking about?

11                  OFFICER DEGREGORIO:  Yes.

12                  LIEUTENANT ENGELHARDT:  And what did

13  you -- what was that?

14                  OFFICER DEGREGORIO:  He had his

15  sweatshirt tied around his neck, which was connected to

16  the hold-over cell above his head that was also tied

17  around.

18                  LIEUTENANT ENGELHARDT:  Okay.  And so

19  were you part of the initial group of officers that went

20  back there to confront him?

21                  OFFICER DEGREGORIO:  Yes, I was.

22                  LIEUTENANT ENGELHARDT:  All right.

23  And you said he took a -- well, how did you describe the

24  stance he took?

25                  OFFICER DEGREGORIO:  Defensive

CITY 00606

1  posture.

2           LIEUTENANT ENGELHARDT:  Defensive

3  posture.  What do you mean by that?

4           OFFICER DEGREGORIO:  He took a step

5  back, clenched his fist, and puffed up his chest --

6           LIEUTENANT ENGELHARDT:  Okay.

7           OFFICER DEGREGORIO:  -- as if he was

8  going to fight.

9           LIEUTENANT ENGELHARDT:  Okay.  So

10 defensive posture.  You said defensive, but he was

11 positioning himself as if to attack an officer?

12           OFFICER DEGREGORIO:  Yeah.

13           LIEUTENANT ENGELHARDT:  Okay.

14           OFFICER DEGREGORIO:  Yeah.

15           LIEUTENANT ENGELHARDT:  All right.

16 All right.  But you used the term defensive.

17           OFFICER DEGREGORIO:  That's what --

18 yeah.  That's what I have been taught, that --

19           LIEUTENANT ENGELHARDT:  Okay.

20           OFFICER DEGREGORIO:  -- that's what the

21 posture was.

22           LIEUTENANT ENGELHARDT:  All right.

23 But did it look like he was preparing to defend himself

24 from the officers, or what were you -- what --

25           OFFICER DEGREGORIO:  No.  He had a look

CITY 00607

1   of aggression, and he was looking like he was -- he took

2   a step back and was preparing himself --

3              LIEUTENANT ENGELHARDT: All right.

4              OFFICER DEGREGORIO: -- kind of like --

5   that's what --

6              LIEUTENANT ENGELHARDT: All right. So

7   it appeared like he was going to attack an officer?

8              OFFICER DEGREGORIO: Uh-huh.

9              LIEUTENANT ENGELHARDT: All right.

10  And so when you used the term defensive, that's a generic

11  term?

12             OFFICER DEGREGORIO: Yeah.

13             LIEUTENANT ENGELHARDT: Okay. Okay.

14  It doesn't actually mean --

15             OFFICER DEGREGORIO: More of a fighting

16  stance, I guess you could say.

17             LIEUTENANT ENGELHARDT: More of a

18  fighting stance.

19             OFFICER DEGREGORIO: Uh-huh.

20             LIEUTENANT ENGELHARDT: Okay. So when

21  you used the term defensive, you're using it generically

22  in that -- in a fighting -- using a fighting stance, right?

23             OFFICER DEGREGORIO: Yeah.

24             LIEUTENANT ENGELHARDT: Not as if he was

25  trying to defend himself from being attacked?

CITY 00608

1           OFFICER DEGREGORIO: No.

2           LIEUTENANT ENGELHARDT: Okay. All

3  right. And so you go back there and he's in this

4  aggressive posture. And then what happens?

5           OFFICER DEGREGORIO: PO Stuckey ordered

6  him to turn around, to which he refused and brought his

7  hand up. Fearing that he was going to strike, Officer

8  Stuckey grabbed the arm and immediately placed a handcuff

9  on his left wrist. And we turned him around towards the

10  back of the cell.

11          LIEUTENANT ENGELHARDT: Okay. And

12  then what happened?

13          OFFICER DEGREGORIO: He then began to

14  ridge -- I guess you would say strengthen up, tighten his

15  muscles, and tried to kick backwards towards the

16  officers, which made us then push him to the ground so

17  he wouldn't be able to use his feet to kick, and brought

18  him to his knees. And then his chest was on the bench.

19          LIEUTENANT ENGELHARDT: Okay. And

20  then what happened?

21          OFFICER DEGREGORIO: We remained -- we

22  continued to fight with him, and we brought his right arm

23  out from underneath his body and were able to get the

24  second cuff on.

25          LIEUTENANT ENGELHARDT: Okay. And

CITY 00609

1   when you mean fight with him, you -- were you striking

2   him?

3                 OFFICER DEGREGORIO:  No.

4                 LIEUTENANT ENGELHARDT:  And so when you

5   say you were fighting with him, what do you mean by that,

6   exactly?

7                 OFFICER DEGREGORIO:  He was resisting

8   our orders, and he was keeping his right arm underneath

9   his body, preventing us to handcuff him.

10                LIEUTENANT ENGELHARDT:  Okay.  And by

11  "fighting with him," what were you trying -- attempting

12  to do?

13                OFFICER DEGREGORIO:  We were attempting

14  to place him in handcuffs.

15                LIEUTENANT ENGELHARDT:  All right.

16  And by -- and what means did you use to place him in

17  handcuffs?

18                OFFICER DEGREGORIO:  I don't -- what do

19  you mean by "means"?  I'm sorry.

20                LIEUTENANT ENGELHARDT:  Well, did you

21  punch him?

22                OFFICER DEGREGORIO:  No.  The only time

23  I did strike him was when he grabbed my pants, and it was

24  just a stunning blow to his arm --

25                LIEUTENANT ENGELHARDT:  Okay.

CITY 00610

1          OFFICER DEGREGORIO: -- to release the

2    grip.

3          LIEUTENANT ENGELHARDT: We'll get to

4    that later.

5          OFFICER DEGREGORIO: Okay.

6          LIEUTENANT ENGELHARDT: But when you

7    were -- you were trying to get his hands behind his back,

8    how --

9          OFFICER DEGREGORIO: We grabbed his arm

10   and pulled it back out from behind his -- on -- in front

11   of his body.

12         LIEUTENANT ENGELHARDT: All right. So

13   when you're saying you were fighting with him, you were

14   trying to force his hands behind his back?

15         OFFICER DEGREGORIO: Uh-huh.

16         LIEUTENANT ENGELHARDT: All right.

17   And you were using your hands, grabbing him and doing so?

18         OFFICER DEGREGORIO: Uh-huh.

19         LIEUTENANT ENGELHARDT: Right? But

20   you weren't striking him, right?

21         OFFICER DEGREGORIO: No.

22         LIEUTENANT ENGELHARDT: And at -- and at

23   some point were you able to get his hands behind his back?

24         OFFICER DEGREGORIO: Yes, we were.

25         LIEUTENANT ENGELHARDT: What happened

CITY 00611

1   then?

2                   OFFICER DEGREGORIO:  We handcuffed him,

3   and we were able to successfully handcuff his hands behind

4   his back.

5                   LIEUTENANT ENGELHARDT:  Okay.  And

6   then what happened?

7                   OFFICER DEGREGORIO:  He used his chest

8   to try and push us back while kicking his rear heel --

9   his left and right heels back at the officers.

10                  LIEUTENANT ENGELHARDT:  If you can, as

11  you can best describe, how did he push you back using his

12  chest?

13                  OFFICER DEGREGORIO:  Like pushing back

14  off; like using his abdominal muscle to try and straighten

15  his body up.

16                  LIEUTENANT ENGELHARDT:  All right.

17  And where was he -- how was his body positioned in the

18  cell at that time?

19                  OFFICER DEGREGORIO:  His knees were on

20  the ground and his -- he was semi-bent forward towards

21  the bench of the hold-over --

22                  LIEUTENANT ENGELHARDT:  Okay.  So he's

23  --

24                  OFFICER DEGREGORIO:  -- of the cell.

25                  LIEUTENANT ENGELHARDT:  -- he's bent

CITY 00612

1 forward and he's -- he's, I guess, leaning back against

2 you?

3                    OFFICER DEGREGORIO:  Trying to push us

4 backwards.  Yes.

5                    LIEUTENANT ENGELHARDT:  Trying to push

6 you backwards.  And at the same time he's kicking?

7                    OFFICER DEGREGORIO:  Uh-huh.

8                    LIEUTENANT ENGELHARDT:  And he's doing

9 this while he's standing or while he's kneeling?

10                    OFFICER DEGREGORIO:  While he's

11 kneeling.

12                    LIEUTENANT ENGELHARDT:  Okay.  And

13 then what happened?

14                    OFFICER DEGREGORIO:  He then struck

15 Officer Stuckey in the groin with a kick --

16                    LIEUTENANT ENGELHARDT:  Okay.

17                    OFFICER DEGREGORIO:  -- that

18 semi-debilitated him, causing him to fall backwards.

19                    LIEUTENANT ENGELHARDT:  Okay.  And

20 then what happened?

21                    OFFICER DEGREGORIO:  That's -- PO

22 Wactor arrived into the cell with leg shackles.

23                    LIEUTENANT ENGELHARDT:  Okay.  And

24 besides yourself, PO Stuckey, and now PO Wactor, who else

25 was back there?

CITY 00613

1            OFFICER DEGREGORIO:  Officer Cognasso

2  entered the hold-over behind Paul -- or Officer Wactor.

3  And they managed to subdue his legs and --

4            LIEUTENANT ENGELHARDT:  Okay.

5            OFFICER DEGREGORIO:  -- put him in leg

6  shackles.

7            LIEUTENANT ENGELHARDT:  Okay.  And

8  were you there the whole time?

9            OFFICER DEGREGORIO:  Up until the rest

10 of the officers came.

11           LIEUTENANT ENGELHARDT:  All right.

12           OFFICER DEGREGORIO:  And then I was

13 relieved from that position.

14           LIEUTENANT ENGELHARDT:  How soon after

15 his -- he was in leg shackles did you leave?

16           OFFICER DEGREGORIO:  I don't know.  I

17 wouldn't be able -- my guess would be maybe a minute or

18 two.

19           LIEUTENANT ENGELHARDT:  All right.

20 And what was happening then after he got his -- his --

21 after he was handcuffed and his legs were shackled?

22           OFFICER DEGREGORIO:  He still tried to

23 righten his posture.  He kept doing that.  And then he

24 was wiggling his -- he was just trying to break free of

25 our grip, essentially.

CITY 00614

```
 1                 LIEUTENANT ENGELHARDT:  Okay.  Okay.
 2   And I believe you said that you became physically tired?
 3                 OFFICER DEGREGORIO:  Yes.
 4                 LIEUTENANT ENGELHARDT:  Okay.
 5                 OFFICER DEGREGORIO:  From the
 6   altercation.
 7                 LIEUTENANT ENGELHARDT:  All right.
 8   And that -- and it was necessary for you to leave the
 9   hold-over to recover from --
10                 OFFICER DEGREGORIO:  Yes.
11                 LIEUTENANT ENGELHARDT:  -- from that,
12   right?  So what -- at what point did you leave the
13   hold-over?
14                 OFFICER DEGREGORIO:  After I was
15   relieved by Officer Mack.
16                 LIEUTENANT ENGELHARDT:  Officer Mack?
17                 OFFICER DEGREGORIO:  Yeah.
18                 LIEUTENANT ENGELHARDT:  How long was
19   that after he was shackled?
20                 OFFICER DEGREGORIO:  Approximately one
21   to two minutes.
22                 LIEUTENANT ENGELHARDT:  All right.
23   But you don't really recall?
24                 OFFICER DEGREGORIO:  No.
25                 LIEUTENANT ENGELHARDT:  All right.
```

CITY 00615

1   You didn't -- you weren't looking at a watch?

2                OFFICER DEGREGORIO:  That was -- no.  I

3   had no sense of time during that altercation.

4                LIEUTENANT ENGELHARDT:  Okay.  All

5   right.  And then at some point you come back in the

6   hold-over?

7                OFFICER DEGREGORIO:  Uh-huh.

8                LIEUTENANT ENGELHARDT:  And what do you

9   observe then?

10               OFFICER DEGREGORIO:  Officer Mack was

11  conducting chest compressions while Officer Wactor was

12  giving the breaths for the CPR.

13               LIEUTENANT ENGELHARDT:  Okay.  Did --

14  do you have any idea why they were doing that?

15               OFFICER DEGREGORIO:  He became

16  unconscious and he was not breathing is what they said.

17               LIEUTENANT ENGELHARDT:  That's what

18  they said?

19               OFFICER DEGREGORIO:  That's what I

20  heard.  Yes.

21               LIEUTENANT ENGELHARDT:  You didn't

22  observe any of that, right?

23               OFFICER DEGREGORIO:  No.

24               LIEUTENANT ENGELHARDT:  Okay.  And

25  then what did you do while they were doing that?

**CITY 00616**

1          OFFICER DEGREGORIO:  I just observed.

2          LIEUTENANT ENGELHARDT:  Okay.

3          OFFICER DEGREGORIO:  And I -- yeah, I

4    just observed.

5          LIEUTENANT ENGELHARDT:  And how long

6    did they continue to perform CPR on him?

7          OFFICER DEGREGORIO:  I don't -- I don't

8    know the approximate time, but --

9          LIEUTENANT ENGELHARDT:  All right.

10   Was there a certain event that occurred where they

11   stopped?

12         OFFICER DEGREGORIO:  Yes, the arrival

13   of the medical technicians --

14         LIEUTENANT ENGELHARDT:  Okay.

15         OFFICER DEGREGORIO:  -- the fire

16   department.

17         LIEUTENANT ENGELHARDT:  Okay.  And so

18   while you, Officer Stuckey, and Officer Wactor, and

19   Officer --

20         SERGEANT BRUNTRAGER:  He's Degregorio.

21         LIEUTENANT ENGELHARDT:  You're

22   Degregorio.  I'm sorry.  Who am I missing?

23         OFFICER DEGREGORIO:  I believe --

24         SERGEANT BRUNTRAGER:  (indiscernible).

25         LIEUTENANT ENGELHARDT:  Stuckey.

CITY 00617

```
 1                 OFFICER DEGREGORIO:  Exactly.

 2                  LIEUTENANT ENGELHARDT:  Right?

 3                 OFFICER DEGREGORIO:  Yes.

 4                 LIEUTENANT ENGELHARDT:  While -- you

 5      guys were all struggling with him, trying to get him

 6      handcuffed, right?

 7                     OFFICER DEGREGORIO:  Uh-huh.

 8                 LIEUTENANT ENGELHARDT:  And during that

 9      struggle you had mentioned that --

10                 SERGEANT BRUNTRAGER:  You need to make

11      -- if you mean yes, you need to answer out loud, because

12      it's a tape.

13                 OFFICER DEGREGORIO:  Oh, yes.

14                 LIEUTENANT ENGELHARDT:  Okay.

15                 OFFICER DEGREGORIO:  Sorry.

16                 LIEUTENANT ENGELHARDT:  And during that

17      struggle, you had mentioned earlier that you had -- that

18      you had struck Mr. Gilbert?

19                     OFFICER DEGREGORIO:  Yes.

20                 LIEUTENANT ENGELHARDT:  Okay.  And how

21      did that happen?

22                 OFFICER DEGREGORIO:  While he was

23      handcuffed and -- the close proximity of our bodies, he

24      was able to grab the inside of my right pant leg and pull

25      me in, causing me to lose my balance.
```

**CITY 00618**

1          LIEUTENANT ENGELHARDT:  Okay.  And so

2    what did you do to -- in order to stop that from happening?

3          OFFICER DEGREGORIO:  My first attempt

4    was to -- attempt to pull my leg away, just to break the

5    grip from my pants and his hand.  And I was unable to do

6    that.

7          LIEUTENANT ENGELHARDT:  So then what

8    did you do?

9          OFFICER DEGREGORIO:  I then used an open

10   fist, and I struck the forearm just above the wrist on

11   his left arm, which causes a stunning blow, which then

12   released his grip from my pants.

13         LIEUTENANT ENGELHARDT:  Okay.  And you

14   said open fist?

15         OFFICER DEGREGORIO:  Yes.

16         LIEUTENANT ENGELHARDT:  Can you

17   describe what an open fist is?

18         OFFICER DEGREGORIO:  I used the heel of

19   my palm --

20         LIEUTENANT ENGELHARDT:  Okay.

21         OFFICER DEGREGORIO:  -- against his --

22   inside -- the in -- the -- I don't know the medical term,

23   but the inside of his wrist --

24         LIEUTENANT ENGELHARDT:  All right.

25         OFFICER DEGREGORIO:  -- not the

CITY 00619

1    outside.

2              LIEUTENANT ENGELHARDT:  And after you

3    did that, was it effective?

4              OFFICER DEGREGORIO:  Yes, it was.

5              LIEUTENANT ENGELHARDT:  He let go?

6              OFFICER DEGREGORIO:  Yes.

7              LIEUTENANT ENGELHARDT:  So did you

8    continue to strike him?

9              OFFICER DEGREGORIO:  I did not.

10             LIEUTENANT ENGELHARDT:  Okay.  All

11   right.  Other than that one strike that we just talked

12   about, did you strike him any other times?

13             OFFICER DEGREGORIO:  I did not.

14             LIEUTENANT ENGELHARDT:  All right.

15   Did you observe anybody else strike Mr. Gilbert?

16             OFFICER DEGREGORIO:  I did not.

17             LIEUTENANT ENGELHARDT:  All right.

18   Did you at any point choke or place Mr. Gilbert in a choke

19   hold or in any way obstruct his airway?

20             OFFICER DEGREGORIO:  I did not.

21             LIEUTENANT ENGELHARDT:  Did you observe

22   anybody -- any other officers or other members of the

23   police department strike, choke, or in any way obstruct

24   Mr. Gilbert's airway?

25             OFFICER DEGREGORIO:  I did not.

CITY 00620

1          LIEUTENANT ENGELHARDT:  Okay.  That's

2   pretty much it.  Do you have anything?

3          SERGEANT BRUNTRAGER:  (No verbal

4   response).

5          LIEUTENANT ENGELHARDT:  Is there

6   anything that you want to clarify?

7          OFFICER DEGREGORIO:  There is not.

8          LIEUTENANT ENGELHARDT:  Okay.  11:40.

9          (WHEREIN, the interview was concluded.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CITY 00621

1           CERTIFICATE OF NOTARY PUBLIC

2               STATE OF MISSOURI

3           I, Sherri L. Jolley, within and for

4  the State of Missouri, do hereby certify that the tape

5  transcription´in the witness whose testimony appears in

6  the foregoing transcript in the caption hereof and

7  thereafter transcribed by me; that said transcript is a

8  record of the testimony given by said witness; that I am

9  neither counsel for, related to, nor employed by any

10  parties to the action; and further that I am not a relative

11  or employee of any counsel or attorney employee of any

12  counsel or attorney employed by the parties hereto, nor

13  financially or otherwise interested in the outcome of the

14  action.

15

16

17

18          _____

19              Sherri L. Jolley

20

21

22

23

CITY 00622

| A | AUDIO 1:20 | 2:9 17:20,24 | 5:18 | 17:1,3,7,12,15 |
|---|---|---|---|---|
| Abbott 5:20 | automated 5:17 | 18:10 21:3 | considered 1:18 | 17:20,22,23 |
| abdominal | | | continually 4:21 | 18:1,3,7,13,15 |
| 12:14 | B | C | continue 17:6 | 18:19,22 19:3 |
| able 4:11,19 | back 3:19 4:4,13 | C 2:1 | 20:8 | 19:9,15,18,21 |
| 9:17,23 11:23 | 5:15,18 6:20 | caption 22:6 | continued 4:10 | 19:25 20:4,6,9 |
| 12:3 14:17 | 7:5 8:2 9:3,10 | caused 4:23,24 | 4:14,20 9:22 | 20:13,16,20,25 |
| 18:24 | 11:7,10,14,23 | 6:7 | control 4:12,14 | 21:7 |
| action 22:10,14 | 12:4,8,9,11,13 | causes 19:11 | 5:2,8,10 | department 1:1 |
| aggression 8:1 | 13:1,25 16:5 | causing 4:17 | controlled 5:13 | 17:16 20:23 |
| aggressive 9:4 | backwards 4:17 | 13:18 18:25 | controlling 5:2 | describe 6:23 |
| agitated 4:3 | 9:15 13:4,6,18 | cell 3:9,17,18,18 | counsel 2:9 22:9 | 12:11 19:17 |
| airway 20:19,24 | balance 18:25 | 3:19 4:6 5:11 | 22:11,12 | distanced 5:7 |
| alerted 4:25 | bars 3:11 | 6:16 9:10 | CPR 16:12 17:6 | doing 5:16 11:17 |
| altercation 15:6 | began 4:3,4,15 | 12:18,24 13:22 | cuff 4:11 9:24 | 13:8 14:23 |
| 16:3 | 9:13 | cells 3:16 | currently 3:2 | 16:14,25 |
| answer 18:11 | beginning 2:20 | Central 2:14 3:4 | | door 3:18 |
| anybody 20:15 | 2:25 | certain 17:10 | D | drew 6:1 |
| 20:22 | believe 4:23 | CERTIFICA... | December 1:10 | DSN 2:3,11 |
| appeared 8:7 | 15:2 17:23 | 22:1 | 2:5 | Due 1:14 |
| appears 22:5 | bench 4:9 9:18 | certify 22:4 | defend 7:23 8:25 | |
| approximate | 12:21 | chest 3:21 4:9 | defensive 3:21 | E |
| 17:8 | bent 12:25 | 5:16 7:5 9:18 | 6:25 7:2,10,10 | earlier 2:14 |
| Approximately | Bergmann 3:14 | 12:7,12 16:11 | 7:16 8:10,21 | 18:17 |
| 15:20 | 4:6 | choke 20:18,18 | defibrillator | effective 20:3 |
| area 4:17 | best 12:11 | 20:23 | 5:17 | Eleventh 1:23 |
| arm 3:24 4:1 9:8 | biceps 4:13 | clarify 2:23,24 | Degregorio 1:8 | employed 22:9 |
| 9:22 10:8,24 | bleed 4:24 | 21:6 | 2:9,10,11,17 | 22:12 |
| 11:9 19:11 | blow 5:6 10:24 | clenched 7:5 | 3:1 5:24 6:2,7 | employee 22:11 |
| arrested 3:3 | 19:11 | close 18:23 | 6:11,14,21,25 | 22:11 |
| arrival 17:12 | boasted 3:21 | closer 5:5 | 7:4,7,12,14,17 | EMTs 5:20 |
| arrived 13:22 | bodies 18:23 | Cognasso 14:1 | 7:20,25 8:4,8 | Engelhardt 2:2 |
| assisted 3:25 | body 4:21 9:23 | come 16:5 | 8:12,15,19,23 | 2:3,12,18 5:22 |
| assisting 3:3 | 10:9 11:11 | COMPLAINT | 9:1,5,13,21 | 5:25 6:5,9,12 |
| attack 7:11 8:7 | 12:15,17 | 1:3 | 10:3,7,13,18 | 6:18,22 7:2,6,9 |
| attacked 8:25 | booking 3:2,5 | compressions | 10:22 11:1,5,9 | 7:13,15,19,22 |
| attacking 3:22 | break 14:24 | 5:16 16:11 | 11:15,18,21,24 | 8:3,6,9,13,17 |
| attempt 19:3,4 | 19:4 | concluded 21:9 | 12:2,7,13,19 | 8:20,24 9:2,11 |
| attempted 4:4,5 | breath 5:12 | concrete 4:22 | 12:24 13:3,7 | 9:19,25 10:4 |
| 4:21 | breathing 16:16 | conducting | 13:10,14,17,21 | 10:10,15,20,25 |
| attempting 5:17 | breaths 16:12 | 16:11 | 14:1,5,9,12,16 | 11:3,6,12,16 |
| 10:11,13 | bring 5:18 | confront 6:20 | 14:22 15:3,5 | 11:19,22,25 |
| attention 6:1 | brought 3:4,24 | connected 3:10 | 15:10,14,17,20 | 12:5,10,16,22 |
| attorney 22:11 | 4:7 9:6,17,22 | 6:15 | 15:24 16:2,7 | 12:25 13:5,8 |
| 22:12 | Bruntrager 2:8 | consciousness | 16:10,15,19,23 | 13:12,16,19,23 |

**CITY 00623**

14:4,7,11,14
14:19 15:1,4,7
15:11,16,18,22
15:25 16:4,8
16:13,17,21,24
17:2,5,9,14,17
17:21,25 18:2
18:4,8,14,16
18:20 19:1,7
19:13,16,20,24
20:2,5,7,10,14
20:17,21 21:1
21:5,8
entered 4:6,18
5:1,15,20 14:2
essentially 14:25
evening 2:14
event 17:10
everybody 2:6
exactly 10:6
18:1
exhausted 5:12
exit 3:12
exited 3:13
eye 4:24

**F**

fall 4:17 13:18
familiar 2:16
Fearing 9:7
feel 2:23
feet 9:17
female 3:4
fight 4:5,10,14
7:8 9:22 10:1
fighting 4:21
8:15,18,22,22
10:5,11 11:13
financially
22:13
finishing 3:5
fire 17:15
first 6:1 19:3
fist 7:5 19:10,14
19:17

floor 2:4
followed 3:17,20
force 1:1 2:4
11:14
forearm 5:6
19:10
foregoing 22:6
forward 12:20
13:1
free 2:23 5:5
14:24
front 11:10
further 22:10

**G**

general 4:17
generic 8:10
generically 8:21
Gilbert 2:16 3:9
6:1,10 18:18
20:15,18
Gilbert's 20:24
given 22:8
giving 16:12
go 2:22 9:3 20:5
going 3:22 7:8
8:7 9:7
grab 18:24
grabbed 3:24,25
5:3 9:8 10:23
11:9
grabbing 11:17
grip 5:7 11:2
14:25 19:5,12
groin 13:15
ground 9:16
12:20
group 6:19
guess 4:15 8:16
9:14 13:1
14:17
guy 3:7
guys 18:5

**H**

hand 4:13 5:3

9:7 19:5
handcuff 4:1 9:8
10:9 12:3
handcuffed 5:3
12:2 14:21
18:6,23
handcuffs 10:14
10:17
hands 11:7,14
11:17,23 12:3
hang 3:8 6:4
happen 18:21
happened 9:12
9:20 11:25
12:6 13:13,20
happening
14:20 19:2
happens 9:4
head 4:22,22
6:16
headquarters
2:4
heard 16:20
heel 4:16 12:8
19:18
heels 12:9
helped 5:1
hereof 22:6
hereto 22:12
hold 20:19
hold-over 2:15
3:2,5,13,14
4:10,18 5:1,13
5:14,19,21
6:16 12:21
14:2 15:9,13
16:6

**I**

idea 16:14
identify 2:7 3:7
immediately
3:12 9:8
incident 2:13,16
2:20 3:1

include 1:16
indiscernible
17:24
individual 3:16
informed 3:15
initial 6:19
inner 5:3,4
inside 18:24
19:22,23
interested 22:13
interrupt 2:21
interview 1:6
21:9
Investigation
1:1 2:5
involved 2:15
issue 2:23,24

**J**

Jolley 1:21 22:3
22:19
Joseph 3:15

**K**

keeping 10:8
kept 4:13,22 5:5
5:8 14:23
kick 4:5 9:15,17
13:15
kicked 4:7
kicking 4:16
12:8 13:6
kind 3:21 8:4
kneeling 13:9,11
knees 4:9 9:18
12:19
know 6:3 14:16
17:8 19:22
Kyle 5:10,15

**L**

L 1:21 22:3,19
laceration 4:23
leaning 13:1
leave 14:15 15:8
15:12

left 3:24 4:1,2,13
5:3,6,11,12,19
9:9 12:9 19:11
leg 4:19 5:4,5
13:22 14:5,15
18:24 19:4
legs 4:19 14:3,21
Lieutenant 2:3
2:12,18 5:22
5:25 6:5,9,12
6:18,22 7:2,6,9
7:13,15,19,22
8:3,6,9,13,17
8:20,24 9:2,11
9:19,25 10:4
10:10,15,20,25
11:3,6,12,16
11:19,22,25
12:5,10,16,22
12:25 13:5,8
13:12,16,19,23
14:4,7,11,14
14:19 15:1,4,7
15:11,16,18,22
15:25 16:4,8
16:13,17,21,24
17:2,5,9,14,17
17:21,25 18:2
18:4,8,14,16
18:20 19:1,7
19:13,16,20,24
20:2,5,7,10,14
20:17,21 21:1
21:5,8
lift 4:21
Litigation 1:22
long 15:18 17:5
look 6:8 7:23,25
looked 3:8
looking 8:1 16:1
lose 18:25
loud 18:11
Louis 1:1,24

**M**

CITY 00624

Mack 5:10,15
15:15,16 16:10
manage 4:11
managed 14:3
mean 7:3 8:14
10:1,5,19
18:11
means 10:16,19
media 1:14
medical 17:13
19:22
members 20:22
mentioned 18:9
18:17
METROPOL...
1:1
Midwest 1:22
mind 2:25
minute 14:17
minutes 15:21
misinterpreted
1:16
missing 17:22
Missouri 1:24
22:2,4
motion 3:22
muscle 12:14
muscles 9:15

**N**

N 2:1,1
name 2:2,8,15
necessary 15:8
neck 3:10 6:15
need 2:23 18:10
18:11
Neil 2:8
neither 22:9
Nicholas 2:15
3:9,18,20,24
4:1,3 5:16
North 1:23
NOTARY 22:1
NUMBER 1:3

**O**

O 2:1
observe 6:9 16:9
16:22 20:15,21
observed 17:1,4
obstruct 20:19
20:23
occurred 2:14
17:10
office 2:5
officer 2:9,10,17
3:1 4:18 5:24
6:2,7,11,14,21
6:25 7:4,7,11
7:12,14,17,20
7:25 8:4,7,8,12
8:15,19,23 9:1
9:5,7,13,21
10:3,7,13,18
10:22 11:1,5,9
11:15,18,21,24
12:2,7,13,19
12:24 13:3,7
13:10,14,15,17
13:21 14:1,1,2
14:5,9,12,16
14:22 15:3,5
15:10,14,15,16
15:17,20,24
16:2,7,10,10
16:11,15,19,23
17:1,3,7,12,15
17:18,18,19,23
18:1,3,7,13,15
18:19,22 19:3
19:9,15,18,21
19:25 20:4,6,9
20:13,16,20,25
21:7
officers 4:25 5:9
5:13 6:19 7:24
9:16 12:9
14:10 20:22
Oh 18:13
Okay 2:12,18,24
5:22,25 6:18

7:6,9,13,19
8:13,13,20 9:2
9:11,19,25
10:10,25 11:5
12:5,22 13:12
13:16,19,23
14:4,7 15:1,1,4
16:4,13,24
17:2,14,17
18:14,20 19:1
19:13,20 20:10
21:1,8
once 4:25
open 3:18 19:9
19:14,17
order 19:2
ordered 3:19,23
9:5
orders 10:8
outcome 22:13
outside 20:1

**P**

P 2:1
pain 4:17
palm 19:19
pant 5:4,4 18:24
pants 5:7 10:23
19:5,12
part 6:19
parties 22:10,12
partner 3:6
Patrol 2:14 3:4
Paul 3:6 5:15
14:2
perform 17:6
person 2:15
physically 15:2
place 10:14,16
20:18
placed 9:8
please 2:19
PO 2:10 3:15,19
3:22,23 4:1,16
5:10,15,15 9:5

13:21,24,24
point 2:23 3:23
4:3,12,15,18
5:9,11,19
11:23 15:12
16:5 20:18
police 1:1 2:4
20:23
portions 1:14
position 5:10
14:13
positioned 4:8
12:17
positioning 7:11
posture 3:21 7:1
7:3,10,21 9:4
14:23
praying 4:8
preparing 7:23
8:2
present 1:17
pretty 21:2
preventing 10:9
probably 2:21
process 3:5
proximity 18:23
PUBLIC 22:1
puffed 7:5
pull 18:24 19:4
pulled 11:10
pulling 5:5
punch 10:21
push 9:16 12:8
12:11 13:3,5
pushed 3:18
pushing 4:4
12:13
put 4:1,11 14:5
p.m 1:12 2:5

**Q**

quality 1:14
questions 2:22

**R**

R 2:1,1

really 15:23
rear 12:8
recall 15:23
record 22:8
recorded 1:6,14
recording 1:17
1:20
recover 15:9
reenter 5:14
refused 9:6
regain 5:11
regained 5:12
related 22:9
relative 22:10
release 5:6 11:1
released 19:12
relieved 14:13 15:15
remain 4:13
remained 4:12
9:21
remember 2:19
resisted 4:4
resisting 10:7
response 21:4
rest 14:9
ridge 9:14
right 4:12,13,24
5:4,5 6:5,22
7:15,16,22 8:3
8:6,9,22 9:3,22
10:8,15 11:12
11:16,19,20
12:9,16 14:11
14:19 15:7,12
15:22,25 16:5
16:22 17:9
18:2,6,24
19:24 20:11,14
20:17
righten 14:23
Roger 2:3
Roland 1:8 2:10
room 2:6

CITY 00625

**S**

S 2:1
saw 3:9 5:20
saying 11:13
second 4:11 9:24
semi-bent 12:20
semi-debilitated 13:18
sense 16:3
Sergeant 2:2,8 3:14 4:6 17:20 17:24 18:10 21:3
Services 1:22
seventh 2:4
shackled 14:21 15:19
shackles 4:19,20 13:22 14:6,15
Sherri 1:21 22:3 22:19
shouted 3:7 6:3
situation 3:15 5:1
somebody 3:7 6:2,3
soon 14:14
sorry 10:19 17:22 18:15
St 1:1,24
stance 6:24 8:16 8:18,22
standing 13:9
start 2:25
started 3:2
starting 2:20
State 22:2,4
step 3:19 7:4 8:2
stop 2:24 3:3 19:2
stopped 17:11
straighten 12:14
Street 1:23
strengthen 9:14
strike 9:7 10:23
20:8,11,12,15 20:23
striking 4:23 10:1 11:20
struck 4:16 13:14 18:18 19:10
struggle 4:10 18:9,17
struggling 18:5
Stuckey 3:16,19 3:22,23 4:1,16 9:5,8 13:15,24 17:18,25
stunning 5:6 10:24 19:11
subdue 14:3
successful 5:7
successfully 12:3
supervisor 3:13
sweatshirt 3:10 6:15

**T**

T 2:1,1
talk 2:13
talked 20:11
talking 6:10
tape 18:12 22:4
taught 7:18
technicians 17:13
tell 2:19
term 7:16 8:10 8:11,21 19:22
testimony 22:5,8
tied 3:10 6:15,16
tighten 9:14
time 1:17 2:6 5:15 10:22 12:18 13:6 14:8 16:3 17:8
times 20:12
tired 15:2
traffic 3:3
transcribed 1:15 1:20 22:7
transcriber 1:16
transcript 1:15 1:18 22:6,7
transcription 22:5
tried 5:4 9:15 14:22
try 2:20 12:8,14
trying 3:8 6:3 8:25 10:11 11:7,14 13:3,5 14:24 18:5
turn 3:23 4:5 9:6
turned 3:12,24 9:9
turning 4:22
two 14:18 15:21

**U**

Uh-huh 8:8,19 11:15,18 13:7 16:7 18:7
unable 1:15 19:5
unconscious 16:16
underneath 9:23 10:8
Unit 1:1 2:5
upper 4:9
use 9:17 10:16

**V**

verbal 21:3
verbatim 1:18

**W**

Wactor 3:6 4:18 5:16 13:22,24 14:2 16:11 17:18
walked 3:15
walking 3:14,16 3:17
want 21:6
watch 16:1
way 20:19,23
went 6:19
weren't 11:20 16:1
we'll 2:22 11:3
wiggling 14:24
window 3:9
witness 22:5,8
words 1:16
working 5:18
wouldn't 9:17 14:17
wrangle 4:19
wriggle 4:14 5:4
wrist 4:2,12 9:9 19:10,23

**Y**

yeah 7:12,14,18 8:12,23 15:17 17:3
young 3:4

**1**

11:24 1:12 2:5
11:40 21:8
11186 2:11
15-062114 1:3

**2**

2 3:18
2015 1:10

**3**

314 1:25
3786 2:3

**4**

4 3:9,18
4's 3:18

**6**

63101 1:24
644-2191 1:25

**7**

711 1:23

**8**

8 1:10
8th 2:6

CITY 00626



MIDWEST
LITIGATION
SERVICES

COURT REPORTING
& VIDEO

ORIGINAL

## ST. LOUIS METROPOLITAN POLICE DEPARTMENT
## FORCE INVESTIGATION UNIT

IN RE:
COMPLAINT NUMBER: 15-062114

AUDIO TRANSCRIPTION OF
RECORDED INTERVIEW OF
PAUL WACTOR

DECEMBER 8, 2015

NATIONWIDE SCHEDULING

**OFFICES**
MISSOURI Springfield  Jefferson City  Kansas City  Columbia  Rolla  Cape Girardeau
KANSAS  Overland Park  ILLINOIS  Springfield  Champaign

HEADQUARTERS: 711 North Eleventh Street, ST. Louis, Missouri 63101
**800.280.3376**
www.midwestlitigation.com

CITY 00627

1                    T R A N S C R I P T I O N

2                    SERGEANT ENGELHARDT:  I am Lieutenant

3    Roger Engelhardt, DSN 3786.  I am with the Force

4    Investigation Unit.  We are on the seventh floor of

5    police headquarters.  It is December 8th.  It's about

6        p.m.  At this time I'd like everybody else in the          11:0C

7    room to identify themselves.

8                    MR. BRUNTRAGER:  My name is Neil

9    Bruntrager, and I'm here with Officer Wactor.

10                    OFFICER WACTOR:  My name is Paul Wactor.

11   I'm a police officer, DSN 8767, assigned to the Third

12   District.

13                    LIEUTENANT ENGELHARDT:  Okay.  Officer

14   Wactor, I would like to talk to you about an incident which

15   occurred earlier tonight in the Central Patrol hold-over.

16   It involved a person by the name of Nicholas Gilbert.  Are

17   you familiar with that event?

18                    OFFICER WACTOR:  Yes, sir.

19                    LIEUTENANT ENGELHARDT:  Okay.  I would

20   like you to tell me what you remember about that event.

21   And it's always best to start at the beginning, wherever

22   you consider the beginning to be.  Relate to me what you

23   remember about that event.  And, probably, when you're

24   done, I'll have some questions for you.  And then your

25   attorney will have some questions for you.

CITY 00628

1          And at any point if there's something

2   that you want to clarify, feel free to do that, because

3   that's -- the most important thing is what you have to

4   say, not what we have to say.  So with that in mind, tell

5   me what you remember about this event.

6          OFFICER WACTOR:  Yes, sir.  On today's

7   date, Officer Roland Degregorio and I had brought in a

8   -- assisted with transporting a prisoner from a car stop

9   at Jefferson and Shenandoah.  We assisted in conveying

10  this prisoner to the hold-over.  While in the hold-over,

11  I observed a white male who seemed to be acting bizarre

12  -- in a bizarre manner in his cell.  I continued with

13  assisting with booking of this individual -- the

14  individual we brought in for a 324.

15         While doing that, I observed the -- the

16  male appeared to be tying his sweatpants around his neck.

17  I then went to exit the hold-over to find a supervisor,

18  inform them of what's going on.  At that time, Sergeant

19  Bergmann was coming in at the same time.  I informed him

20  of what was going on.  And when I looked over again, I

21  observed that the subject had now tied the sweatpants,

22  which were tied to his -- around his throat, to the cell

23  door bars.

24         I then ran -- went -- responded to the

25  Central Patrol desk officer to get a pair of leg shackles

CITY 00629

1    and responded back to the cell.  When I responded back

2    there, I observed Officer Stuckey, Officer Degregorio,

3    and Sergeant Bergmann struggling with the subject.  The

4    subject appeared to be putting up a pretty significant

5    fight with those three individuals.

6              I then assisted in placing leg shackles

7    on the subject.  From there, the subject continued to --

8    seemed to continue to struggle with us, until -- for a

9    short period, until he stopped.  We then moved him to the

10   ground and placed him on his side.  And at that time,

11   continued watch of the subject while he was on his side,

12   on the ground.

13             I then observed at some point that he

14   seemed to be -- seemed to be not breathing as well.  After

15   checking for a pulse and I was unable to find a pulse,

16   Officer Mack attempted to find a pulse.  We could not find

17   one.  We un-handcuffed him, laid him on his back, and

18   asked for an AED and began CPR on him.

19             After continuing -- doing numerous

20   rounds of CPR, following the instructions of the AED, a

21   fire alarm was finally on scene.  I then allowed them to

22   get in and start their work on the subject, and I stepped

23   outside the cell.

24             LIEUTENANT ENGELHARDT:  Is that it?

25             OFFICER WACTOR:  Yes, sir.

CITY 00630

1                 LIEUTENANT ENGELHARDT:  Okay.  You

2  said you with -- there -- you were back there with a

3  prisoner?

4                 OFFICER WACTOR:  Yes, sir.

5                 LIEUTENANT ENGELHARDT:  What's your

6  prisoner's name?

7                 OFFICER WACTOR:  I believe it was Asimy

8  (ph) Jackson.

9                 LIEUTENANT ENGELHARDT:  Okay.  And who

10  else was with you?

11                OFFICER WACTOR:  Roland B. Degregorio.

12                LIEUTENANT ENGELHARDT:  Okay.  And is

13  he -- was he your partner for the day?

14                OFFICER WACTOR:  Yes, sir.  He is my

15  partner for the day.

16                LIEUTENANT ENGELHARDT:  All right.

17  And so you're bringing this other prisoner back?

18                OFFICER WACTOR:  Yes, sir.

19                LIEUTENANT ENGELHARDT:  And your

20  attention is drawn to one of the other cells in the room?

21                OFFICER WACTOR:  Yes, sir.

22                LIEUTENANT ENGELHARDT:  And what drew

23  your attention to that person in that cell -- or that cell?

24                OFFICER WACTOR:  My attention was drawn

25  by the behavior of the individual, who seemed to be moving

CITY 00631

1    his arms around.  And the best way I could describe is

2    like some martial arts --

3              LIEUTENANT ENGELHARDT:  And you thought

4    that was unusual?

5              OFFICER WACTOR:  Yes, sir.

6              LIEUTENANT ENGELHARDT:  Okay.  And how

7    long have you been a police officer?

8              OFFICER WACTOR:  About seven and a half

9    years, sir.

10             LIEUTENANT ENGELHARDT:  Okay.  And so

11   when you saw his actions you thought they were unusual.

12   How did you interpret those actions?  What did you think?

13             OFFICER WACTOR:  I interpreted those

14   actions as the individual was possibly OBS, or could

15   possibly be under the influence.

16             LIEUTENANT ENGELHARDT:  Okay.  By OBS

17   -- what do you mean by OBS?

18             OFFICER WACTOR:  Organic brain

19   syndrome, that the subject could be suffering from some

20   type of mental health ailment.

21             LIEUTENANT ENGELHARDT:  Okay.  So

22   that's what drew your attention to him?  You said -- you

23   -- you looked at his behavior and you recognized him as

24   somebody who was either under the influence of some sort

25   of drug or mentally ill --

CITY 00632

1          OFFICER WACTOR:  Yes, sir.

2          LIEUTENANT ENGELHARDT:  -- or both?

3          OFFICER WACTOR:  Yes, sir.

4          LIEUTENANT ENGELHARDT:  Okay.  And so

5     did that hold your attention for a while?

6          OFFICER WACTOR:  I believe for a short

7     period, sir.

8          LIEUTENANT ENGELHARDT:  Okay.  And

9     what else did he do that you considered unusual?

10         OFFICER WACTOR:  Well, tying his

11    sweatpants around his neck I found highly unusual.

12         LIEUTENANT ENGELHARDT:  Okay.  And

13    what did you interpret that to be?  What do you -- what

14    was his -- what did you interpret -- why was he doing that?

15    Why do you think?

16         OFFICER WACTOR:  I interpreted that the

17    individual was taking to take his life.

18         LIEUTENANT ENGELHARDT:  Okay.  And

19    that's when you went to notify a supervisor?

20         OFFICER WACTOR:  (No verbal response).

21         LIEUTENANT ENGELHARDT:  Okay.  And

22    then at some point -- what happens after that?  You go

23    to notify the supervisor.  What happens after that?

24         OFFICER WACTOR:  I then responded to the

25    desk to get a pair of leg shackles.

CITY 00633

1          LIEUTENANT ENGELHARDT:  All right.

2    Was that at somebody's direction, or was that --

3          OFFICER WACTOR:  I believe that was at

4    somebody's direction.

5          LIEUTENANT ENGELHARDT:  Okay.  Do you

6    remember who gave you that direction?

7          OFFICER WACTOR:  No, sir.  I don't

8    remember.

9          LIEUTENANT ENGELHARDT:  Okay.  So

10   somebody said get some leg shackles?

11         OFFICER WACTOR:  Yes, sir.

12         LIEUTENANT ENGELHARDT:  Or something to

13   that effect?

14         OFFICER WACTOR:  Something.

15         LIEUTENANT ENGELHARDT:  So you went to

16   the desk.  And so, obviously, at the desk, you couldn't

17   observe what was happening, then --

18         OFFICER WACTOR:  That's correct, sir.

19         LIEUTENANT ENGELHARDT:  -- with him?

20   Okay.  And you immediately returned with the leg

21   shackles, I assume?

22         OFFICER WACTOR:  Yes, sir.

23         LIEUTENANT ENGELHARDT:  Okay.  And

24   then what happens?

25         OFFICER WACTOR:  I then attempt -- place

CITY 00634

1    the leg -- observed that they were struggling with the

2    subject.  I then placed the leg shackles on his legs --

3    lower legs.

4                    LIEUTENANT ENGELHARDT:  Okay.  And

5    when they were struggling with him, was he still in

6    control?  What was he doing?  How were they struggling

7    with him?

8                    OFFICER WACTOR:  He -- it appeared to be

9    he was moving around quite a bit, and they were unable

10   -- they were having trouble keeping him in place.  It

11   looked like he was also, for lack of better terms, like

12   donkey kicking -- kicking back with his lower -- both his

13   legs.

14                   LIEUTENANT ENGELHARDT:  Okay.  Was he

15   saying anything?

16                   OFFICER WACTOR:  I don't recall, sir.

17                   LIEUTENANT ENGELHARDT:  Was he making

18   any noises?

19                   OFFICER WACTOR:  He was yelling, I do

20   recall.

21                   LIEUTENANT ENGELHARDT:  Okay.  And how

22   did you interpret those actions?

23                   OFFICER WACTOR:  I interpreted those

24   actions that he was -- he was fighting -- still fighting;

25   that he was aggressive.

CITY 00635

1    LIEUTENANT ENGELHARDT:  All right.

2  When he was doing these donkey kicks -- you called them

3  --

4    OFFICER WACTOR:  Yes, sir.

5    LIEUTENANT ENGELHARDT:  -- were those

6  directed at any officer in particular?

7    OFFICER WACTOR:  From my vantage point,

8  it appeared that it was directed towards, I believe,

9  Officer Stuckey.

10    LIEUTENANT ENGELHARDT:  Okay.  So it

11  appeared that he was trying to assault a police officer?

12    OFFICER WACTOR:  Yes, sir.

13    LIEUTENANT ENGELHARDT:  Okay.  And at

14  some point the leg shackles are placed on him?

15    OFFICER WACTOR:  Yes, sir.

16    LIEUTENANT ENGELHARDT:  Okay.  And who

17  does that?

18    OFFICER WACTOR:  I did one leg shackle,

19  and I was -- I don't know.  Someone else assisted me on

20  placing the other leg shackle.

21    LIEUTENANT ENGELHARDT:  And how did

22  that affect Mr. Gilbert's conduct?

23    OFFICER WACTOR:  It appeared it didn't

24  affect it at all.  It appeared that he was still going

25  -- or still fighting the officers.

CITY 00636

1    LIEUTENANT ENGELHARDT: Okay. And

2 when did that stop?

3    OFFICER WACTOR: I believe a short

4 period -- a short period later, after the leg shackles

5 were placed on and more -- I believe more officers

6 arrived.

7    LIEUTENANT ENGELHARDT: Okay. And so

8 at some point he stopped kicking?

9    OFFICER WACTOR: Yes, sir.

10    LIEUTENANT ENGELHARDT: Okay. And

11 then what happened?

12    OFFICER WACTOR: At that point, after he

13 ceased struggling, we moved him down to the ground and

14 placed -- of the cell, and placed him on his side.

15    LIEUTENANT ENGELHARDT: Okay. And is

16 that when you observed him having some kind of distress?

17    OFFICER WACTOR: It was at -- it was

18 shortly thereafter.

19    LIEUTENANT ENGELHARDT: So how long

20 after that -- he stopped kicking did you notice that he

21 was in some kind of medical distress?

22    OFFICER WACTOR: I don't know, sir. I

23 don't know exact timeframe.

24    LIEUTENANT ENGELHARDT: Okay. But at

25 some point he stopped kicking? Did he stop kicking

**CITY 00637**

1    because the officers, you know, were controlling him,

2    restraining him, or did he stop kicking because he just

3    stopped kicking?

4              OFFICER WACTOR:  I believe he stopped

5    kicking after officers were restraining him.

6              LIEUTENANT ENGELHARDT:  Okay.  And at

7    some -- when he stopped kicking, what did the officers

8    do then?

9              OFFICER WACTOR:  That, I don't know,

'10   sir.  I didn't see that part.  I was moving around.

11             LIEUTENANT ENGELHARDT:  Okay.  So you

12   didn't really see when he stopped kicking.  Is that what

13   you're telling me?

14             OFFICER WACTOR:  For the most part.

15   Yes, sir.

16             LIEUTENANT ENGELHARDT:  You don't know

17   when he stopped kicking?

18             OFFICER WACTOR:  I don't know for sure.

19             LIEUTENANT ENGELHARDT:  Okay.  So at

20   some point he -- he had stopped kicking, but you don't

21   know when.  And what was the first thing that made you

22   believe that he was having some kind of medical emergency?

23             OFFICER WACTOR:  When he was laying on

24   the ground and he didn't appear to be breathing hard, like

25   a normal person would after strenuous activity.

CITY 00638

1          LIEUTENANT ENGELHARDT: Okay. So you

2   noticed that he wasn't breathing, at least not like --

3          OFFICER WACTOR: Breathing hard.

4          LIEUTENANT ENGELHARDT: Not like you

5   thought he would -- should be?

6          OFFICER WACTOR: Yes, sir.

7          LIEUTENANT ENGELHARDT: Right? Did

8   you notice that there was a change in his breathing from

9   when you -- you know, you observed him, and then you were

10  busy doing other things. He stops kicking at some point.

11  You don't know. And did his breathing change as you were

12  observing him?

13         OFFICER WACTOR: Yes, when he was lying

14  on his side.

15         LIEUTENANT ENGELHARDT: Okay. So he

16  wasn't breathing, I guess, normally at that point?

17         OFFICER WACTOR: Yes, sir.

18         LIEUTENANT ENGELHARDT: He was not

19  breathing --

20         OFFICER WACTOR: It appeared he wasn't

21  breathing how I think he would be breathing after just

22  struggling.

23         LIEUTENANT ENGELHARDT: Okay. But

24  when he was struggling did it appear that he was -- he

25  was breathing in a different way or different manner?

CITY 00639

1      OFFICER WACTOR:  It appeared he was

2  breathing normally, like somebody would, you know, that's

3  exerting themselves.

4      LIEUTENANT ENGELHARDT:  Okay.  All

5  right.  So anyway, you determined that he's having some

6  kind of medical issue?

7      OFFICER WACTOR:  Yes, sir.

8      LIEUTENANT ENGELHARDT:  And then what

9  did you do?

10      OFFICER WACTOR:  At that point we

11  un-cuffed him.  We put him onto his back.  And I asked

12  for an AED.  And Officer Mack and I began CPR and placing

13  the AED pads on him.

14      LIEUTENANT ENGELHARDT:  Can you tell me

15  what AED is, because I really don't know?

16      OFFICER WACTOR:  Automated external

17  defibrillator.

18      LIEUTENANT ENGELHARDT:  Okay.  And

19  what's that device used for?

20      OFFICER WACTOR:  That device is used for

21  people in cardiac distress.

22      LIEUTENANT ENGELHARDT:  And how did you

23  determine he was in cardiac distress?

24      OFFICER WACTOR:  I wasn't 100-percent

25  that he was in cardiac -- or 100-percent sure he was in

CITY 00640

1  cardiac distress.  I placed that -- placed it on him as

2  a precaution.

3              LIEUTENANT ENGELHARDT:  Okay.  What

4  training have you received in the use of a AED?

5              OFFICER WACTOR:  Prior to being a police

6  officer, I was an EMT-basic.  Before then I was -- or --

7  and afterwards I received training in the police academy

8  as a first responder.

9              LIEUTENANT ENGELHARDT:  With that

10  particular piece of equipment?

11              OFFICER WACTOR:  A very similar piece of

12  equipment, not the exact piece.

13              LIEUTENANT ENGELHARDT:  Okay.  So you

14  trained with an earlier version of that equipment,

15  basically the same manner or functioning but just a

16  different model or something of that sort?

17              OFFICER WACTOR:  Yes, sir.

18              LIEUTENANT ENGELHARDT:  Okay.  So you

19  trained with something very similar to that; however,

20  they don't -- they changed the model.  It's a different

21  model than you actually trained with in the police

22  academy; is that correct?

23              OFFICER WACTOR:  Yes, sir.

24              LIEUTENANT ENGELHARDT:  Okay.  And you

25  also have some medical training with -- as an EMT?

**CITY 00641**

1           OFFICER WACTOR:  Yes, sir.

2           LIEUTENANT ENGELHARDT:  Okay.  And in

3   that training you recognized that he was having a medical

4   emergency -- not just your police training but your prior

5   experience as an EMT?

6           OFFICER WACTOR:  Yes, sir.

7           LIEUTENANT ENGELHARDT:  Okay.  And so

8   you un-handcuffed him and began rendering aid?

9           OFFICER WACTOR:  (No verbal response).

10          LIEUTENANT ENGELHARDT:  And how long

11  did you render that aid?

12          OFFICER WACTOR:  I don't know how long

13  it -- it felt like a lifetime before EMS showed up.  I

14  don't know an exact amount of minutes.

15          LIEUTENANT ENGELHARDT:  Okay.  So

16  you're rendering this aid.  And can you describe how

17  you're doing that?  What are you doing?

18          OFFICER WACTOR:  Officer Mack and I are

19  taking turns doing chest compressions and using a one-way

20  re-breather mask and blowing air into his airway.

21          LIEUTENANT ENGELHARDT:  Okay.  And you

22  don't know how long it was, but you continued doing that

23  until either the fire department or EMS responded and took

24  over?

25          OFFICER WACTOR:  Yes, sir.

CITY 00642

1          LIEUTENANT ENGELHARDT:  Okay.  So you

2    don't know how long it was, but it was from the first you

3    recognized he was having a medical emergency until you're

4    relieved by trained medical people?

5          OFFICER WACTOR:  Yes, sir.

6          LIEUTENANT ENGELHARDT:  Okay.  At any

7    point did you strike Mr. Gilbert?

8          OFFICER WACTOR:  No, sir.

9          LIEUTENANT ENGELHARDT:  All right.  At

10   any point did you observe anyone else -- any other police

11   officer strike Mr. Gilbert?

12         OFFICER WACTOR:  No, sir.

13         LIEUTENANT ENGELHARDT:  All right.  At

14   any point did you choke or in any way impede Mr. Gilbert's

15   airway?

16         OFFICER WACTOR:  No, sir.

17         LIEUTENANT ENGELHARDT:  Did you observe

18   any other officers choke or impede Officer -- Mr.

19   Gilbert's airway?

20         OFFICER WACTOR:  No, sir.

21         LIEUTENANT ENGELHARDT:  All right.

22   Did you observe any officers or any members of the police

23   department abuse Mr. Gilbert in any way?

24         OFFICER WACTOR:  No, sir.

25         LIEUTENANT ENGELHARDT:  Okay.  Do you

CITY 00643

1    have anything else to add?

2                    OFFICER WACTOR:  No, sir.

3                    LIEUTENANT ENGELHARDT:  Okay.  This

4    concludes the interview.  It's 11:18.

5                    (WHEREIN, the interview was concluded.)

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CITY 00644

1            CERTIFICATE OF NOTARY PUBLIC

2                 STATE OF MISSOURI

3            I, Sherri L. Jolley, within and for

4    the State of Missouri, do hereby certify that the tape

5    transcription in the witness whose testimony appears in

6    the foregoing transcript in the caption hereof and

7    thereafter transcribed by me; that said transcript is a

8    record of the testimony given by said witness; that I am

9    neither counsel for, related to, nor employed by any

10   parties to the action; and further that I am not a relative

11   or employee of any counsel or attorney employee of any

12   counsel or attorney employed by the parties hereto, nor

13   financially or otherwise interested in the outcome of the

14   action.

15

16

17

18   _____

19              Sherri L. Jolley

20

21

22

23

CITY 00645

AUDIO TRANSCRIPTION OF PAUL WACTOR

**A**

abuse 17:23
academy 15:7
  15:22
acting 3:11
action 19:10,14
actions 6:11,12
  6:14 9:22,24
activity 12:25
add 18:1
AED 4:18,20
  14:12,13,15
  15:4
affect 10:22,24
aggressive 9:25
aid 16:8,11,16
ailment 6:20
air 16:20
airway 16:20
  17:15,19
alarm 4:21
allowed 4:21
amount 16:14
anyway 14:5
appear 12:24
  13:24
appeared 3:16
  4:4 9:8 10:8,11
  10:23,24 13:20
  14:1
appears 19:5
arms 6:1
arrived 11:6
arts 6:2
Asimy 5:7
asked 4:18
  14:11
assault 10:11
assigned 2:11
assisted 3:8,9
  4:6 10:19
assisting 3:13
assume 8:21
attempt 8:25
attempted 4:16

attention 5:20
  5:23,24 6:22
  7:5
attorney 2:25
  19:11,12
AUDIO 1:20
Automated
  14:16

**B**

B 5:11
back 4:1,1,17
  5:2,17 9:12
  14:11
bars 3:23
basically 15:15
began 4:18
  14:12 16:8
beginning 2:21
  2:22
behavior 5:25
  6:23
believe 5:7 7:6
  8:3 10:8 11:3,5
  12:4,22
Bergmann 3:19
  4:3
best 2:21 6:1
better 9:11
bit 9:9
bizarre 3:11,12
blowing 16:20
booking 3:13
brain 6:18
breathing 4:14
  12:24 13:2,3,8
  13:11,16,19,21
  13:21,25 14:2
bringing 5:17
brought 3:7,14
Bruntrager 2:8
  2:9
busy 13:10

**C**

C 2:1

called 10:2
caption 19:6
car 3:8
cardiac 14:21,23
  14:25 15:1
ceased 11:13
cell 3:12,22 4:1
  4:23 5:23,23
  11:14
cells 5:20
Central 2:15
  3:25
CERTIFICA...
  19:1
certify 19:4
change 13:8,11
changed 15:20
checking 4:15
chest 16:19
choke 17:14,18
clarify 3:2
coming 3:19
COMPLAINT
  1:3
compressions
  16:19
concluded 18:5
concludes 18:4
conduct 10:22
consider 2:22
considered 1:18
  7:9
continue 4:8
continued 3:12
  4:7,11 16:22
continuing 4:19
control 9:6
controlling 12:1
conveying 3:9
correct 8:18
  15:22
counsel 19:9,11
  19:12
CPR 4:18,20
  14:12

**D**

date 3:7
day 5:13,15
December 1:10
  2:5
defibrillator
  14:17
Degregorio 3:7
  4:2 5:11
department 1:1
  16:23 17:23
describe 6:1
  16:16
desk 3:25 7:25
  8:16,16
determine 14:23
determined 14:5
device 14:19,20
different 13:25
  13:25 15:16,20
directed 10:6,8
direction 8:2,4,6
distress 11:16
  11:21 14:21,23
  15:1
District 2:12
doing 3:15 4:19
  7:14 9:6 10:2
  13:10 16:17,17
  16:19,22
donkey 9:12
  10:2
door 3:23
drawn 5:20,24
drew 5:22 6:22
drug 6:25
DSN 2:3,11
Due 1:14

**E**

earlier 2:15
  15:14
effect 8:13
either 6:24
  16:23

Eleventh 1:23
emergency
  12:22 16:4
  17:3
employed 19:9
  19:12
employee 19:11
  19:11
EMS 16:13,23
EMT 15:25 16:5
EMT-basic 15:6
Engelhardt 2:2
  2:3,13,19 4:24
  5:1,5,9,12,16
  5:19,22 6:3,6
  6:10,16,21 7:2
  7:4,8,12,18,21
  8:1,5,9,12,15
  8:19,23 9:4,14
  9:17,21 10:1,5
  10:10,13,16,21
  11:1,7,10,15
  11:19,24 12:6
  12:11,16,19
  13:1,4,7,15,18
  13:23 14:4,8
  14:14,18,22
  15:3,9,13,18
  15:24 16:2,7
  16:10,15,21
  17:1,6,9,13,17
  17:21,25 18:3
equipment
  15:10,12,14
event 2:17,20,23
  3:5
everybody 2:6
exact 11:23
  15:12 16:14
exerting 14:3
exit 3:17
experience 16:5
external 14:16

**F**

MIDWEST LITIGATION SERVICES
www.midwestlitigation.com Phone: 1.800.280.DEPO(3376)    Fax: 314.644.1334

CITY 00646

familiar 2:17
feel 3:2
felt 16:13
fight 4:5
fighting 9:24,24 10:25
finally 4:21
financially 19:13
find 3:17 4:15 4:16,16
fire 4:21 16:23
first 12:21 15:8 17:2
floor 2:4
following 4:20
Force 1:1 2:3
foregoing 19:6
found 7:11
free 3:2
functioning 15:15
further 19:10

**G**

Gilbert 2:16 17:7,11,23
Gilbert's 10:22 17:14,19
given 19:8
go 7:22
going 3:18,20 10:24
ground 4:10,12 11:13 12:24
guess 13:16

**H**

half 6:8
happened 11:11
happening 8:17
happens 7:22,23 8:24
hard 12:24 13:3
headquarters 2:5

health 6:20
hereof 19:6
hereto 19:12
highly 7:11
hold 7:5
hold-over 2:15 3:10,10,17

**I**

identify 2:7
ill 6:25
immediately 8:20
impede 17:14,18
important 3:3
incident 2:14
include 1:16
individual 3:13 3:14 5:25 6:14 7:17
individuals 4:5
influence 6:15 6:24
inform 3:18
informed 3:19
instructions 4:20
interested 19:13
interpret 6:12 7:13,14 9:22
interpreted 6:12 7:16 9:23
interview 1:6 18:4,5
Investigation 1:1 2:4
involved 2:16
issue 14:6

**J**

Jackson 5:8
Jefferson 3:9
Jolley 1:21 19:3 19:19

**K**

keeping 9:10
kicking 9:12,12 11:8,20,25,25 12:2,3,5,7,12 12:17,20 13:10
kicks 10:2
kind 11:16,21 12:22 14:6
know 10:19 11:22,23 12:1 12:9,16,18,21 13:9,11 14:2 14:15 16:12,14 16:22 17:2

**L**

L 1:21 19:3,19
lack 9:11
laid 4:17
laying 12:23
leg 3:25 4:6 7:25 8:10,20 9:1,2 10:14,18,20 11:4
legs 9:2,3,13
Lieutenant 2:2 2:13,19 4:24 5:1,5,9,12,16 5:19,22 6:3,6 6:10,16,21 7:2 7:4,8,12,18,21 8:1,5,9,12,15 8:19,23 9:4,14 9:17,21 10:1,5 10:10,13,16,21 11:1,7,10,15 11:19,24 12:6 12:11,16,19 13:1,4,7,15,18 13:23 14:4,8 14:14,18,22 15:3,9,13,18 15:24 16:2,7 16:10,15,21 17:1,6,9,13,17

17:21,25 18:3
life 7:17
lifetime 16:13
Litigation 1:22
long 6:7 11:19 16:10,12,22 17:2
looked 3:20 6:23 9:11
Louis 1:1,24
lower 9:3,12
lying 13:13

**M**

Mack 4:16 14:12 16:18
making 9:17
male 3:11,16
manner 3:12 13:25 15:15
martial 6:2
mask 16:20
mean 6:17
media 1:14
medical 11:21 12:22 14:6 15:25 16:3 17:3,4
members 17:22
mental 6:20
mentally 6:25
METROPOL... 1:1
Midwest 1:22
mind 3:4
minutes 16:14
misinterpreted 1:16
Missouri 1:24 19:2,4
model 15:16,20 15:21
moved 4:9 11:13
moving 5:25 9:9 12:10

**N**

N 2:1,1
name 2:8,10,16 5:6
neck 3:16 7:11
Neil 2:8
neither 19:9
Nicholas 2:16
noises 9:18
normal 12:25
normally 13:16 14:2
North 1:23
NOTARY 19:1
notice 11:20 13:8
noticed 13:2
notify 7:19,23
NUMBER 1:3
numerous 4:19

**O**

O 2:1
OBS 6:14,16,17
observe 8:17 17:10,17,22
observed 3:11 3:15,21 4:2,13 9:1 11:16 13:9
observing 13:12
obviously 8:16
occurred 2:15
officer 2:9,10,11 2:13,18 3:6,7 3:25 4:2,2,16 4:25 5:4,7,11 5:14,18,21,24 6:5,7,8,13,18 7:1,3,6,10,16 7:20,24 8:3,7 8:11,14,18,22 8:25 9:8,16,19 9:23 10:4,6,7,9 10:11,12,15,18 10:23 11:3,9

**CITY 00647**

11:12,17,22
12:4,9,14,18
12:23 13:3,6
13:13,17,20
14:1,7,10,12
14:16,20,24
15:5,6,11,17
15:23 16:1,6,9
16:12,18,18,25
17:5,8,11,12
17:16,18,20,24
18:2
officers 10:25
11:5 12:1,5,7
17:18,22
Okay 2:13,19
5:1,9,12 6:6,10
6:16,21 7:4,8
7:12,18,21 8:5
8:9,20,23 9:4
9:14,21 10:10
10:13,16 11:1
11:7,10,15,24
12:6,11,19
13:1,15,23
14:4,18 15:3
15:13,18,24
16:2,7,15,21
17:1,6,25 18:3
one-way 16:19
Organic 6:18
outcome 19:13
outside 4:23

**P**

P 2:1
pads 14:13
pair 3:25 7:25
part 12:10,14
particular 10:6
15:10
parties 19:10,12
partner 5:13,15
Patrol 2:15 3:25
Paul 1:8 2:10

people 14:21
17:4
period 4:9 7:7
11:4,4
person 2:16 5:23
12:25
ph 5:8
piece 15:10,11
15:12
place 8:25 9:10
placed 4:10 9:2
10:14 11:5,14
11:14 15:1,1
placing 4:6
10:20 14:12
point 3:1 4:13
7:22 10:7,14
11:8,12,25
12:20 13:10,16
14:10 17:7,10
17:14
police 1:1 2:5,11
6:7 10:11 15:5
15:7,21 16:4
17:10,22
portions 1:14
possibly 6:14,15
precaution 15:2
present 1:17
pretty 4:4
prior 15:5 16:4
prisoner 3:8,10
5:3,17
prisoner's 5:6
probably 2:23
PUBLIC 19:1
put 14:11
putting 4:4
p.m 1:12 2:6

**Q**

quality 1:14
questions 2:24
2:25

quite 9:9

**R**

R 2:1,1
ran 3:24
really 12:12
14:15
recall 9:16,20
received 15:4,7
recognized 6:23
16:3 17:3
record 19:8
recorded 1:6,14
recording 1:17
1:20
Relate 2:22
related 19:9
relative 19:10
relieved 17:4
remember 2:20
2:23 3:5 8:6,8
render 16:11
rendering 16:8
16:16
responded 3:24
4:1,1 7:24
16:23
responder 15:8
response 7:20
16:9
restraining 12:2
12:5
returned 8:20
re-breather
16:20
right 5:16 8:1
10:1 13:7 14:5
17:9,13,21
Roger 2:3
Roland 3:7 5:11
room 2:7 5:20
rounds 4:20

**S**

S 2:1
saw 6:11

saying 9:15
scene 4:21
see 12:10,12
Sergeant 2:2
3:18 4:3
Services 1:22
seven 6:8
seventh 2:4
shackle 10:18,20
shackles 3:25
4:6 7:25 8:10
8:21 9:2 10:14
11:4
Shenandoah 3:9
Sherri 1:21 19:3
19:19
short 4:9 7:6
11:3,4
shortly 11:18
showed 16:13
side 4:10,11
11:14 13:14
significant 4:4
similar 15:11,19
sir 2:18 3:6 4:25
5:4,14,18,21
6:5,9 7:1,3,7
8:7,11,18,22
9:16 10:4,12
10:15 11:9,22
12:10,15 13:6
13:17 14:7
15:17,23 16:1
16:6,25 17:5,8
17:12,16,20,24
18:2
somebody 6:24
8:10 14:2
somebody's 8:2
8:4
sort 6:24 15:16
St 1:1,24
start 2:21 4:22
State 19:2,4
stepped 4:22

stop 3:8 11:2,25
12:2
stopped 4:9 11:8
11:20,25 12:3
12:4,7,12,17
12:20
stops 13:10
Street 1:23
strenuous 12:25
strike 17:7,11
struggle 4:8
struggling 4:3
9:1,5,6 11:13
13:22,24
Stuckey 4:2 10:9
subject 3:21 4:3
4:4,7,7,11,22
6:19 9:2
suffering 6:19
supervisor 3:17
7:19,23
sure 12:18 14:25
sweatpants 3:16
3:21 7:11
syndrome 6:19

**T**

T 2:1,1
take 7:17
talk 2:14
tape 19:4
tell 2:20 3:4
14:14
telling 12:13
terms 9:11
testimony 19:5,8
thing 3:3 12:21
things 13:10
think 6:12 7:15
13:21
Third 2:11
thought 6:3,11
13:5
three 4:5
throat 3:22

CITY 00648

tied 3:21,22
time 1:17 2:6
  3:18,19 4:10
timeframe 11:23
today's 3:6
tonight 2:15
trained 15:14,19
  15:21 17:4
training 15:4,7
  15:25 16:3,4
transcribed 1:15
  1:20 19:7
transcriber 1:16
transcript 1:15
  1:18 19:6,7
transcription
  19:5
transporting 3:8
trouble 9:10
trying 10:11
turns 16:19
tying 3:16 7:10
type 6:20

**U**

unable 1:15 4:15
  9:9
Unit 1:1 2:4
unusual 6:4,11
  7:9,11
un-cuffed 14:11
un-handcuffed
  4:17 16:8
use 15:4

**V**

vantage 10:7
verbal 7:20 16:9
verbatim 1:18
version 15:14

**W**

Wactor 1:8 2:9
  2:10,10,14,18
  3:6 4:25 5:4,7
  5:11,14,18,21

5:24 6:5,8,13
6:18 7:1,3,6,10
7:16,20,24 8:3
8:7,11,14,18
8:22,25 9:8,16
9:19,23 10:4,7
10:12,15,18,23
11:3,9,12,17
11:22 12:4,9
12:14,18,23
13:3,6,13,17
13:20 14:1,7
14:10,16,20,24
15:5,11,17,23
16:1,6,9,12,18
16:25 17:5,8
17:12,16,20,24
18:2
want 3:2
wasn't 13:2,16
  13:20 14:24
watch 4:11
way 6:1 13:25
  17:14,23
went 3:17,24
  7:19 8:15
white 3:11
witness 19:5,8
words 1:16
work 4:22

**Y**

years 6:9
yelling 9:19

**1**

100-percent
  14:24,25
11:00 1:12
11:18 18:4
15-062114 1:3

**2**

2015 1:10

**3**

314 1:25
324 3:14
3786 2:3

**6**

63101 1:24
644-2191 1:25

**7**

711 1:23

**8**

8 1:10
8th 2:5
8767 2:11

CITY 00649



ORIGINAL

## ST. LOUIS METROPOLITAN POLICE DEPARTMENT
## FORCE INVESTIGATION UNIT

IN RE:
COMPLAINT NUMBER: 15-062114

AUDIO TRANSCRIPTION OF
RECORDED INTERVIEW OF
VERONICA WILBURN

DECEMBER 8, 2015

NATIONWIDE SCHEDULING

**OFFICES**
MISSOURI Springfield  Jefferson City  Kansas City  Columbia  Rolla  Cape Girardeau
KANSAS  Overland Park  ILLINOIS  Springfield  Champaign

HEADQUARTERS: 711 North Eleventh Street, ST. Louis, Missouri 63101
**800.280.3376**
www.midwestlitigation.com

**CITY 00650**

1    ST. LOUIS METROPOLITAN POLICE DEPARTMENT
            FORCE INVESTIGATION UNIT

2
     IN RE:
3    COMPLAINT NUMBER:  15-062114

4

5

6                RECORDED INTERVIEW OF

7

8                 VERONICA WILBURN

9

10                DECEMBER 8, 2015

11

12                   10:20 P.M.

13

14   Due to the quality of the recorded media, portions were

15   unable to be transcribed.  The transcript may also

16   include misinterpreted words.  The transcriber was not

17   present at the time of the recording; therefore, this

18   transcript should not be considered verbatim.

19

20   AUDIO RECORDING WAS TRANSCRIBED BY:

21   Sherri L. Jolley

22   Midwest Litigation Services

23   711 North Eleventh Street

24   St. Louis, Missouri 63101

25   (314) 644-2191

CITY 00651

1              T R A N S C R I P T I O N

2              SERGEANT ENGELHARDT:  Okay.  Here we

3    go.  My name is Lieutenant Roger Engelhardt, DSN 3786.

4    We're conducting an interview concerning an in-custody

5    death, which occurred at the Central Patrol hold-over.

6    It is December 8th, 2015.  It's about 10:20 p.m.  And at

7    this time I'd like everybody in the room to identify

8    themselves.

9              MR. TOWEY:  Jim Towey, attorney.

10             MR. CONWAY:  Jack Conway, Civilian

11   Personnel Division President, civilian union.

12             MS. WILBURN:  Veronica Wilburn,

13   prisoner processing clerk.

14             SERGEANT ENGELHARDT:  Okay.  Veronica,

15   I'd just like you to start at the beginning, what you can

16   remember about this incident.  This incident concerned

17   a person by the name of Nick -- Nicholas Gilbert.

18             And if you could just start at the

19   beginning, wherever you consider the beginning to be, and

20   tell us what you remember about this incident.  I will

21   try not to interrupt you.  And when you're done, I'll

22   probably have some questions for you, and then everybody

23   else will be given an opportunity to ask you some

24   questions, too, or clarify some things.

25             So with that in mind, go ahead and start,

CITY 00652

1    wherever you think the beginning is.

2                MS. WILBURN:  After Gilbert was put in

3    one of the holding cells, waiting to be transported

4    downtown, he was real -- like all over the cell, digging

5    in the lights, in the toilet it looks like.  I couldn't

6    see the lower part of what he was doing, but as --

7                Three officers, I think, were about to

8    book some prisoners.  And when I turned around, we

9    noticed that he had a jacket tied around his neck, here,

10   and he was trying to loop the other part of the -- the

11   arm part over the bars, to tie it.  And he would take it

12   down, and then he would put it back in.  But my back was

13   turned and I heard a officer say, "Is he trying to hang

14   his self?"

15               And then we looked, and he -- he

16   proceeded to throw it over again.  And that's when a

17   couple of officers ran back there to stop it.  And they

18   pulled him down off the bars, because he had climbed up

19   on the gate of the door.  And they pulled him down.  And

20   they were just holding him down, to calm him down, and

21   he was jumping all over the place, just crazy, like --

22   just wild.  And that's -- that was it.

23               SERGEANT ENGELHARDT:  Okay.  Did you

24   book Mr. Gilbert?

25               MS. WILBURN:  Uh-huh.

CITY 00653

1          SERGEANT ENGELHARDT:  Okay.  And do you

2    remember -- is there anything significant about that you

3    can remember?

4          MS. WILBURN:  About booking him?  Well,

5    while I was booking him, there -- something wasn't right

6    about the paperwork, and I called out to -- over the

7    intercom for the officer that booked him.  I couldn't

8    read the first name -- the name for the first officer.

9    So I just called one of the names of the other officers

10   that was on the booking sheet, and they came back there.

11         And I said, "Well, he's -- you need to

12   re-search that guy," because he's -- he was in the cell

13   -- in the holding cell biting on his pants.  He had taken

14   the pants down, and he was biting something.  And I heard

15   some coins or something drop.  So I thought they needed

16   to re-search him, and they did.

17         SERGEANT ENGELHARDT:  And when you said

18   he was in the holding cell --

19         MS. WILBURN:  I think they call it a D

20   cell --

21         SERGEANT ENGELHARDT:  Okay.

22         MS. WILBURN:  -- this first -- very

23   first cell where they put everybody at while they're being

24   booked, I guess.

25         SERGEANT ENGELHARDT:  Okay.  And from

CITY 00654

1    where you're sitting, is that -- where -- how does that

2    -- where is that in relationship to the counter where

3    you're sitting at?

4              MS. WILBURN:  (No verbal response).

5              SERGEANT ENGELHARDT:  Did you see him

6    biting himself, or did you -- how did you -- how did you

7    become aware of that?

8              MS. WILBURN:  I heard the -- something

9    drop on the floor.  And I turned around, because he's

10   behind me -- so I had to turn my chair.  I'm booking him.

11   And I turned around and I looked.  I said, "What are you

12   doing?"  And he didn't say anything.  So he -- I looked

13   back down and he had his head down like that, and he was

14   biting on something.  So that's when, you know, I thought

15   they should search him again.

16             SERGEANT ENGELHARDT:  And his pants

17   were down, too?

18             MS. WILBURN:  I think he had another --

19   the top layer pants were down.  Yes.  But he had another

20   pair of pants on --

21             SERGEANT ENGELHARDT:  Okay.

22             MS. WILBURN:  -- pajama pants or

23   something.  I don't know.

24             SERGEANT ENGELHARDT:  Okay.  And -- but

25   you -- even for the hold-over, even for that environment,

CITY 00655

1   his behavior was not -- it was unusual; it was odd?

2               MS. WILBURN: Well, yeah, I would say

3   so. I mean, it struck me that he needed to be searched

4   again --

5               SERGEANT ENGELHARDT: Right. Right.

6               MS. WILBURN: -- because it seemed like

7   --

8               SERGEANT ENGELHARDT: I mean, most

9   people --

10             MS. WILBURN: -- you know -- but I think

11   he probably was biting something off his pants. And I

12   heard something hit the floor, so that's --

13             SERGEANT ENGELHARDT: Okay.

14             MS. WILBURN: -- why I suggested they,

15   you know -- I wanted them to search him again and make

16   sure he was -- didn't have anything.

17             SERGEANT ENGELHARDT: So he was biting

18   something, like, on his pants, or could you even tell?

19             MS. WILBURN: He was -- he was, again,

20   bent over and he -- yeah, he was biting off a string or

21   something. I couldn't really tell what it was, but --

22             SERGEANT ENGELHARDT: Okay.

23             MS. WILBURN: -- but it was --

24             SERGEANT ENGELHARDT: And -- but what

25   really drew your attention was the fact that some coins

**CITY 00656**

1    dropped or something like that and you thought, you know,

2    he wasn't searched very well, that he needed to be

3    re-searched?

4              MS. WILBURN:  (No verbal response).

5              SERGEANT ENGELHARDT:  And what did you

6    do once you realized that he needed to be re-searched or

7    you thought that?

8              MS. WILBURN:  I called out on the

9    intercom for the officers that was booking him to come

10   out --

11             SERGEANT ENGELHARDT:  Okay.

12             MS. WILBURN:  -- come back to the back.

13             SERGEANT ENGELHARDT:  And then what

14   happened next?

15             MS. WILBURN:  They came back and they --

16   and they -- one of the officers searched him --

17   re-searched him again.

18             SERGEANT ENGELHARDT:  Okay.  Did they

19   locate any other property, or do you know?

20             MS. WILBURN:  I'm not -- I can't

21   remember.  I think they did.  Yeah, they did.

22             SERGEANT ENGELHARDT:  Was there any

23   significant about -- while they're searching him or

24   anything like that?  Was there anything unusual or

25   significant about that event -- that part of it?

CITY 00657

1          MS. WILBURN:  I'm sorry.  Can you

2    repeat that?

3          SERGEANT ENGELHARDT:  You said these

4    officers came back and they get him out of the cell and

5    they're searching him -- they're re-searching him, right?

6          MS. WILBURN:  Uh-huh.

7          SERGEANT ENGELHARDT:  Is there anything

8    unusual about that event?

9          MS. WILBURN:  No.

10         SERGEANT ENGELHARDT:  Okay.  I mean,

11   he's being searched like many other prisoners have been

12   searched or re-searched, and there was nothing --

13         MS. WILBURN:  Uh-huh.

14         SERGEANT ENGELHARDT:  -- nothing

15   particular that you can remember about that, unusual?

16         MS. WILBURN:  No.

17         SERGEANT ENGELHARDT:  Okay.  And did

18   they put him back in the cell, or did they bring him up

19   to the counter at that time?

20         MS. WILBURN:  They stayed at the

21   counter.

22         SERGEANT ENGELHARDT:  Stayed at the

23   counter?

24         MS. WILBURN:  Uh-huh.

25         SERGEANT ENGELHARDT:  And were you --

CITY 00658

1    what were you doing at the time?  Preparing the paperwork

2    or --

3                    MS. WILBURN:  Yes.

4                    SERGEANT ENGELHARDT:  Okay.  And, now,

5    at some point, he has to sign some forms and some

6    documents?

7                    MS. WILBURN:  At some point, yeah.

8                    SERGEANT ENGELHARDT:  Okay.  Were you

9    present when -- did you witness him sign anything?

10                   MS. WILBURN:  No.  My back was turned.

11                   SERGEANT ENGELHARDT:  Okay.  And who

12   would've done that?  Who would've witnessed him signing

13   -- who would've had him sign?

14                   MS. WILBURN:  The officers.

15                   SERGEANT ENGELHARDT:  And that's --

16   you're assuming that, right?

17                   MS. WILBURN:  I'm sorry?

18                   SERGEANT ENGELHARDT:  You assume that?

19   You didn't witness the signature or anything like that?

20                   MS. WILBURN:  You say who would have

21   them sign?  I'm -- I guess --

22                   SERGEANT ENGELHARDT:  I mean, you're

23   assuming it was the officers, right?

24                   MS. WILBURN:  What is your question

25   again?

CITY 00659

1          SERGEANT ENGELHARDT:  Did you witness

2    him sign any documents?

3              MS. WILBURN:  No.

4          SERGEANT ENGELHARDT:  Did you -- were

5    you present when anyone was directing -- or did you

6    witness anybody directing him to sign any documents?

7              MS. WILBURN:  No.

8          SERGEANT ENGELHARDT:  Okay.  And so,

9    other than him -- than the coins falling out or the sound

10   and you thinking he needed to be re-searched, there was

11   nothing really unusual about that?

12             MS. WILBURN:  No.

13         SERGEANT ENGELHARDT:  All right.  And

14   at some point -- how does he -- when did you decide to

15   put him back in a cell?

16             MS. WILBURN:  I didn't put him back in

17   a cell.

18         SERGEANT ENGELHARDT:  I mean, at some

19   point he goes back and he --

20             MS. WILBURN:  The officers handled

21   that.

22         SERGEANT ENGELHARDT:  Okay.

23             MS. WILBURN:  I don't know

24   (indiscernible) that.

25         SERGEANT ENGELHARDT:  Okay.  They

CITY 00660

1    unlocked the doors by themselves?

2              MS. WILBURN:  Once they got done with

3    what they were -- whatever -- once they got done with him,

4    I guess, then they were ready to put him -- they said,

5    "What cell you want to put him in?"  And the only one that

6    was open at the time was 4, so, you know, they put the

7    -- when they bring them in through that one corridor, each

8    cell was filled with somebody, so the next available one

9    would've been 4.

10             SERGEANT ENGELHARDT:  Okay.

11             MS. WILBURN:  That was the next one, so

12   I said, "Put him there," which happened to be directly

13   across from where we were sitting.

14             SERGEANT ENGELHARDT:  Okay.  And so

15   they did?

16             MS. WILBURN:  4.

17             SERGEANT ENGELHARDT:  Right?

18             MS. WILBURN:  Uh-huh.

19             SERGEANT ENGELHARDT:  They put him in 4?

20   And that was on -- was that uneventful as well?

21             MS. WILBURN:  Uh-huh.

22             SERGEANT ENGELHARDT:  Nothing unusual,

23   right?  Same as --

24             MS. WILBURN:  No.

25             SERGEANT ENGELHARDT:  -- always?

CITY 00661

1   Okay.  And then about how long was he in the cell before

2   -- you did, at some point, notice some unusual behavior,

3   right?

4            MS. WILBURN:  Uh-huh.

5            SERGEANT ENGELHARDT:  And that was --

6   you described him throwing his jacket or something over

7   the cell or something like that?

8            MS. WILBURN:  No.  He -- prior to him

9   tying -- I didn't see him tie that around his neck, but

10  it was tied around his neck when I noticed that he was

11  fitting to throw that -- the -- the sleeve of it around

12  the bar -- the top bar.  He already had one sleeve tied

13  around here.

14           SERGEANT ENGELHARDT:  Right.

15           MS. WILBURN:  But I do recall prior to

16  that, though, you said he was all over the cell?

17           MS. WILBURN:  Walking around, pacing.

18  And, again, he stood up on something, and he was fidgeting

19  around with the light at the top.  Then he'd get down and

20  he'd fiddle around the toilet area.  I don't know because

21  I couldn't see that part.

22           SERGEANT ENGELHARDT:  Right.

23           MS. WILBURN:  But --

24           SERGEANT ENGELHARDT:  Okay.

25           MS. WILBURN:  -- yeah, he was very busy.

**CITY 00662**

1                 SERGEANT ENGELHARDT:  And that drew

2   your -- that drew -- that activity drew your attention

3   to him?

4                 MS. WILBURN:  Uh-huh.  To everybody

5   that was in there.  Yes.

6                 SERGEANT ENGELHARDT:  Okay.

7                 MS. WILBURN:  Uh-huh.

8                 SERGEANT ENGELHARDT:  And so that

9   continued with him -- it was one continuous thing: You

10   were watching him; then he -- as he immediately starts

11   --

12                MS. WILBURN:  I was not watching him

13   because at the same time I'm trying to book a prisoner.

14   And then other officers are coming in with people, and

15   hitting the buttons to let them in and -- let them in and

16   out of different doors.  And so it was a lot going on.

17                SERGEANT ENGELHARDT:  Okay.

18                (Knock at the door; off the record)

19                SERGEANT ENGELHARDT:  All right.  What

20   were you saying?  We were -- you were describing how he

21   was climbing around the cell, looking at the light, going

22   by the --

23                MS. WILBURN:  Well, how the prisoner was

24   walking around the cell.  He was really -- just kind of

25   hyped.

CITY 00663

1          SERGEANT ENGELHARDT: Okay. And -- but

2    your attention is not on him the whole time?

3          MS. WILBURN: No.

4          SERGEANT ENGELHARDT: Okay. And then

5    at some point you notice him doing something with his

6    jacket?

7          MS. WILBURN: Right.

8          SERGEANT ENGELHARDT: Right? Okay.

9    And then did that hold your attention, then?

10         MS. WILBURN: Yes, for a little bit.

11   Yes. Because at that time, when -- when we noticed that

12   he was tying it -- trying to tie the other end of the shirt

13   or jacket or whatever it was over the thing, he had one

14   on his neck already. Officers said that, "Ooh, he's --

15   it looks like he's trying to hang his self." So they ran

16   over.

17         SERGEANT ENGELHARDT: So at first, when

18   you seen him doing this with his jacket, you weren't sure

19   what his intentions were?

20         MS. WILBURN: I'm not sure. I don't

21   understand that one.

22         SERGEANT ENGELHARDT: Okay. So before

23   -- when he was -- he was trying to put his jacket through

24   the bars and -- right? You saw that?

25         MS. WILBURN: Uh-huh.

CITY 00664

1              SERGEANT ENGELHARDT:  All right.  And

2  he did that a couple times?

3              MS. WILBURN:  I think it was about -- it

4  was -- I don't know how many times it was.

5              SERGEANT ENGELHARDT:  Okay.  But you

6  didn't --

7              MS. WILBURN:  No.

8              SERGEANT ENGELHARDT:  -- you didn't

9  associate --

10             MS. WILBURN:  I -- I'm talking about the

11 time that we did see that.  Again, officers went back

12 there to pull him down.

13             SERGEANT ENGELHARDT:  Okay.

14             MS. WILBURN:  Yeah.

15             SERGEANT ENGELHARDT:  So when he --

16 okay.  So when he first started do -- when he first

17 started doing that, you didn't associate that with him

18 trying to hang himself?

19             MS. WILBURN:  The first time he did it?

20             SERGEANT ENGELHARDT:  Okay.

21             MS. WILBURN:  Well, of course.  I would

22 think he was trying to hang his self.

23             MR. TOWEY:  Is that what you thought he

24 was doing, is that he was trying to --

25             MS. WILBURN:  That he was going to.  If

CITY 00665

1   not, if -- he was -- you know, whatever his reason was,

2   Yeah.  I mean, if you've got something tied here and then

3   you trying to --

4                  MR. TOWEY:  Throw it up over the bar?

5                  MS. WILBURN:  Yeah.  So --

6                  SERGEANT ENGELHARDT:  Okay.  Okay.

7   And then the officers went back there?

8                  MS. WILBURN:  Yes.

9                  SERGEANT ENGELHARDT:  And then what

10  happened there?

11                 MS. WILBURN:  They pulled him down off

12  the bar.  And he was real -- just real fighting.  He was

13  trying to fight, trying to get up, you know, get away from

14  them or whatever.  And he was just real wild.  He was real

15  wild.

16                 SERGEANT ENGELHARDT:  Okay.

17                 MS. WILBURN:  That's all --

18                 SERGEANT ENGELHARDT:  And --

19                 MS. WILBURN:  -- just real wild.  And

20  they tried to hold him down and get help.  And so that's

21  how they work.  And the more officers that came through,

22  the -- they all, you know, just kind of went back there

23  to assist.

24                 SERGEANT ENGELHARDT:  And eventually

25  they got him under control?

CITY 00666

1          MS. WILBURN:  I would guess.  I --

2          SERGEANT ENGELHARDT:  I mean, you --

3          MS. WILBURN:  That's all I know.

4          SERGEANT ENGELHARDT:  You were there.

5          MS. WILBURN:  I was there.  That's

6    right.

7          SERGEANT ENGELHARDT:  So, eventually,

8    did they get him under control?

9          MS. WILBURN:  From what I could see.

10         SERGEANT ENGELHARDT:  Okay.  And then

11   -- so you're not whether they got him under control or

12   not?

13         MS. WILBURN:  Well, what do you mean by

14   that?

15         SERGEANT ENGELHARDT:  I mean, you said

16   he was out of control.

17         MS. WILBURN:  Yeah.

18         SERGEANT ENGELHARDT:  And then at some

19   point --

20         MS. WILBURN:  Well, from what I could

21   see --

22         SERGEANT ENGELHARDT:  -- did he become

23   in control?

24         MS. WILBURN:  All -- the only thing I

25   remember is that he was very wild, and they needed more

CITY 00667

1  people to help.  That's all I know, and that's all I could

2  see.

3                    SERGEANT ENGELHARDT:  So did you leave

4  while that was going on?

5                    MS. WILBURN:  No, I didn't leave.

6  Again, there were three officers at the desk, booking

7  three people.  I had -- there were people trying to get

8  into the building.  I mean, not into -- into the --

9                    MR. TOWEY:  Hold-over?

10                    MS. WILBURN:  -- back there where he

11  was, what they call the holding -- the other cells, where

12  -- the detention cells, I guess you could say.  Yeah.

13                    SERGEANT ENGELHARDT:  Okay.

14                    MS. WILBURN:  So I'm pushing the button.

15  You know, people calling and -- on the phone.  And, you

16  know, someone was saying something about the paramedics

17  coming in and open this door out here in the back.  It's

18  called a sally port door.  So, you know, there was a lot

19  of stuff going on.

20                    MR. TOWEY:  Do you know if they were able

21  to get him handcuffed again after he was going wild?

22                    MS. WILBURN:  I don't --

23                    SERGEANT ENGELHARDT:  Hey, Mr. Towey,

24  if we can just wait.

25                    MR. TOWEY:  Sorry.

**CITY 00668**

1            SERGEANT ENGELHARDT:  Okay.  So you

2   see all these officers coming in.  And he's out of

3   control.  And at some point do those officers regain

4   control of him?

5            MS. WILBURN:  I guess they did.  I

6   didn't see a whole lot of whatever else -- I just didn't.

7   I'm assuming that that was controlled.  I don't know.

8            SERGEANT ENGELHARDT:  All right.  Did

9   -- so, eventually, did an ambulance -- EMS arrive?

10           MS. WILBURN:  Yeah.  Yeah.

11           SERGEANT ENGELHARDT:  And then what

12  happened?

13           MS. WILBURN:  And they went back there

14  with him.

15           SERGEANT ENGELHARDT:  Okay.  And did

16  you -- what -- did you see them treating him at all?

17           MS. WILBURN:  Yes.  They were giving --

18  I could -- I think they were pushing on his -- you know,

19  the CPR thing -- pushing -- I saw the pushing --

20           SERGEANT ENGELHARDT:  Okay.

21           MS. WILBURN:  -- what little bit I could

22  see.

23           SERGEANT ENGELHARDT:  Okay.  And then

24  did you see them -- at some point they carried him out?

25           MS. WILBURN:  Yeah, but I did not see

**CITY 00669**

1  them pull him out.

2          SERGEANT ENGELHARDT:  You didn't see

3  him came (sic) out?

4          MS. WILBURN:  I just know he was out of

5  there.  Yeah.

6          SERGEANT ENGELHARDT:  Okay.  All

7  right.  So you didn't -- you -- you didn't really see

8  much?

9          MS. WILBURN:  No.

10          SERGEANT ENGELHARDT:  Okay.  All

11  right.  How long have you worked for the police

12  department?

13          MS. WILBURN:  24, almost 25 years.

14          SERGEANT ENGELHARDT:  And has all that

15  time been in prisoner processing?

16          MS. WILBURN:  Yep.  Yeah.

17          SERGEANT ENGELHARDT:  Prisoner

18  processing, whether here or at 1200 Clark?

19          MS. WILBURN:  1200 Clark.  I worked at

20  a few of the districts in the past years.

21          SERGEANT ENGELHARDT:  Okay.  All

22  right.  That's all I have right now.

23          MR. TOWEY:  No.

24          SERGEANT ENGELHARDT:  Okay.  All

25  right.  It is 10:40.  I'm going to turn the machine off.

CITY 00670

1          (WHEREIN, the interview was concluded.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CITY 00671

```
1          CERTIFICATE OF NOTARY PUBLIC

2               STATE OF MISSOURI

3               I, Sherri L. Jolley, within and for

4    the State of Missouri, do hereby certify that the tape

5    transcription in the witness whose testimony appears in

6    the foregoing transcript in the caption hereof and

7    thereafter transcribed by me; that said transcript is a

8    record of the testimony given by said witness; that I am

9    neither counsel for, related to, nor employed by any

10   parties to the action; and further that I am not a relative

11   or employee of any counsel or attorney employee of any

12   counsel or attorney employed by the parties hereto, nor

13   financially or otherwise interested in the outcome of the

14   action.

15

16

17

18

19               Sherri L. Jolley

20

21

22

23
```

CITY 00672

## A

able 18:20
action 22:10,14
activity 13:2
ahead 2:25
ambulance 19:9
anybody 10:6
appears 22:5
area 12:20
arm 3:11
arrive 19:9
assist 16:23
associate 15:9
  15:17
assume 9:18
assuming 9:16
  9:23 19:7
attention 6:25
  13:2 14:2,9
attorney 2:9
  22:11,12
AUDIO 1:20
available 11:8
aware 5:7

## B

back 3:12,12,17
  4:10 5:13 7:12
  7:12,15 8:4,18
  9:10 10:15,16
  10:19 15:11
  16:7,22 18:10
  18:17 19:13
bar 12:12,12
  16:4,12
bars 3:11,18
  14:24
beginning 2:15
  2:19,19 3:1
behavior 6:1
  12:2
bent 6:20
bit 14:10 19:21
biting 4:13,14
  5:6,14 6:11,17

6:20
book 3:8,24
  13:13
booked 4:7,24
booking 4:4,5
  4:10 5:10 7:9
  18:6
bring 8:18 11:7
building 18:8
busy 12:25
button 18:14
buttons 13:15

## C

C 2:1
call 4:19 18:11
called 4:6,9 7:8
  18:18
calling 18:15
calm 3:20
caption 22:6
carried 19:24
cell 3:4 4:12,13
  4:18,20,23 8:4
  8:18 10:15,17
  11:5,8 12:1,7
  12:16 13:21,24
cells 3:3 18:11
  18:12
Central 2:5
CERTIFICA...
  22:1
certify 22:4
chair 5:10
civilian 2:10,11
clarify 2:24
Clark 20:18,19
clerk 2:13
climbed 3:18
climbing 13:21
coins 4:15 6:25
  10:9
come 7:9,12
coming 13:14
  18:17 19:2

## COMPLAINT
  1:3
concerned 2:16
concerning 2:4
concluded 21:1
conducting 2:4
consider 2:19
considered 1:18
continued 13:9
continuous 13:9
control 16:25
  17:8,11,16,23
  19:3,4
controlled 19:7
Conway 2:10,10
corridor 11:7
counsel 22:9,11
  22:12
counter 5:2 8:19
  8:21,23
couple 3:17 15:2
course 15:21
CPR 19:19
crazy 3:21

## D

D 4:19
death 2:5
December 1:10
  2:6
decide 10:14
department 1:1
  20:12
described 12:6
describing 13:20
desk 18:6
detention 18:12
different 13:16
digging 3:4
directing 10:5,6
directly 11:12
districts 20:20
Division 2:11
documents 9:6
  10:2,6

doing 3:6 5:12
  9:1 14:5,18
  15:17,24
door 3:19 13:18
  18:17,18
doors 11:1 13:16
downtown 3:4
drew 6:25 13:1,2
  13:2
drop 4:15 5:9
dropped 7:1
DSN 2:3
Due 1:14

## E

Eleventh 1:23
employed 22:9
  22:12
employee 22:11
  22:11
EMS 19:9
Engelhardt 2:2
  2:3,14 3:23 4:1
  4:17,21,25 5:5
  5:16,21,24 6:5
  6:8,13,17,22
  6:24 7:5,11,13
  7:18,22 8:3,7
  8:10,14,17,22
  8:25 9:4,8,11
  9:15,18,22
  10:1,4,8,13,18
  10:22,25 11:10
  11:14,17,19,22
  11:25 12:5,14
  12:22,24 13:1
  13:6,8,17,19
  14:1,4,8,17,22
  15:1,5,8,13,15
  15:20 16:6,9
  16:16,18,24
  17:2,4,7,10,15
  17:18,22 18:3
  18:13,23 19:1
  19:8,11,15,20

  19:23 20:2,6
  20:10,14,17,21
  20:24
environment
  5:25
event 7:25 8:8
eventually 16:24
  17:7 19:9
everybody 2:7
  2:22 4:23 13:4

## F

fact 6:25
falling 10:9
fiddle 12:20
fidgeting 12:18
fight 16:13
fighting 16:12
filled 11:8
financially
  22:13
first 4:8,8,22,23
  14:17 15:16,16
  15:19
fitting 12:11
floor 5:9 6:12
FORCE 1:1
foregoing 22:6
forms 9:5
further 22:10

## G

gate 3:19
Gilbert 2:17 3:2
  3:24
given 2:23 22:8
giving 19:17
go 2:3,25
goes 10:19
going 13:16,21
  15:25 18:4,19
  18:21 20:25
guess 4:24 9:21
  11:4 17:1
  18:12 19:5
guy 4:12

CITY 00673

**H**

handcuffed 18:21
handled 10:20
hang 3:13 14:15 15:18,22
happened 7:14 11:12 16:10 19:12
head 5:13
heard 3:13 4:14 5:8 6:12
help 16:20 18:1
hereof 22:6
hereto 22:12
Hey 18:23
hit 6:12
hitting 13:15
hold 14:9 16:20
holding 3:3,20 4:13,18 18:11
hold-over 2:5 5:25 18:9
hyped 13:25

**I**

identify 2:7
immediately 13:10
incident 2:16,16 2:20
include 1:16
indiscernible 10:24
intentions 14:19
intercom 4:7 7:9
interested 22:13
interrupt 2:21
interview 1:6 2:4 21:1
INVESTIGA... 1:1
in-custody 2:4

**J**

Jack 2:10
jacket 3:9 12:6 14:6,13,18,23
Jim 2:9
Jolley 1:21 22:3 22:19
jumping 3:21

**K**

kind 13:24 16:22
Knock 13:18
know 5:14,23 6:10,15 7:1,19 10:23 11:6 12:20 15:4 16:1,13,22 17:3 18:1,15 18:16,18,20 19:7,18 20:4

**L**

L 1:21 22:3,19
layer 5:19
leave 18:3,5
Lieutenant 2:3
light 12:19 13:21
lights 3:5
Litigation 1:22
little 14:10 19:21
locate 7:19
long 12:1 20:11
looked 3:15 5:11 5:12
looking 13:21
looks 3:5 14:15
loop 3:10
lot 13:16 18:18 19:6
Louis 1:1,24
lower 3:6

**M**

machine 20:25

**N**

N 2:1,1
name 2:3,17 4:8 4:8
names 4:9
neck 3:9 12:9,10 14:14
need 4:11
needed 4:15 6:3 7:2,6 10:10 17:25
neither 22:9
Nicholas 2:17
Nick 2:17
North 1:23
NOTARY 22:1
notice 12:2 14:5
noticed 3:9 12:10 14:11
NUMBER 1:3

**O**

O 2:1
occurred 2:5
odd 6:1
officer 3:13 4:7 4:8
officers 3:7,17 4:9 7:9,16 8:4 9:14,23 10:20 13:14 14:14 15:11 16:7,21

**Jack** (middle column continued)

mean 6:3,8 8:10 9:22 10:18 16:2 17:2,13 17:15 18:8
media 1:14
METROPOL... 1:1
Midwest 1:22
mind 2:25
misinterpreted 1:16
Missouri 1:24 22:2,4

18:6 19:2,3
okay 2:2,14 3:23 4:1,21,25 5:21 5:24 6:13,22 7:11,18 8:10 8:17 9:4,8,11 10:8,22,25 11:10,14 12:1 12:24 13:6,17 14:1,4,8,22 15:5,13,16,20 16:6,6,16 17:10 18:13 19:1,15,20,23 20:6,10,21,24
once 7:6 11:2,3
Ooh 14:14
open 11:6 18:17
opportunity 2:23
outcome 22:13

**P**

P 2:1
pacing 12:17
pair 5:20
pajama 5:22
pants 4:13,14 5:16,19,20,22 6:11,18
paperwork 4:6 9:1
paramedics 18:16
part 3:6,10,11 7:25 12:21
particular 8:15
parties 22:10,12
Patrol 2:5
people 6:9 13:14 18:1,7,7,15
person 2:17
Personnel 2:11
phone 18:15
place 3:21

point 9:5,7 10:14,19 12:2 14:5 17:19 19:3,24
police 1:1 20:11
port 18:18
portions 1:14
Preparing 9:1
present 1:17 9:9 10:5
President 2:11
prior 12:8,15
prisoner 2:13 13:13,23 20:15 20:17
prisoners 3:8 8:11
probably 2:22 6:11
proceeded 3:16
processing 2:13 20:15,18
property 7:19
PUBLIC 22:1
pull 15:12 20:1
pulled 3:18,19 16:11
pushing 18:14 19:18,19,19
put 3:2,12 4:23 8:18 10:15,16 11:4,5,6,12,19 14:23
p.m 1:12 2:6

**Q**

quality 1:14
question 9:24
questions 2:22 2:24

**R**

R 2:1,1
ran 3:17 14:15
read 4:8
ready 11:4

**CITY 00674**

| | | | | |
|---|---|---|---|---|
| real 3:4 16:12,12 16:14,14,19 | search 5:15 6:15 searched 6:3 7:2 | shirt 14:12 sic 20:3 | thinking 10:10 thought 4:15 | **U** |
| realized 7:6 | 7:16 8:11,12 | sign 9:5,9,13,21 | 5:14 7:1,7 | Uh-huh 3:25 8:6 |
| really 6:21,25 | searching 7:23 | 10:2,6 | 15:23 | 8:13,24 11:18 |
| 10:11 13:24 | 8:5 | signature 9:19 | three 3:7 18:6,7 | 11:21 12:4 |
| 20:7 | see 3:6 5:5 12:9 | significant 4:2 | throw 3:16 | 13:4,7 14:25 |
| reason 16:1 | 12:21 15:11 | 7:23,25 | 12:11 16:4 | unable 1:15 |
| recall 12:15 | 17:9,21 18:2 | signing 9:12 | throwing 12:6 | understand |
| record 13:18 | 19:2,6,16,22 | sitting 5:1,3 | tie 3:11 12:9 | 14:21 |
| 22:8 | 19:24,25 20:2 | 11:13 | 14:12 | uneventful |
| recorded 1:6,14 | 20:7 | sleeve 12:11,12 | tied 3:9 12:10,12 | 11:20 |
| recording 1:17 | seen 14:18 | somebody 11:8 | 16:2 | union 2:11 |
| 1:20 | self 3:14 14:15 | sorry 8:1 9:17 | time 1:17 2:7 | UNIT 1:1 |
| regain 19:3 | 15:22 | 18:25 | 8:19 9:1 11:6 | unlocked 11:1 |
| related 22:9 | **SERGEANT** | sound 10:9 | 13:13 14:2,11 | unusual 6:1 7:24 |
| relationship 5:2 | 2:2,14 3:23 4:1 | St 1:1,24 | 15:11,19 20:15 | 8:8,15 10:11 |
| relative 22:10 | 4:17,21,25 5:5 | start 2:15,18,25 | times 15:2,4 | 11:22 12:2 |
| remember 2:16 | 5:16,21,24 6:5 | started 15:16,17 | toilet 3:5 12:20 | |
| 2:20 4:2,3 7:21 | 6:8,13,17,22 | starts 13:10 | top 5:19 12:12 | **V** |
| 8:15 17:25 | 6:24 7:5,11,13 | State 22:2,4 | 12:19 | verbal 5:4 7:4 |
| repeat 8:2 | 7:18,22 8:3,7 | stayed 8:20,22 | Towey 2:9,9 | verbatim 1:18 |
| response 5:4 7:4 | 8:10,14,17,22 | stood 12:18 | 15:23 16:4 | Veronica 1:8 |
| re-search 4:12 | 8:25 9:4,8,11 | stop 3:17 | 18:9,20,23,25 | 2:12,14 |
| 4:16 | 9:15,18,22 | Street 1:23 | 20:23 | |
| re-searched 7:3 | 10:1,4,8,13,18 | string 6:20 | transcribed 1:15 | **W** |
| 7:6,17 8:12 | 10:22,25 11:10 | struck 6:3 | 1:20 22:7 | wait 18:24 |
| 10:10 | 11:14,17,19,22 | stuff 18:19 | transcriber 1:16 | waiting 3:3 |
| re-searching 8:5 | 11:25 12:5,14 | suggested 6:14 | transcript 1:15 | walking 12:17 |
| right 4:5 6:5,5 | 12:22,24 13:1 | sure 6:16 14:18 | 1:18 22:6,7 | 13:24 |
| 8:5 9:16,23 | 13:6,8,17,19 | 14:20 | transcription | want 11:5 |
| 10:13 11:17,23 | 14:1,4,8,17,22 | | 22:5 | wanted 6:15 |
| 12:3,14,22 | 15:1,5,8,13,15 | **T** | transported 3:3 | wasn't 4:5 7:2 |
| 13:19 14:7,8 | 15:20 16:6,9 | T 2:1,1 | treating 19:16 | watching 13:10 |
| 14:24 15:1 | 16:16,18,24 | take 3:11 | tried 16:20 | 13:12 |
| 17:6 19:8 20:7 | 17:2,4,7,10,15 | taken 4:13 | try 2:21 | went 15:11 16:7 |
| 20:11,22,22,25 | 17:18,22 18:3 | talking 15:10 | trying 3:10,13 | 16:22 19:13 |
| Roger 2:3 | 18:13,23 19:1 | tape 22:4 | 13:13 14:12,15 | weren't 14:18 |
| room 2:7 | 19:8,11,15,20 | tell 2:20 6:18,21 | 14:23 15:18,22 | We're 2:4 |
| | 19:23 20:2,6 | testimony 22:5,8 | 15:24 16:3,13 | Wilburn 1:8 |
| **S** | 20:10,14,17,21 | thing 13:9 14:13 | 16:13 18:7 | 2:12,12 3:2,25 |
| S 2:1 | 20:24 | 17:24 19:19 | turn 5:10 20:25 | 4:4,19,22 5:4,8 |
| sally 18:18 | Services 1:22 | things 2:24 | turned 3:8,13 | 5:18,22 6:2,6 |
| saw 14:24 19:19 | sheet 4:10 | think 3:1,7 4:19 | 5:9,11 9:10 | 6:10,14,19,23 |
| saying 13:20 | Sherri 1:21 22:3 | 5:18 6:10 7:21 | tying 12:9 14:12 | 7:4,8,12,15,20 |
| 18:16 | 22:19 | 15:3,22 19:18 | | 8:1,6,9,13,16 |
| | | | | 8:20,24 9:3,7 |

**CITY 00675**

9:10,14,17,20
9:24 10:3,7,12
10:16,20,23
11:2,11,16,18
11:21,24 12:4
12:8,15,17,23
12:25 13:4,7
13:12,23 14:3
14:7,10,20,25
15:3,7,10,14
15:19,21,25
16:5,8,11,17
16:19 17:1,3,5
17:9,13,17,20
17:24 18:5,10
18:14,22 19:5
19:10,13,17,21
19:25 20:4,9
20:13,16,19
**wild** 3:22 16:14
16:15,19 17:25
18:21
**witness** 9:9,19
10:1,6 22:5,8
**witnessed** 9:12
**words** 1:16
**work** 16:21
**worked** 20:11
20:19
**would've** 9:12
9:12,13 11:9

### Y

**yeah** 6:2,20 7:21
9:7 12:25
15:14 16:2,5
17:17 18:12
19:10,10,25
20:5,16
**years** 20:13,20
**Yep** 20:16

### 1

**10:20** 1:12 2:6
**10:40** 20:25
**1200** 20:18,19

**15-062114** 1:3

### 2

**2015** 1:10 2:6
**24** 20:13
**25** 20:13

### 3

**314** 1:25
**3786** 2:3

### 4

**4** 11:6,9,16,19

### 6

**63101** 1:24
**644-2191** 1:25

### 7

**711** 1:23

### 8

**8** 1:10
**8th** 2:6

CITY 00676

CITY 00677

01-11-2016

Transcript titled as Sergeant Ronald Bruntgrager should be Sergeant Ronald Bergmann. This has been corrected in narrative of completed report.

Detective Steven Burle 3390/760



MIDWEST
LITIGATION SERVICES
COURT REPORTING
& VIDEO

ORIGINAL

## ST. LOUIS METROPOLITAN POLICE DEPARTMENT
## FORCE INVESTIGATION UNIT

IN RE:
COMPLAINT NUMBER: 15-062114

### AUDIO TRANSCRIPTION OF
### RECORDED INTERVIEW OF
### SERGEANT RONALD BRUNTRAGER

**DECEMBER 8, 2015**

NATIONWIDE SCHEDULING

**OFFICES**

MISSOURI Springfield Jefferson City Kansas City Columbia Rolla Cape Girardeau
KANSAS Overland Park ILLINOIS Springfield Champaign

HEADQUARTERS: 711 North Eleventh Street, ST. Louis, Missouri 63101
**800.280.3376**
www.midwestlitigation.com

**CITY 00678**

1          ST. LOUIS METROPOLITAN POLICE DEPARTMENT
                    FORCE INVESTIGATION UNIT
2
   IN RE:
3  COMPLAINT NUMBER:  15-062114

4

5

6                    RECORDED INTERVIEW OF

7

8            SERGEANT RONALD BRUNTRAGER

9

10                    DECEMBER 8, 2015

11

12                       10:45 P.M.

13

14  Due to the quality of the recorded media, portions were

15  unable to be transcribed.  The transcript may also

16  include misinterpreted words.  The transcriber was not

17  present at the time of the recording; therefore, this

18  transcript should not be considered verbatim.

19

20  AUDIO RECORDING WAS TRANSCRIBED BY:

21  Sherri L. Jolley

22  Midwest Litigation Services

23  711 North Eleventh Street

24  St. Louis, Missouri 63101

25  (314) 644-2191

CITY 00679

```
 1              T R A N S C R I P T I O N

 2                   SERGEANT ENGELHARDT:  My name is

 3   Lieutenant Roger Engelhardt, DSN 3786, with the Force

 4   Investigation Unit.  We are on the seventh floor of

 5   police headquarters.  It is December 8th.  It's about

 6        p.m.  At this time I'd like everybody else in the     10:45

 7   room to identify themselves.

 8                   MR. MILLIKAN:  This is Neil Bruntrager.

 9   I'm counsel for the interviewee.

10                   SERGEANT BRUNTRAGER:  Sergeant Ronald

11   Bergmann, DSN 4391, Third District.

12                   LIEUTENANT ENGELHARDT:  Okay.

13   Sergeant Bergmann, the reason why we're here, we want to

14   talk about an incident which occurred in the Central

15   Patrol hold-over earlier this evening involving a person

16   by the name of Nicholas Gilbert.  Are you familiar with

17   that incident?

18                   SERGEANT BRUNTRAGER:  I am now.

19                   LIEUTENANT ENGELHARDT:  Okay.  And if

20   -- if you could, I'd like you just to start at the

21   beginning, wherever you think the beginning is, and just

22   tell us what you remember about the incident.  When

23   you're done -- I'll try not to interrupt you while you're

24   doing that.  No one else should either.

25                   When you're done, I'll probably have
```

CITY 00680

1   some questions for you, and then your attorney, he can

2   ask some questions or clarify things.  At any point you

3   want to clarify something, go ahead and do so.  Okay?

4           SERGEANT BRUNTRAGER:  Yes, sir.

5           LIEUTENANT ENGELHARDT:  All right.  So

6   with that understanding, go ahead and begin.

7           SERGEANT BRUNTRAGER:  Okay.  I was in

8   the hold-over on an unrelated incident looking for one

9   of my officers to give them some information as far as

10  a subpoena he had in a book.  They had just brought some

11  prisoners in.  While back there, I was alerted by Officer

12  Joe Stuckey that there was a person in the back trying

13  to hang himself.

14           I believe it was -- Officer Degregorio

15  and Officer Stuckey went back there first.  I could see

16  somebody back in there, but I couldn't tell exactly what

17  he was doing.  He was standing back there in the

18  hold-over.  It appeared like he was on the -- just at the

19  cell door or just outside the cell door.

20           I went around the side.  That's when Joe

21  Stuckey had guided the guy -- the suspect -- the man in

22  the hold-over -- I guess you'd call him the prisoner --

23  had him back into the cell.

24           LIEUTENANT ENGELHARDT:  Okay.

25           SERGEANT BRUNTRAGER:  And he was trying

CITY 00681

1    to get his hand to place handcuffs on him.  Officer

2    Degregorio was also there, too.  I -- at which time they

3    had his left hand -- I believe Joe Stuckey had his left

4    hand, at which time the guy got on his knees.  That's when

5    I came into there.  They were trying to get his left hand

6    -- he was down on his knees -- while I was trying to get

7    his right hand.

8              During that time they only got cuffs on

9    the left hand, and I was able to pull back his right hand

10   and get that cuffed.  During this time, too, I'm alerting

11   to the people in the back, the hold-over clerk, trying

12   to tell her to hit the alarm, get some more help back here

13   -- we need some more help back here.

14             While this is going on, the suspect --

15   the prisoner, he is kneeling in front of the concrete

16   bench, I guess you would say, there.  His face was down

17   while doing this.  He kept trying to get up, kept trying

18   to just get free.  He was trying to -- he was kicking,

19   I'd say thrashing his legs, because I think I got a --

20   I don't know if it was his foot or if it was part of his

21   upper thigh or whatever, but I got that on my leg.  I also

22   took the time -- I yelled back for somebody to go get some

23   leg restraints.

24             During that time -- at which time Officer

25   Stuckey -- once we got the handcuffs on -- and during that

CITY 00682

1   time I know the -- the -- I'm sorry -- the prisoner grabbed

2   -- apparently attempted to grab on Officer Degregorio's

3   pants leg or something, at which time he hit his hand with

4   his hand -- either a fist or a down motion, like a stunning

5   motion, at which time he let go of his trouser, I believe

6   it was.

7         During that time, like I said, we got

8   somebody to come in there with a pair of leg shackles,

9   which I believe was Officer Wactor. At that time, the

10   guy was still -- once he was in leg shackles, he was still

11   trying to get up. I don't recall saying anything. I

12   just recall maybe some moans, grunts, nothing really

13   intelligible at all that I could make out. He didn't want

14   to listen to us. He didn't want to listen to commands

15   to place his hands behind his back.

16         We -- at that time, more officers

17   arrived. They were able to come in there and basically

18   take out spots as we were -- as we were getting back out.

19   That's when I got on the radio and I asked for an ambulance

20   that would put the young man on a stretcher. That way

21   he would be able to be secured in a stretcher due to him

22   wanting to hang himself.

23         And while waiting for that, he was out.

24   I believe the officers and -- had him on his side. And

25   I think that's when I -- they had him on his side. A

CITY 00683

1   couple other officers came in.  That's when they let me

2   know that he had a faint pulse.  That's when I got on the

3   radio and let -- told EM -- I told the dispatcher again

4   that the subject had a faint pulse; we needed to have them

5   hurry up and get here.

6              And they said it looked like it -- he

7   appeared he -- it appeared was trying to -- like he was

8   holding his breath.  I couldn't really tell.  Like I

9   said, I was outside the cell by then.  And by that time,

10  Lieutenant Alvashad (ph) had responded on the scene,

11  also.

12             In between me going outside to get on the

13  radio and let them know what was going on as far as EMS,

14  he was back there.  And I got Sergeant Wazniak (ph) to

15  come back there with the officers who were back in the

16  cell.  (indiscernible) call on the radio.  I called

17  again, letting them know that he wasn't breathing then

18  on the radio.  I probably did three or four times see

19  where they were at or what they were doing as far as

20  getting there.

21             At that time, the fire department

22  finally showed up.  And then a short time after that, an

23  ambulance showed up.  I asked the lady what took so long,

24  and she told me that all they had was information that

25  the gentleman had a faint pulse, still.  They never got

CITY 00684

1    an update as far as -- as far as he wasn't breathing.

2                  I'm sorry.  Before that, Officers -- I

3    want to say it was Wactor and -- Wactor and Vonnida got

4    the defibrillator out while we were waiting for EMS.

5    They're doing CPR.  They're trying to revive the

6    gentleman -- the prisoner.  They're trying to do that.

7    And they kept doing that until the fire department got

8    there.  The fire department helped them.  And from

9    there, that's when the ambulance showed up.  And I guess

10   they more or less took over the scene.  That's when the

11   guy was taken to the hospital.

12                  LIEUTENANT ENGELHARDT:  That's it?

13                  SERGEANT BRUNTRAGER:  That's -- pretty

14   much.  Yeah.

15                  LIEUTENANT ENGELHARDT:  Okay.  What

16   first drew your attention to him?

17                  SERGEANT BRUNTRAGER:  Either -- I think

18   Joe Stuckey had yelled that there was a guy trying to hang

19   himself.

20                  LIEUTENANT ENGELHARDT:  And where were

21   you at?

22                  SERGEANT BRUNTRAGER:  I was in the

23   hold-over.  I was -- I think I was in the -- the little

24   vestibule area, where the gun lockers are.  I had just

25   came back there.  I think I was making my way up to the

CITY 00685

1  -- up to where the clerk usually is.  However, I came back

2  in the hold-over where I heard somebody yell.  That's

3  when I went through the doors and went around where the

4  coppers were going -- the officers were going.

5              LIEUTENANT ENGELHARDT:  So were you

6  with the first group of officers that made contact with

7  him?

8              SERGEANT BRUNTRAGER:  I was.

9              LIEUTENANT ENGELHARDT:  And who were

10 those officers with you?

11             SERGEANT BRUNTRAGER:  Myself -- I'm

12 sorry.  It was Officer Joe Stuckey, Officer Roland

13 Degregorio, myself, and then Officer Paul Wactor came in

14 after that with the leg restraints.

15             LIEUTENANT ENGELHARDT:  Okay.  Did

16 anybody else show up?

17             SERGEANT BRUNTRAGER:  There were other

18 officers that came in there to relieve us after we -- after

19 we -- they were cycling in as more help was coming.

20             LIEUTENANT ENGELHARDT:  Okay.  Now --

21 so did -- were the four of you able to control -- get him

22 in handcuffs and shackles, or did it take --

23             SERGEANT BRUNTRAGER:  We were able to

24 get him in handcuffs and stuff, but he was still -- he

25 was hitting his head.  That's how he got the bump on one

CITY 00686

1  of his eyes. I cannot recall which one, because that's

2  -- while we were trying to get the shackles on, that's

3  when Officer Degregorio told me -- he goes, "Sergeant,

4  you know, he's bleeding on his forehead." I said,

5  "Okay." And it was on the side I was on --

6          LIEUTENANT ENGELHARDT: Okay.

7          SERGEANT BRUNTRAGER: -- the forehead

8  side. So we were able to get the shackles on eventually,

9  but he was still trying to push up -- push up on us.

10  That's why I wanted the gurney there, for EMS to be able

11  to securely -- secure him to the gurney, because there

12  was no way he could go in a cruiser or anything.

13          LIEUTENANT ENGELHARDT: Okay. And

14  while -- when -- from the -- when you made contact with

15  him, did he say anything?

16          SERGEANT BRUNTRAGER: No, nothing at

17  all.

18          LIEUTENANT ENGELHARDT: Did he make any

19  kind of noises?

20          SERGEANT BRUNTRAGER: He was -- I think

21  he was groaning and grunting, trying to get up, trying

22  to lift himself off the floor and off the -- the floor

23  and the -- I guess you'd call it the concrete seat where

24  he was -- where he had his head rested down.

25          LIEUTENANT ENGELHARDT: Okay.

CITY 00687

1          SERGEANT BRUNTRAGER: And then once we

2   had him -- once we had him secured, we did put him all

3   the way on the ground.

4          LIEUTENANT ENGELHARDT: Do you know of

5   any injuries he sustained?

6          SERGEANT BRUNTRAGER: As far as I know,

7   he had a contusion or a gash, I guess, to his -- right

8   above his right or left eye from when he was striking his

9   head on the concrete seat.

10         LIEUTENANT ENGELHARDT: Okay. And

11  then did that injury bleed?

12         SERGEANT BRUNTRAGER: It did bleed.

13  Yes.

14         LIEUTENANT ENGELHARDT: Okay. All

15  right. And you said the fire department arrived?

16         SERGEANT BRUNTRAGER: The fire

17  department arrived.

18         LIEUTENANT ENGELHARDT: And then Abbott

19  Ambulance arrived?

20         SERGEANT BRUNTRAGER: Yes.

21         LIEUTENANT ENGELHARDT: And they took

22  over?

23         SERGEANT BRUNTRAGER: Yes.

24         LIEUTENANT ENGELHARDT: Okay. So it

25  became more of a medical --

CITY 00688

1          SERGEANT BRUNTRAGER:  Yeah, most

2    definitely.

3          LIEUTENANT ENGELHARDT:  Okay.  Then --

4    as opposed to, you know, a resisting or something like

5    that, it was more of a medical situation?

6          SERGEANT BRUNTRAGER:  After -- if you

7    could clarify that for me, please.

8          LIEUTENANT ENGELHARDT:  When you saw

9    him, you thought he was going to hang himself, right?

10          SERGEANT BRUNTRAGER:  Oh, most

11    definitely.  Yes.  Yeah.

12          LIEUTENANT ENGELHARDT:  Right?  And --

13          SERGEANT BRUNTRAGER:  His pants were

14    tied up -- I believe it was his pants were tied up on the

15    cell, on a door.

16          LIEUTENANT ENGELHARDT:  Right.  And so

17    when you went back there, your intentions were to what?

18          SERGEANT BRUNTRAGER:  Exactly -- to

19    make sure he was safe, get him EMS attention --

20          LIEUTENANT ENGELHARDT:  Okay.  So --

21          SERGEANT BRUNTRAGER:  -- not to harm

22    himself.

23          LIEUTENANT ENGELHARDT:  Right.  So

24    this -- you recognized it as a -- as what kind of

25    situation?

CITY 00689

1              SERGEANT BRUNTRAGER:  A sign of help.

2    He needed some help --

3              LIEUTENANT ENGELHARDT:  Okay.  All

4    right.

5              SERGEANT BRUNTRAGER:  -- medical.

6              LIEUTENANT ENGELHARDT:  All right.  So

7    you called the ambulance because you believed he was --

8              SERGEANT BRUNTRAGER:  He wanted to hurt

9    himself.

10             LIEUTENANT ENGELHARDT:  He wanted to

11   hurt himself.  Right.

12             SERGEANT BRUNTRAGER:  That's exactly

13   right.

14             LIEUTENANT ENGELHARDT:  And then when

15   you made contact with him, did he attack you?

16             SERGEANT BRUNTRAGER:  He was -- he was

17   -- well, the officers already had him in a cell.  He was

18   -- yeah, he was kicking.

19             LIEUTENANT ENGELHARDT:  He was kicking?

20             SERGEANT BRUNTRAGER:  He was kicking

21   and refused to be handcuffed.

22             LIEUTENANT ENGELHARDT:  Was his

23   intentions -- was he kicking because -- and this is just

24   your opinion.

25             SERGEANT BRUNTRAGER:  Sure.

CITY 00690

1          LIEUTENANT ENGELHARDT:  In your

2   opinion, was he kicking because he was trying to hurt or

3   injure officers, or was it because he was having some kind

4   of medical situation?

5          SERGEANT BRUNTRAGER:  I think he was

6   trying to -- quite possibly both.  I really don't know.

7          LIEUTENANT ENGELHARDT:  Okay.

8          SERGEANT BRUNTRAGER:  I really don't

9   know.

10          LIEUTENANT ENGELHARDT:  All right.

11   Did -- were his actions consistent with somebody who is

12   resisting the police, or are they more consistent with

13   somebody who's having a medical emergency or some kind

14   of medical event, psychological event?

15          SERGEANT BRUNTRAGER:  I think more or

16   less a person resisting, because he refused to be

17   handcuffed.

18          LIEUTENANT ENGELHARDT:  Okay.  Okay.

19   And you only noticed the one injury?

20          SERGEANT BRUNTRAGER:  On the eye -- it

21   was one of the eyes.  I don't recall which one.  There

22   was blood from above an eye.

23          LIEUTENANT ENGELHARDT:  Okay.  And you

24   said that you made initial contact with him with Officer

25   Stuckey and Officer --

CITY 00691

1                SERGEANT BRUNTRAGER:  Degregorio.

2                LIEUTENANT ENGELHARDT:  And Officer

3  Wactor came back?

4                SERGEANT BRUNTRAGER:  Wactor came in.

5  Exactly.

6                LIEUTENANT ENGELHARDT:  So, initially,

7  it was you three, and then Officer --

8                SERGEANT BRUNTRAGER:  And then Wactor

9  came up with the leg cuffs.

10               LIEUTENANT ENGELHARDT:  Okay.  And the

11  -- were the four of you able to get him under control,

12  or get him handcuffed?

13               SERGEANT BRUNTRAGER:  We were able to

14  get him cuffed.

15               LIEUTENANT ENGELHARDT:  Cuffed and

16  shackled?

17               SERGEANT BRUNTRAGER:  But he was still

18  actively resisting while he was still cuffed.

19               LIEUTENANT ENGELHARDT:  Okay.  All

20  right.  And of those four officers, did you see any of

21  those officers strike --

22               SERGEANT BRUNTRAGER:  I saw Officer

23  Degregorio -- he -- when he grabbed him, he gave a -- I

24  guess you could call it a hand strike or a stun to the

25  -- I want to say to his hand when he was grabbing him.

CITY 00692

1    And that was it.

2              LIEUTENANT ENGELHARDT:  Now, you say

3    with a stun.  Did he use a Taser or just --

4              SERGEANT BRUNTRAGER:  No; his hand.

5    His fist, maybe.

6              LIEUTENANT ENGELHARDT:  Okay.

7              SERGEANT BRUNTRAGER:  Yeah.

8              LIEUTENANT ENGELHARDT:  So what you're

9    describing to me is Mr. Gilbert grabbed Officer --

10             SERGEANT BRUNTRAGER:  Grabbed the

11   officer and at the time he hit him.

12             LIEUTENANT ENGELHARDT:  He hit his

13   hand?

14             SERGEANT BRUNTRAGER:  Exactly.  His

15   hand.

16             LIEUTENANT ENGELHARDT:  In the hand?

17             SERGEANT BRUNTRAGER:  To let go of his

18   grasp.

19             LIEUTENANT ENGELHARDT:  And that's what

20   you assume his intentions were, right?

21             SERGEANT BRUNTRAGER:  That's what I

22   thought it was.  Yeah.  I saw the officer's hand go down

23   and hit right on his hand, so I'm assuming he was grabbing

24   him or something.

25             LIEUTENANT ENGELHARDT:  Saw Officer

**CITY 00693**

1  Degregio.  Did you see anybody else strike him?

2              SERGEANT BRUNTRAGER:  No, not at all.

3              LIEUTENANT ENGELHARDT:  All right.

4  And did you see anybody -- did anybody choke him or any

5  way interfere --

6              SERGEANT BRUNTRAGER:  No.

7              LIEUTENANT ENGELHARDT:  -- with his

8  airway?

9              SERGEANT BRUNTRAGER:  Not that I'm

10  aware of.  No.  Not at all.  I was at the front the whole

11  time.  And Officer Degregorio there, no one -- he was

12  fine.  The -- or he was -- nobody blocked that at all --

13  his airway.

14              LIEUTENANT ENGELHARDT:  Nobody put him

15  in a chokehold?

16              SERGEANT BRUNTRAGER:  No, no chokeholds

17  at all.

18              LIEUTENANT ENGELHARDT:  Nobody wrapped

19  their arm around his neck?

20              SERGEANT BRUNTRAGER:  No, nothing at

21  all.

22              LIEUTENANT ENGELHARDT:  All right.

23  And you didn't do any of that?

24              SERGEANT BRUNTRAGER:  No.  Definitely

25  not.

CITY 00694

1               LIEUTENANT ENGELHARDT:  And you never

2  -- you didn't strike him at all?

3               SERGEANT BRUNTRAGER:  No, I did not.

4               LIEUTENANT ENGELHARDT:  And the only

5  person that you saw strike him in any way is what you've

6  already described?

7               SERGEANT BRUNTRAGER:  Exactly.

8               LIEUTENANT ENGELHARDT:  Okay.  That's

9  all I've got.

10              MR. MILLIKAN:  Just this real quickly.

11  Sergeant, you've indicated as you've been describing this

12  -- the blows, you -- and obviously the tape recorder won't

13  pick this up, but you have taking your left hand and

14  grabbing your pant leg on your left leg.  You've

15  described Officer Degregio's move as a strike to the hand.

16  That would've been of the prison who was holding the pant

17  leg of Officer Degregorio; is that right?

18              SERGEANT BRUNTRAGER:  Yes.  Yes.

19              MR. MILLIKAN:  Okay.  And, again, from

20  what you were able to observe, was that a blow from

21  Degregorio's hand onto the prisoner's hand?

22              SERGEANT BRUNTRAGER:  Yes, it was.

23              LIEUTENANT ENGELHARDT:  And when he hit

24  the prisoner on the hand, did the prisoner release the

25  hold?

CITY 00695

```
1                    SERGEANT BRUNTRAGER:  I believe he did.
2   I didn't see exactly where it was at.  I just saw the hand
3   down there --
4                    MR. MILLIKAN:  Okay.
5                    SERGEANT BRUNTRAGER:  -- because he was
6   handcuffed behind his back --
7                    MR. MILLIKAN:  Okay.
8                    SERGEANT BRUNTRAGER:  -- with the
9   officer right there, basically like this.
10                   MR. MILLIKAN:  Okay.  So they -- he was
11  in front of the officer facing the same way as the officer,
12  but reaching back --
13                   SERGEANT BRUNTRAGER:  Right.
14                   MR. MILLIKAN:  -- for his hand and
15  grabbing --
16                   SERGEANT BRUNTRAGER:  Exactly.
17  Exactly.
18                   MR. MILLIKAN:  Okay.  Once the prisoner
19  released his hold on the pant leg, did Degregorio stop
20  striking the hand?
21                   SERGEANT BRUNTRAGER:  Yes.  It was only
22  the one time.
23                   MR. MILLIKAN:  Okay.  So you saw one
24  blow the whole time?
25                   SERGEANT BRUNTRAGER:  Exactly.
```

CITY 00696

1           MR. MILLIKAN: Okay. And that's the only

2  blow that you saw?

3           SERGEANT BRUNTRAGER: It's the only

4  blow I saw.

5           MR. MILLIKAN: Okay. Was he ever

6  shackled in such a way that his ankles and his handcuffs

7  were hooked together? Was he hog tied?

8           SERGEANT BRUNTRAGER: No, not at all.

9           MR. MILLIKAN: Okay. All right. Just

10  one other thing. At the point where he's on the ground

11  and appears to be in physical distress, did Officer Wactor

12  then render CPR?

13           SERGEANT BRUNTRAGER: Wactor and

14  Officer Vonnida both did.

15           MR. MILLIKAN: Okay. And they -- my

16  understanding was they did that for quite a period of

17  time?

18           SERGEANT BRUNTRAGER: They did.

19           MR. MILLIKAN: Okay. So at the point

20  where it became apparent that he had a medical condition

21  that required attention, from what you could observe, he

22  was given that attention?

23           SERGEANT BRUNTRAGER: He was definitely

24  given medical attention.

25           MR. MILLIKAN: All right.

CITY 00697

1                LIEUTENANT ENGELHARDT:  Okay.  That

2    will be -- conclude the interview, unless you have

3    anything else to say.

4                SERGEANT BRUNTRAGER:  No, sir.

5                LIEUTENANT ENGELHARDT:  Okay.  10:58.

6                (WHEREIN, the interview was concluded.)

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CITY 00698

1                CERTIFICATE OF NOTARY PUBLIC

2                   STATE OF MISSOURI

3            I, Sherri L. Jolley, within and for

4 the State of Missouri, do hereby certify that the tape

5 transcription in the witness whose testimony appears in

6 the foregoing transcript in the caption hereof and

7 thereafter transcribed by me; that said transcript is a

8 record of the testimony given by said witness; that I am

9 neither counsel for, related to, nor employed by any

10 parties to the action; and further that I am not a relative

11 or employee of any counsel or attorney employee of any

12 counsel or attorney employed by the parties hereto, nor

13 financially or otherwise interested in the outcome of the

14 action.

15

16

17

18 _____

19                 Sherri L. Jolley

20

21

22

CITY 00699

| A | | | |
|---|---|---|---|

**A**

Abbott 10:18
able 4:9 5:17,21
  8:21,23 9:8,10
  14:11,13 17:20
action 21:10,14
actions 13:11
actively 14:18
ahead 3:3,6
airway 16:8,13
alarm 4:12
alerted 3:11
alerting 4:10
Alvashad 6:10
ambulance 5:19
  6:23 7:9 10:19
  12:7
ankles 19:6
anybody 8:16
  16:1,4,4
apparent 19:20
apparently 5:2
appeared 3:18
  6:7,7
appears 19:11
  21:5
area 7:24
arm 16:19
arrived 5:17
  10:15,17,19
asked 5:19 6:23
assume 15:20
assuming 15:23
attack 12:15
attempted 5:2
attention 7:16
  11:19 19:21,22
  19:24
attorney 3:1
  21:11,12
AUDIO 1:20
aware 16:10

**B**

back 3:11,12,15

3:16,17,23 4:9
  4:11,12,13,22
  5:15,18 6:14
  6:15,15 7:25
  8:1 11:17 14:3
  18:6,12
basically 5:17
  18:9
beginning 2:21
  2:21
believe 3:14 4:3
  5:5,9,24 11:14
  18:1
believed 12:7
bench 4:16
Bergmann 2:11
  2:13
bleed 10:11,12
bleeding 9:4
blocked 16:12
blood 13:22
blow 17:20
  18:24 19:2,4
blows 17:12
book 3:10
breath 6:8
breathing 6:17
  7:1
brought 3:10
Bruntrager 1:8
  2:8,10,18 3:4,7
  3:25 7:13,17
  7:22 8:8,11,17
  8:23 9:7,16,20
  10:1,6,12,16
  10:20,23 11:1
  11:6,10,13,18
  11:21 12:1,5,8
  12:12,16,20,25
  13:5,8,15,20
  14:1,4,8,13,17
  14:22 15:4,7
  15:10,14,17,21
  16:2,6,9,16,20
  16:24 17:3,7

17:18,22 18:1
  18:5,8,13,16
  18:21,25 19:3
  19:8,13,18,23
  20:4
bump 8:25

**C**

C 2:1
call 3:22 6:16
  9:23 14:24
called 6:16 12:7
caption 21:6
cell 3:19,19,23
  6:9,16 11:15
  12:17
Central 2:14
CERTIFICA...
  21:1
certify 21:4
choke 16:4
chokehold 16:15
chokeholds
  16:16
clarify 3:2,3
  11:7
clerk 4:11 8:1
come 5:8,17
  6:15
coming 8:19
commands 5:14
COMPLAINT
  1:3
conclude 20:2
concluded 20:6
concrete 4:15
  9:23 10:9
condition 19:20
considered 1:18
consistent 13:11
  13:12
contact 8:6 9:14
  12:15 13:24
control 8:21
  14:11

contusion 10:7
coppers 8:4
counsel 2:9 21:9
  21:11,12
couple 6:1
CPR 7:5 19:12
cruiser 9:12
cuffed 4:10
  14:14,15,18
cuffs 4:8 14:9
cycling 8:19

**D**

December 1:10
  2:5
defibrillator 7:4
definitely 11:2
  11:11 16:24
  19:23
Degregio 16:1
Degregio's
  17:15
Degregorio 3:14
  4:2 8:13 9:3
  14:1,23 16:11
  17:17 18:19
Degregorio's 5:2
  17:21
department 1:1
  6:21 7:7,8
  10:15,17
described 17:6
  17:15
describing 15:9
  17:11
dispatcher 6:3
distress 19:11
District 2:11
doing 2:24 3:17
  4:17 6:19 7:5,7
  11:15
doors 8:3
drew 7:16
DSN 2:3,11

due 1:14 5:21

**E**

earlier 2:15
either 2:24 5:4
  7:17
Eleventh 1:23
EM 6:3
emergency
  13:13
employed 21:9
  21:12
employee 21:11
  21:11
EMS 6:13 7:4
  9:10 11:19
Engelhardt 2:2
  2:3,12,19 3:5
  3:24 7:12,15
  7:20 8:5,9,15
  8:20 9:6,13,18
  9:25 10:4,10
  10:14,18,21,24
  11:3,8,12,16
  11:20,23 12:3
  12:6,10,14,19
  12:22 13:1,7
  13:10,18,23
  14:2,6,10,15
  14:19 15:2,6,8
  15:12,16,19,25
  16:3,7,14,18
  16:22 17:1,4,8
  17:23 20:1,5
evening 2:15
event 13:14,14
eventually 9:8
everybody 2:6
exactly 3:16
  11:18 12:12
  14:5 15:14
  17:7 18:2,16
  18:17,25
eye 10:8 13:20
  13:22

CITY 00700

eyes 9:1 13:21

**F**

face 4:16
facing 18:11
faint 6:2,4,25
familiar 2:16
far 3:9 6:13,19
  7:1,1 10:6
finally 6:22
financially
  21:13
fine 16:12
fire 6:21 7:7,8
  10:15,16
first 3:15 7:16
  8:6
fist 5:4 15:5
floor 2:4 9:22,22
foot 4:20
Force 1:1 2:3
foregoing 21:6
forehead 9:4,7
four 6:18 8:21
  14:11,20
free 4:18
front 4:15 16:10
  18:11
further 21:10

**G**

gash 10:7
gentleman 6:25
  7:6
getting 5:18
  6:20
Gilbert 2:16
  15:9
give 3:9
given 19:22,24
  21:8
go 3:3,6 4:22 5:5
  9:12 15:17,22
goes 9:3
going 4:14 6:12
  6:13 8:4,4 11:9

grab 5:2
grabbed 5:1
  14:23 15:9,10
grabbing 14:25
  15:23 17:14
  18:15
grasp 15:18
groaning 9:21
ground 10:3
  19:10
group 8:6
grunting 9:21
grunts 5:12
guess 3:22 4:16
  7:9 9:23 10:7
  14:24
guided 3:21
gun 7:24
gurney 9:10,11
guy 3:21 4:4
  5:10 7:11,18

**H**

hand 4:1,3,4,5,7
  4:9,9 5:3,4
  14:24,25 15:4
  15:13,15,16,22
  15:23 17:13,15
  17:21,21,24
  18:2,14,20
handcuffed
  12:21 13:17
  14:12 18:6
handcuffs 4:1
  4:25 8:22,24
  19:6
hands 5:15
hang 3:13 5:22
  7:18 11:9
harm 11:21
head 8:25 9:24
  10:9
headquarters
  2:5
heard 8:2

help 4:12,13
  8:19 12:1,2
helped 7:8
hereof 21:6
hereto 21:12
hit 4:12 5:3
  15:11,12,23
  17:23
hitting 8:25
hog 19:7
hold 17:25 18:19
holding 6:8
  17:16
hold-over 2:15
  3:8,18,22 4:11
  7:23 8:2
hooked 19:7
hospital 7:11
hurry 6:5
hurt 12:8,11
  13:2

**I**

identify 2:7
incident 2:14,17
  2:22 3:8
include 1:16
indicated 17:11
indiscernible
  6:16
information 3:9
  6:24
initial 13:24
initially 14:6
injure 13:3
injuries 10:5
injury 10:11
  13:19
intelligible 5:13
intentions 11:17
  12:23 15:20
interested 21:13
interfere 16:5
interrupt 2:23
interview 1:6

20:2,6
interviewee 2:9
Investigation
  1:1 2:4
involving 2:15

**J**

Joe 3:12,20 4:3
  7:18 8:12
Jolley 1:21 21:3
  21:19

**K**

kept 4:17,17 7:7
kicking 4:18
  12:18,19,20,23
  13:2
kind 9:19 11:24
  13:3,13
kneeling 4:15
knees 4:4,6
know 4:20 5:1
  6:2,13,17 9:4
  10:4,6 11:4
  13:6,9

**L**

L 1:21 21:3,19
lady 6:23
left 4:3,3,5,9
  10:8 17:13,14
leg 4:21,23 5:3,8
  5:10 8:14 14:9
  17:14,14,17
  18:19
legs 4:19
letting 6:17
Lieutenant 2:3
  2:12,19 3:5,24
  6:10 7:12,15
  7:20 8:5,9,15
  8:20 9:6,13,18
  9:25 10:4,10
  10:14,18,21,24
  11:3,8,12,16
  11:20,23 12:3

12:6,10,14,19
12:22 13:1,7
13:10,18,23
14:2,6,10,15
14:19 15:2,6,8
15:12,16,19,25
16:3,7,14,18
16:22 17:1,4,8
17:23 20:1,5
lift 9:22
listen 5:14,14
Litigation 1:22
little 7:23
lockers 7:24
long 6:23
looked 6:6
looking 3:8
Louis 1:1,24

**M**

making 7:25
man 3:21 5:20
media 1:14
medical 10:25
  11:5 12:5 13:4
  13:13,14 19:20
  19:24
METROPOL...
  1:1
Midwest 1:22
MILLIKAN 2:8
  17:10,19 18:4
  18:7,10,14,18
  18:23 19:1,5,9
  19:15,19,25
misinterpreted
  1:16
Missouri 1:24
  21:2,4
moans 5:12
motion 5:4,5
move 17:15

**N**

N 2:1,1
name 2:2,16

CITY 00701

neck 16:19
need 4:13
needed 6:4 12:2
Neil 2:8
neither 21:9
never 6:25 17:1
Nicholas 2:16
noises 9:19
North 1:23
NOTARY 21:1
noticed 13:19
NUMBER 1:3

**O**

O 2:1
observe 17:20
  19:21
obviously 17:12
occurred 2:14
officer 3:11,14
  3:15 4:1,24 5:2
  5:9 8:12,12,13
  9:3 13:24,25
  14:2,7,22 15:9
  15:11,25 16:11
  17:15,17 18:9
  18:11,11 19:11
  19:14
officers 3:9 5:16
  5:24 6:1,15 7:2
  8:4,6,10,18
  12:17 13:3
  14:20,21
officer's 15:22
Oh 11:10
Okay 2:12,19
  3:3,7,24 7:15
  8:15,20 9:5,6
  9:13,25 10:10
  10:14,24 11:3
  11:20 12:3
  13:7,18,18,23
  14:10,19 15:6
  17:8,19 18:4,7
  18:10,18,23

19:1,5,9,15,19
  20:1,5
once 4:25 5:10
  10:1,2 18:18
opinion 12:24
  13:2
opposed 11:4
outcome 21:13
outside 3:19 6:9
  6:12

**P**

P 2:1
pair 5:8
pant 17:14,16
  18:19
pants 5:3 11:13
  11:14
part 4:20
parties 21:10,12
Patrol 2:15
Paul 8:13
people 4:11
period 19:16
person 2:15 3:12
  13:16 17:5
ph 6:10,14
physical 19:11
pick 17:13
place 4:1 5:15
please 11:7
point 3:2 19:10
  19:19
police 1:1 2:5
  13:12
portions 1:14
possibly 13:6
present 1:17
pretty 7:13
prison 17:16
prisoner 3:22
  4:15 5:1 7:6
  17:24,24 18:18
prisoners 3:11
prisoner's 17:21

probably 2:25
  6:18
psychological
  13:14
PUBLIC 21:1
pull 4:9
pulse 6:2,4,25
push 9:9,9
put 5:20 10:2
  16:14
p.m 1:12 2:6

**Q**

quality 1:14
questions 3:1,2
quickly 17:10
quite 13:6 19:16

**R**

R 2:1,1
radio 5:19 6:3
  6:13,16,18
reaching 18:12
real 17:10
really 5:12 6:8
  13:6,8
reason 2:13
recall 5:11,12
  9:1 13:21
recognized
  11:24
record 21:8
recorded 1:6,14
recorder 17:12
recording 1:17
  1:20
refused 12:21
  13:16
related 21:9
relative 21:10
release 17:24
released 18:19
relieve 8:18
remember 2:22
render 19:12
required 19:21

resisting 11:4
  13:12,16 14:18
responded 6:10
rested 9:24
restraints 4:23
  8:14
revive 7:5
right 3:5 4:7,9
  10:7,8,15 11:9
  11:12,16,23
  12:4,6,11,13
  13:10 14:20
  15:20,23 16:3
  16:22 17:17
  18:9,13 19:9
  19:25
Roger 2:3
Roland 8:12
Ronald 1:8 2:10
room 2:7

**S**

S 2:1
safe 11:19
saw 11:8 14:22
  15:22,25 17:5
  18:2,23 19:2,4
saying 5:11
scene 6:10 7:10
seat 9:23 10:9
secure 9:11
secured 5:21
  10:2
securely 9:11
see 3:15 6:18
  14:20 16:1,4
  18:2
Sergeant 1:8 2:2
  2:10,10,13,18
  3:4,7,25 6:14
  7:13,17,22 8:8
  8:11,17,23 9:3
  9:7,16,20 10:1
  10:6,12,16,20
  10:23 11:1,6

11:10,13,18,21
  12:1,5,8,12,16
  12:20,25 13:5
  13:8,15,20
  14:1,4,8,13,17
  14:22 15:4,7
  15:10,14,17,21
  16:2,6,9,16,20
  16:24 17:3,7
  17:11,18,22
  18:1,5,8,13,16
  18:21,25 19:3
  19:8,13,18,23
  20:4
Services 1:22
seventh 2:4
shackled 14:16
  19:6
shackles 5:8,10
  8:22 9:2,8
Sherri 1:21 21:3
  21:19
short 6:22
show 8:16
showed 6:22,23
  7:9
side 3:20 5:24,25
  9:5,8
sign 12:1
sir 3:4 20:4
situation 11:5
  11:25 13:4
somebody 3:16
  4:22 5:8 8:2
  13:11,13
sorry 5:1 7:2
  8:12
spots 5:18
St 1:1,24
standing 3:17
start 2:20
State 21:2,4
stop 18:19
Street 1:23
stretcher 5:20

CITY 00702

5:21
strike 14:21,24
  16:1 17:2,5,15
striking 10:8
  18:20
Stuckey 3:12,15
  3:21 4:3,25
  7:18 8:12
  13:25
stuff 8:24
stun 14:24 15:3
stunning 5:4
subject 6:4
subpoena 3:10
sure 11:19 12:25
suspect 3:21
  4:14
sustained 10:5

**T**

T 2:1,1
take 5:18 8:22
taken 7:11
talk 2:14
tape 17:12 21:4
Taser 15:3
tell 2:22 3:16
  4:12 6:8
testimony 21:5,8
thigh 4:21
thing 19:10
things 3:2
think 2:21 4:19
  5:25 7:17,23
  7:25 9:20 13:5
  13:15
Third 2:11
thought 11:9
  15:22
thrashing 4:19
three 6:18 14:7
tied 11:14,14
  19:7
time 1:17 2:6 4:2
  4:4,8,10,22,24

4:24 5:1,3,5,7
  5:9,16 6:9,21
  6:22 15:11
  16:11 18:22,24
  19:17
times 6:18
told 6:3,3,24 9:3
transcribed 1:15
  1:20 21:7
transcriber 1:16
transcript 1:15
  1:18 21:6,7
transcription
  21:5
trouser 5:5
try 2:23
trying 3:12,25
  4:5,6,11,17,17
  4:18 5:11 6:7
  7:5,6,18 9:2,9
  9:21,21 13:2,6

**U**

unable 1:15
understanding
  3:6 19:16
Unit 1:1 2:4
unrelated 3:8
update 7:1
upper 4:21
use 15:3
usually 8:1

**V**

verbatim 1:18
vestibule 7:24
Vonnida 7:3
  19:14

**W**

Wactor 5:9 7:3
  7:3 8:13 14:3,4
  14:8 19:11,13
waiting 5:23 7:4
want 2:13 3:3
  5:13,14 7:3

14:25
wanted 9:10
  12:8,10
wanting 5:22
wasn't 6:17 7:1
way 5:20 7:25
  9:12 10:3 16:5
  17:5 18:11
  19:6
Wazniak 6:14
went 3:15,20 8:3
  8:3 11:17
we're 2:13
witness 21:5,8
words 1:16
would've 17:16
wrapped 16:18

**Y**

yeah 7:14 11:1
  11:11 12:18
  15:7,22
yell 8:2
yelled 4:22 7:18
young 5:20

**1**

10:45 1:12
10:58 20:5
15-062114 1:3

**2**

2015 1:10

**3**

314 1:25
3786 2:3

**4**

4391 2:11

**6**

63101 1:24
644-2191 1:25

**7**

711 1:23

**8**

8 1:10
8th 2:5

CITY 00703



# ORIGINAL

## ST. LOUIS METROPOLITAN POLICE DEPARTMENT
## FORCE INVESTIGATION UNIT

IN RE:
COMPLAINT NUMBER: 15-062114

AUDIO TRANSCRIPTION OF
RECORDED INTERVIEW OF
BRYAN LEMONS

DECEMBER 9, 2015

NATIONWIDE SCHEDULING

**OFFICES**
MISSOURI Springfield  Jefferson City  Kansas City  Columbia  Rolla  Cape Girardeau
KANSAS  Overland Park  ILLINOIS  Springfield  Champaign

HEADQUARTERS: 711 North Eleventh Street, ST. Louis, Missouri 63101
**800.280.3376**
www.midwestlitigation.com

**CITY 00704**

1   ST. LOUIS METROPOLITAN POLICE DEPARTMENT
    FORCE INVESTIGATION UNIT
2
    IN RE:
3   COMPLAINT NUMBER:  15-062114
4

5

6
    RECORDED INTERVIEW OF
7
    BRYAN LEMONS
8
    DECEMBER 9, 2015
9
         12:57 A.M.
10

11

12

13

14
    Due to the quality of the recorded media, portions were unable
15  to be transcribed.  The transcript may also include
    misinterpreted words.  The transcriber was not present at the
16  time of the recording; therefore, this transcript should not
    be considered verbatim.
17

18  AUDIO RECORDING WAS TRANSCRIBED BY:
    Sherri L. Jolley
19  Midwest Litigation Services
    711 North Eleventh Street
20  St. Louis, Missouri 63101
    (314) 644-2191
21

22

23

24

25

CITY 00705

1   T R A N S C R I P T I O N

2   LIEUTENANT ENGELHARDT: I'm Lieutenant Roger

3  Engelhardt, DSN 3786, assigned to the Force Investigation

4  Unit. We're on the seventh floor of police headquarters in

5  the Force Investigation Unit office. It is December 9th.

6  It's 12:57 a.m. At this time I'd like everybody in the room

7  to identify themselves.

8  ST. LOUIS METROPOLITAN POLICE DEPARTMENT

9  FORCE INVESTIGATION UNIT

10  MR. TOWEY: Jim Towey, attorney.
OFFICER LEMONS: Bryan Lemons, police
11  officer, St. Louis City, Third District.
LIEUTENANT ENGELHARDT: And what's your DSN?
12  OFFICER LEMONS: 11154.
LIEUTENANT ENGELHARDT: Great. I want to
13  talk to you about an incident which occurred in the Central
Patrol hold-over yesterday. It involved a person by the name
14  of Nicholas Gilbert. Are you familiar with that incident?
OFFICER LEMONS: Yes, sir.
15  LIEUTENANT ENGELHARDT: Okay. I'd like you
to tell me what you can remember about that incident, starting
16  at the beginning. And I won't interrupt you while you tell
me what you recall about that. When you're done I'll probably
17  have some questions for you, and Mr. Towey or others might have
questions for you as well. So with that understanding, go
18  ahead and begin telling me what you recall.
OFFICER LEMONS: Yes, sir. I was in the
19  reporting writing room at the station this evening -- the
incident. Officer Stuckey came in, said that they needed some
20  help in the hold-over, with a subject. I got up, went back
there. I noticed that there was some officers struggling with
21  the subject in Cell Block Number 4, trying to get handcuffs
on him and detain him.
22  At that point, I noticed that he started
kicking and flailing his legs and arms. I assisted the other
23  officers in the cell. I grabbed his right leg and helped
secure his right leg from continuing kicking the other
24  officers. While we were detaining him, he continued flailing
and flapping around.
25  When all resistance stopped, we -- all the
resisting stopped, we got up, noticed that he wasn't breathing.

CITY 00706

1    The other officers began CPR on the individual and radioed for

2    EMS to respond.  And that was it.

3    LIEUTENANT ENGELHARDT:  Okay.  So where were

4    you when you first learned there was something going on in the

5    hold-over?
     OFFICER LEMONS:  In the report writing room.
6    LIEUTENANT ENGELHARDT:  Okay.  And somebody

7    went and got you and told you there was something going on or

8    -- what did you do then?

9    OFFICER LEMONS:  Yeah.  Officer Stuckey came

10   in and said that they needed assistance in the hold-over.  And
     that's when I got up and went back to the hold-over.
11   LIEUTENANT ENGELHARDT:  Okay.  And when you
     arrived in the hold-over, what was the first thing you
12   observed?

13   OFFICER LEMONS:  I observed the subject on the

14   ST. LOUIS METROPOLITAN POLICE DEPARTMENT

15   FORCE INVESTIGATION UNIT

16   ground, and the officers there in the cell were trying to get
     him to -- detained with handcuffs.  And he was resisting.
17   LIEUTENANT ENGELHARDT:  So was he already
     handcuffed at that time when you came in, or were they in the
18   process of handcuffing him?
     OFFICER LEMONS:  They were still in the
19   process of trying to get handcuffs on him.
     LIEUTENANT ENGELHARDT:  Okay.  Did he have
20   anything on his legs?
     OFFICER LEMONS:  I think they were trying to
21   get shackles on his legs, but they didn't have them secured.
     LIEUTENANT ENGELHARDT:  Okay.  And at some
22   point you came and made contact with him?
     OFFICER LEMONS:  Yes, sir.
23   LIEUTENANT ENGELHARDT:  All right.  And what
     kind of contact was that?
24   OFFICER LEMONS:  I placed my right knee on his
     leg.
25   LIEUTENANT ENGELHARDT:  Your right knee on his
     leg?

CITY 00707

1  OFFICER LEMONS:  Yes, sir.
   LIEUTENANT ENGELHARDT:  All right.

2  OFFICER LEMONS:  I knelt down and placed my
   right knee on his leg.

3  LIEUTENANT ENGELHARDT:  And for what purpose?

4  OFFICER LEMONS:  To help secure his leg as they

5  were placing the shackles onto his legs.

6  LIEUTENANT ENGELHARDT:  Okay.  And why did

7  you think it was necessary to secure his legs?
   OFFICER LEMONS:  Because -- so he can quit --

8  well, so the kicking of -- the subject can quit kicking the
   officers.

9  LIEUTENANT ENGELHARDT:  Okay.  So you saw him
   kicking and you thought he might injure an officer if you didn't

10 --

11 OFFICER LEMONS:  Yes, sir.

12 LIEUTENANT ENGELHARDT:  Okay.  So you kneeled

13 on his legs to restrain his legs --

14 OFFICER LEMONS:  Yes, sir.
   LIEUTENANT ENGELHARDT:  -- to keep him from

15 kicking officers?
   OFFICER LEMONS:  Yes, sir.

16 LIEUTENANT ENGELHARDT:  All right.  And at
   some point did he stop?

17 OFFICER LEMONS:  Yes, sir.
   LIEUTENANT ENGELHARDT:  All right.  And then

18 what happened?

19 OFFICER LEMONS:  And when the resisting

20 ST. LOUIS METROPOLITAN POLICE DEPARTMENT

21 FORCE INVESTIGATION UNIT

22 stopped, we stood up.  I noticed that he wasn't breathing.  He
   didn't have a pulse.  That's when the other officers began CPR.

23 LIEUTENANT ENGELHARDT:  Was that shortly
   after he stopped kicking?

24 OFFICER LEMONS:  Yes, sir.
   LIEUTENANT ENGELHARDT:  All right.  And so

25 what -- what happened next?
   OFFICER LEMONS:  That's when the officers

**CITY 00708**

1    began CPR.  And then we waited for EMS to respond.
     LIEUTENANT ENGELHARDT:  Okay.  And how long
2    did those officers perform CPR on him?
     OFFICER LEMONS:  It was for a while.
3    LIEUTENANT ENGELHARDT:  Okay.  And what
     finally made them stop performing CPR on them?
4    OFFICER LEMONS:  EMS had came in, and they took
     over.
5    LIEUTENANT ENGELHARDT:  Okay.  And so you

6    made physical contact with him?

7    OFFICER LEMONS:  Yes, sir.

8    LIEUTENANT ENGELHARDT:  All right.  Did you

9    strike Mr. Gilbert at any time?
     OFFICER LEMONS:  No, sir.
10   LIEUTENANT ENGELHARDT:  Did you observe any
     other officers strike Mr. Gilbert?
11   OFFICER LEMONS:  No, sir.
     LIEUTENANT ENGELHARDT:  Did you choke Mr.
12   Gilbert?
     OFFICER LEMONS:  No, sir.
13   LIEUTENANT ENGELHARDT:  Did you in any way
     obstruct Mr. Gilbert's airway?
14   OFFICER LEMONS:  No, sir.

15   LIEUTENANT ENGELHARDT:  Did you observe any

16   other officers strike Mr. Gilbert?

17   OFFICER LEMONS:  No, sir.

18   LIEUTENANT ENGELHARDT:  Did you observe any
     other officers choke or otherwise obstruct Mr. Gilbert's
19   airway?
     OFFICER LEMONS:  No, sir.  You got anything?
20   MR. TOWEY:  No.
     MR. BRUNTRAGER:  No, sir.
21   (WHEREIN, the interview was concluded.)

22

23

24

25

CITY 00709

```
1   CERTIFICATE OF NOTARY PUBLIC

2   STATE OF MISSOURI

3    I, Sherri L. Jolley, within and for

4   the State of Missouri, do hereby certify that the tape

5   ST. LOUIS METROPOLITAN POLICE DEPARTMENT

6   FORCE INVESTIGATION UNIT

7   transcription in the witness whose testimony appears in the
    foregoing transcript in the caption hereof and thereafter
8   transcribed by me; that said transcript is a record of the
    testimony given by said witness; that I am neither counsel for,
9   related to, nor employed by any parties to the action; and
    further that I am not a relative or employee of any counsel
10  or attorney employee of any counsel or attorney employed by
    the parties hereto, nor financially or otherwise interested
11  in the outcome of the action.

12
                                _____
13                                      Sherri L. Jolley

14                              Sherri L. Jolley

15

16

17

18

19

20

21

22

23

24
```

CITY 00710

**A**

action 6:9,11
ahead 2:18
airway 5:13,19
appears 6:7
arms 2:22
arrived 3:11
assigned 2:3
assistance 3:10
assisted 2:22
attorney 2:10
6:10,10
AUDIO 1:18
a.m 1:9 2:6

**B**

back 2:20 3:10
began 3:1 4:22
5:1
beginning 2:16
Block 2:21
breathing 2:25
4:22
BRUNTRAG...
5:20
Bryan 1:7 2:10

**C**

C 2:1
caption 6:7
cell 2:21,23 3:16
Central 2:13
CERTIFICA...
6:1
certify 6:4
choke 5:11,18
City 2:11
COMPLAINT
1:3
concluded 5:21
considered 1:16
contact 3:22,23
5:6
continued 2:24
continuing 2:23

counsel 6:8,9,10
CPR 3:1 4:22
5:1,2,3

**D**

December 1:8
2:5
DEPARTME...
1:1 2:8 3:14
4:20 6:5
detain 2:21
detained 3:16
detaining 2:24
District 2:11
DSN 2:3,11
Due 1:14

**E**

Eleventh 1:19
employed 6:9,10
employee 6:9,10
EMS 3:2 5:1,4
Engelhardt 2:2
2:3,11,12,15
3:3,6,11,17,19
3:21,23,25 4:1
4:3,6,9,12,14
4:16,17,23,24
5:1,3,5,8,10,11
5:13,15,18
evening 2:19
everybody 2:6

**F**

familiar 2:14
finally 5:3
financially 6:10
first 3:4,11
flailing 2:22,24
flapping 2:24
floor 2:4
Force 1:1 2:3,5,9
3:15 4:21 6:6
foregoing 6:7
further 6:9

**G**

Gilbert 2:14 5:9
5:10,12,16
Gilbert's 5:13
5:18
given 6:8
go 2:17
going 3:4,7
grabbed 2:23
Great 2:12
ground 3:16

**H**

handcuffed 3:17
handcuffing
3:18
handcuffs 2:21
3:16,19
happened 4:18
4:25
headquarters
2:4
help 2:20 4:4
helped 2:23
hereof 6:7
hereto 6:10
hold-over 2:13
2:20 3:5,10,10
3:11

**I**

identify 2:7
incident 2:13,14
2:15,19
include 1:15
individual 3:1
injure 4:9
interested 6:10
interrupt 2:16
interview 1:6
5:21
Investigation
1:1 2:3,5,9
3:15 4:21 6:6
involved 2:13

**J**

Jim 2:10
Jolley 1:18 6:3
6:13

**K**

keep 4:14
kicking 2:22,23
4:8,8,9,15,23
kind 3:23
knee 3:24,25 4:2
kneeled 4:12
knelt 4:2

**L**

L 1:18 6:3,13
learned 3:4
leg 2:23,23 3:24
3:25 4:2,4
legs 2:22 3:20,21
4:5,7,13,13
Lemons 1:7 2:10
2:10,12,14,18
3:5,9,13,18,20
3:22,24 4:1,2,4
4:7,11,14,15
4:17,19,24,25
5:2,4,7,9,11,12
5:14,17,19
Lieutenant 2:2,2
2:11,12,15 3:3
3:6,11,17,19
3:21,23,25 4:1
4:3,6,9,12,14
4:16,17,23,24
5:1,3,5,8,10,11
5:13,15,18
Litigation 1:19
long 5:1
Louis 1:1,20 2:8
2:11 3:14 4:20
6:5

**M**

media 1:14
METROPOL...

1:1 2:8 3:14
4:20 6:5
Midwest 1:19
misinterpreted
1:15
Missouri 1:20
6:2,4

**N**

N 2:1,1
name 2:13
necessary 4:7
needed 2:19
3:10
neither 6:8
Nicholas 2:14
North 1:19
NOTARY 6:1
noticed 2:20,22
2:25 4:22
Number 1:3
2:21

**O**

O 2:1
observe 5:10,15
5:18
observed 3:12
3:13
obstruct 5:13,18
occurred 2:13
office 2:5
officer 2:10,11
2:12,14,18,19
3:5,9,9,13,18
3:20,22,24 4:1
4:2,4,7,9,11,14
4:15,17,19,24
4:25 5:2,4,7,9
5:11,12,14,17
5:19
officers 2:20,23
2:24 3:1,16 4:8
4:15,22,25 5:2
5:10,16,18
Okay 2:15 3:3,6

**CITY 00711**

3:11,19,21 4:6
4:9,12 5:1,3,5
outcome 6:11

**P**

P 2:1
parties 6:9,10
Patrol 2:13
perform 5:2
performing 5:3
person 2:13
physical 5:6
placed 3:24 4:2
placing 4:5
point 2:22 3:22
  4:16
police 1:1 2:4,8
  2:10 3:14 4:20
  6:5
portions 1:14
present 1:15
probably 2:16
process 3:18,19
PUBLIC 6:1
pulse 4:22
purpose 4:3

**Q**

quality 1:14
questions 2:17
  2:17
quit 4:7,8

**R**

R 2:1,1
radioed 3:1
recall 2:16,18
record 6:8
recorded 1:6,14
recording 1:16
  1:18
related 6:9
relative 6:9
remember 2:15
report 3:5
reporting 2:19

resistance 2:25
resisting 2:25
  3:16 4:19
respond 3:2 5:1
restrain 4:13
right 2:23,23
  3:23,24,25 4:1
  4:2,16,17,24
  5:8
Roger 2:2
room 2:6,19 3:5

**S**

S 2:1
saw 4:9
secure 2:23 4:4
  4:7
secured 3:21
Services 1:19
seventh 2:4
shackles 3:21
  4:5
Sherri 1:18 6:3
  6:13
shortly 4:23
sir 2:14,18 3:22
  4:1,11,14,15
  4:17,24 5:7,9
  5:11,12,14,17
  5:19,20
somebody 3:6
St 1:1,20 2:8,11
  3:14 4:20 6:5
started 2:22
starting 2:15
State 6:2,4
station 2:19
stood 4:22
stop 4:16 5:3
stopped 2:25,25
  4:22,23
Street 1:19
strike 5:9,10,16
struggling 2:20
Stuckey 2:19 3:9

subject 2:20,21
  3:13 4:8

**T**

T 2:1,1
talk 2:13
tape 6:4
tell 2:15,16
telling 2:18
testimony 6:7,8
thing 3:11
think 3:20 4:7
Third 2:11
thought 4:9
time 1:16 2:6
  3:17 5:9
told 3:7
Towey 2:10,10
  2:17 5:20
transcribed 1:15
  1:18 6:8
transcriber 1:15
transcript 1:15
  1:16 6:7,8
transcription
  6:7
trying 2:21 3:16
  3:19,20

**U**

unable 1:14
understanding
  2:17
Unit 1:1 2:4,5,9
  3:15 4:21 6:6

**V**

verbatim 1:16

**W**

waited 5:1
want 2:12
wasn't 2:25 4:22
way 5:13
went 2:20 3:7,10
We're 2:4

witness 6:7,8
words 1:15
writing 2:19 3:5

**Y**

Yeah 3:9
yesterday 2:13

**1**

11154 2:12
12:57 1:9 2:6
15-062114 1:3

**2**

2015 1:8

**3**

314 1:20
3786 2:3

**4**

4 2:21

**6**

63101 1:20
644-2191 1:20

**7**

711 1:19

**9**

9 1:8
9th 2:5



# ORIGINAL

## ST. LOUIS METROPOLITAN POLICE DEPARTMENT
## FORCE INVESTIGATION UNIT

IN RE:
COMPLAINT NUMBER: 15-062114

AUDIO TRANSCRIPTION OF
RECORDED INTERVIEW OF
JASON KING

OCTOBER 17, 2015

NATIONWIDE SCHEDULING

**OFFICES**
MISSOURI Springfield   Jefferson City   Kansas City   Columbia   Rolla   Cape Girardeau
KANSAS   Overland Park   ILLINOIS   Springfield   Champaign

HEADQUARTERS: 711 North Eleventh Street, ST. Louis, Missouri 63101
**800.280.3376**
www.midwestlitigation.com

**CITY 00713**

1        ST. LOUIS METROPOLITAN POLICE DEPARTMENT
                    FORCE INVESTIGATION UNIT

2

     IN RE:

3     COMPLAINT NUMBER: 15-062114

4

5

6                  RECORDED INTERVIEW OF

7                    JASON KING

8

9                  OCTOBER 17, 2015

10                 10:15 A.M.

11    Due to the quality of the recorded media, portions were

12    unable to be transcribed. The transcript may also
      include misinterpreted words. The transcriber was not
13    present at the time of the recording; therefore, this

14    transcript should not be considered verbatim.

15

16

17    AUDIO RECORDING WAS TRANSCRIBED BY:

18    Sherri L. Jolley

19    Midwest Litigation Services

20    711 North Eleventh Street

21    St. Louis, Missouri 63101

22    (314) 644-2191

23

24

25

CITY 00714

```
 1           T R A N S C R I P T I O N
 2               SERGEANT ENGELHARDT:  My name is
 3  Lieutenant Roger Engelhardt, DSN 3786, with the Force
 4  Investigation Unit.  Today is October 17th.  It's about
 5      in the morning.  We're on the seventh floor of
 6  police headquarters, in my office.  At this time I'd like
 7  everybody else in the room to identify themselves.
 8               MR. MILLIKAN:  Attorney Brian Millikan.
 9               OFFICER KING:  Police officer Jason
10  King, DSN 6636.
11               LIEUTENANT ENGELHARDT:  Where are you
12  assigned, Officer King?
13               OFFICER KING:  District 3.
14               LIEUTENANT ENGELHARDT:  Okay.  And,
15  Officer King, what I'd like to talk to you about is an
16  incident which happened on December 8th about 6:15 p.m.
17  in the Central Patrol hold-over area.  Are you familiar
18  with the incident I'm talking about?
19               OFFICER KING:  Yes.
20               LIEUTENANT ENGELHARDT:  Okay.  If you
21  could just tell me what you can recall about that
22  incident, starting at the beginning, whatever you
23  consider the beginning to be.  And I'll try not to as you
24  relay to me what you remember.  When you're done I'll
25  probably have some questions for you and -- to clarify
```

CITY 00715

1    some things.  At some point Mr. Millikan will be given

2    an opportunity to ask you some questions and clarify

3    things.  At any time do you -- that you think you need

4    to clarify anything or add some detail to something, feel

5    free to do so.

6              So with all that being understood, go

7    ahead and relay to me what you remember about that event.

8              OFFICER KING:  Well, I'm a field

9    training officer, and that evening I was training another

10   officer, PPO Richard Eaves (ph).  And we were in the

11   hold-over cell, doing a booking sheet on an individual

12   that we had arrested for bench warrants.

13             While I was back there, I was standing

14   behind the booking clerk, and I was watching my

15   probationary officer.  And I had observed this

16   individual, Nicholas Gilbert, in his cell.  He was

17   reaching up to the top of the bars like he was trying to

18   grab something that wasn't there.  At that point I was

19   under the impression either he was having psychological

20   issues or he was on drugs.

21             While I was watching my probationary

22   officer and watching this individual, I observed him take

23   an article of clothing -- I wasn't sure at the time --

24   I thought it was a shirt.  And he wrapped it around the

25   top bar of the cell door, and then proceeded to wrap it

CITY 00716

1    around his neck, at which point I had made the comment

2    that he was trying to hang himself.

3              It was moments later that Sergeant

4    Ronald Bergmann had came into the hold-over and another

5    officer had also mentioned it.  Sergeant Bergmann went

6    into the back cell area where Nicholas Gilbert was at.

7              And him and another -- I don't know who

8    the other officers were that were in the cell with him

9    at the time, but they did go into the cell.  And what I

10   had observed was Nicholas Gilbert kind of put his hands

11   up as though he wasn't wanting to get handcuffed, to

12   prevent himself from hurting himself.

13             While I was working with my probationary

14   officer, the next time I looked into the cell, I observed

15   Sergeant Bergmann lean over the top of Nicholas Gilbert,

16   who was now on his knees laying across the concrete

17   benches inside the cell.  And Ronald Bergmann was yelling

18   for help and to hit the aid button -- asking the clerk

19   to hit the aid button.

20             At this point, I instructed my

21   probationary officer to stay with his prisoner, and I went

22   in to assist Ronald Bergmann.  And when I went in,

23   Nicholas Gilbert was kicking very frantically.  And so

24   at that point I just grabbed his legs and attempted to

25   keep him from kicking anyone.

**CITY 00717**

1          And it was seconds later that Officer

2    Paul Wactor came in with some leg shackles.  He placed

3    them on his legs.  And that was the last contact I had

4    with Nicholas Gilbert.  I left the cell area.  And it was

5    -- as I was leaving, I heard Sergeant Bergmann say to

6    contact EMS.  So I did get on the air and I requested the

7    dispatcher to have EMS sent to the Central Patrol

8    Division.

9          At that point, I did not know what EMS

10   was going to be needed for.  I was, again, assuming that

11   it was for psychological issues, and that's what I told

12   dispatch.  After I made that call, myself and my

13   probationary officer, we then left the cell and we had

14   no further contact with the individual.

15          LIEUTENANT ENGELHARDT:  Who was your

16   probationary officer?

17          OFFICER KING:  PPO Richard Eaves.

18          LIEUTENANT ENGELHARDT:  Okay.  And

19   what were you doing in the hold-over initially?

20          OFFICER KING:  We were there on a arrest

21   on a subject who had bench warrants.

22          LIEUTENANT ENGELHARDT:  Okay.  Who was

23   that person?

24          OFFICER KING:  I don't recall his name

25   offhand.

CITY 00718

1           LIEUTENANT ENGELHARDT:  Okay.  And

2   what first drew your attention to Mr. -- I think his name

3   is Gilbert.

4           OFFICER KING:  Nicholas Gilbert.

5           LIEUTENANT ENGELHARDT:  Yes.

6           OFFICER KING:  I had observed him

7   standing in the cell, reaching as though he was trying

8   to grab things that weren't there.  He was reaching at

9   the door, but he wasn't actually grabbing the door.  He

10  was just grabbing into the -- into midair like there was

11  something there he was trying to grab onto.

12          LIEUTENANT ENGELHARDT:  Okay.  And did

13  you find that behavior unusual?

14          OFFICER KING:  Oh, yes.

15          LIEUTENANT ENGELHARDT:  Okay.  And did

16  you associate -- how did you perceive that behavior?

17  What did you think -- what did that behavior tell you about

18  that person?

19          OFFICER KING:  At that point I thought

20  either he had psychological issues or that he may be under

21  the influence of some type of narcotic.

22          LIEUTENANT ENGELHARDT:  Okay.  And

23  then at some point did you -- what prompted you or other

24  officers to go back into the area where he was at?

25          OFFICER KING:  I observed him placing a

CITY 00719

1   article of clothing on the bars, wrapping it around the

2   bars, and then trying to -- well, he did; he wrapped it

3   around his neck and was trying to -- what I assume was

4   trying to hang himself.

5              LIEUTENANT ENGELHARDT:  Okay.  And did

6   you, in fact, go back there with other officers?

7              OFFICER KING:  Yes.

8              LIEUTENANT ENGELHARDT:  Okay.  And did

9   PPO Eaves go back there as well?

10             OFFICER KING:  He did.  When I went back

11  there and I was holding his legs, I had instructed my

12  probationary officer to remain with his prisoner.  While

13  I was holding his legs, I had looked up and I had seen

14  him coming to the cell doors. And I had instructed him

15  to go back to his prisoner, because I did not want his

16  prisoner to be left alone.

17             LIEUTENANT ENGELHARDT:  Right.

18             OFFICER KING:  And he did exactly that.

19  He had no contact with Nicholas Gilbert.

20             LIEUTENANT ENGELHARDT:  No contact at

21  all?

22             OFFICER KING:  No.

23             LIEUTENANT ENGELHARDT:  Okay.  Okay.

24  And so when you went back there, what did you observe other

25  officers doing and then -- and what did you do yourself?

**CITY 00720**

```
 1            OFFICER KING:  The only thing I observed
 2   was Sergeant Bergmann and there was other officers -- I
 3   do not recall who was all in the cell; like I said, it
 4   was pretty chaotic -- they were trying to keep him calm,
 5   keep him still, keep him from fighting.  He was
 6   handcuffed.  And he was kicking wildly.  And so I just
 7   grabbed his legs and tried to hold onto his legs to prevent
 8   him from kicking anyone, until Paul Wactor came in and
 9   put leg shackles on him.
10            LIEUTENANT ENGELHARDT:  Okay.  So
11   other than grabbing him -- his legs, did you have any other
12   contact with Mr. Gilbert?
13            OFFICER KING:  No.
14            LIEUTENANT ENGELHARDT:  Okay.  And
15   were you there -- how long did you remain there after the
16   leg shackles were placed on?
17            OFFICER KING:  Immediately after the
18   leg shackles went on, I left the cell.  I had no -- I --
19   there was enough officers inside the cell at that point
20   I didn't feel that I was needed any longer.
21            LIEUTENANT ENGELHARDT:  Okay.  Did you
22   hear Mr. Gilbert saying anything or was he making any
23   noises?
24            OFFICER KING:  I didn't hear him saying
25   anything --
```

**CITY 00721**

1            LIEUTENANT ENGELHARDT: Okay.

2            OFFICER KING: -- or make any noises.

3            LIEUTENANT ENGELHARDT: All right.

4 And you said you observed these other officers in the cell

5 with him?

6            OFFICER KING: Yes.

7            LIEUTENANT ENGELHARDT: All right.

8 Did you observe any of these officers strike Mr. Gilbert?

9            OFFICER KING: No.

10            LIEUTENANT ENGELHARDT: Did you observe

11 any of these officers choke Mr. Gilbert or in any way

12 obstruct his airway?

13            OFFICER KING: No.

14            LIEUTENANT ENGELHARDT: Did you strike

15 Mr. Gilbert?

16            OFFICER KING: No.

17            LIEUTENANT ENGELHARDT: Did you in any

18 way choke Mr. Gilbert or in any way obstruct his airway?

19            OFFICER KING: No.

20            LIEUTENANT ENGELHARDT: Okay. And so

21 after the leg shackles were placed on, did his demeanor

22 change at all? When did his demeanor change -- or if it

23 changed?

24            OFFICER KING: I never -- I never even

25 saw the man's face. I don't know what he did after that.

CITY 00722

1    Once they got the leg shackles on, like I said, I

2    immediately left the cell.  I -- I don't know if he even

3    continued kicking.

4                    LIEUTENANT ENGELHARDT:  Okay.  And

5    after you left the cell, where did you go?  What did you

6    do?

7                    OFFICER KING:  I walked to the entrance

8    door that goes back out into the hold-over area, and

9    that's where, actually, I had got on the radio and

10   requested EMS.  And that was it.  Then me and my

11   probationary officer, we left the hold-over area to

12   continue to do the paperwork with -- for our prisoner.

13                   LIEUTENANT ENGELHARDT:  Okay.  And is

14   there any -- Brian, do you have anything?

15                   MR. MILLIKAN:  I don't have anything.

16                   LIEUTENANT ENGELHARDT:  Is there

17   anything that I haven't asked you that you think would

18   be important to this investigation?

19                   OFFICER KING:  No.  I don't think so.

20                   LIEUTENANT ENGELHARDT:  Is there

21   anything that you said that you wish to clarify or make

22   more clear?

23                   OFFICER KING:  No.

24                   LIEUTENANT ENGELHARDT:  Okay.  All

25   right.  That concludes the interview.

CITY 00723

1                    (WHEREIN, the interview was concluded.)

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CITY 00724

1           CERTIFICATE OF NOTARY PUBLIC

2                STATE OF MISSOURI

3               I, Sherri L. Jolley, within and for

4    the State of Missouri, do hereby certify that the tape

5    transcription in the witness whose testimony appears in

6    the foregoing transcript in the caption hereof and

7    thereafter transcribed by me; that said transcript is a

8    record of the testimony given by said witness; that I am

9    neither counsel for, related to, nor employed by any

10   parties to the action; and further that I am not a relative

11   or employee of any counsel or attorney employee of any

12   counsel or attorney employed by the parties hereto, nor

13   financially or otherwise interested in the outcome of the

14   action.

15

16                    _Sherri L. Jolley_ (signature)

17          _____

18                    Sherri L. Jolley

19

20

21

22

23

24

25

CITY 00725

## A
action 12:10,14
add 3:4
ahead 3:7
aid 4:18,19
air 5:6
airway 9:12,18
appears 12:5
area 2:17 4:6 5:4
  6:24 10:8,11
arrest 5:20
arrested 3:12
article 3:23 7:1
asked 10:17
asking 4:18
assigned 2:12
assist 4:22
associate 6:16
assume 7:3
assuming 5:10
attempted 4:24
attention 6:2
attorney 2:8
  12:11,12
AUDIO 1:17
A.M 1:10

## B
back 3:13 4:6
  6:24 7:6,9,10
  7:15,24 10:8
bar 3:25
bars 3:17 7:1,2
beginning 2:22
  2:23
behavior 6:13
  6:16,17
bench 3:12 5:21
benches 4:17
Bergmann 4:4,5
  4:15,17,22 5:5
  8:2
booking 3:11,14
Brian 2:8 10:14
button 4:18,19

## C
C 2:1
call 5:12
calm 8:4
caption 12:6
cell 3:11,16,25
  4:6,8,9,14,17
  5:4,13 6:7 7:14
  8:3,18,19 9:4
  10:2,5
Central 2:17 5:7
CERTIFICA...
  12:1
certify 12:4
change 9:22,22
changed 9:23
chaotic 8:4
choke 9:11,18
clarify 2:25 3:2
  3:4 10:21
clear 10:22
clerk 3:14 4:18
clothing 3:23
  7:1
coming 7:14
comment 4:1
COMPLAINT
  1:3
concluded 11:1
concludes 10:25
concrete 4:16
consider 2:23
considered 1:14
contact 5:3,6,14
  7:19,20 8:12
continue 10:12
continued 10:3
counsel 12:9,11
  12:12

## D
December 2:16
demeanor 9:21
  9:22
DEPARTME...

1:1
detail 3:4
dispatch 5:12
dispatcher 5:7
District 2:13
Division 5:8
doing 3:11 5:19
  7:25
door 3:25 6:9,9
  10:8
doors 7:14
drew 6:2
drugs 3:20
DSN 2:3,10
Due 1:11

## E
Eaves 3:10 5:17
  7:9
either 3:19 6:20
Eleventh 1:20
employed 12:9
  12:12
employee 12:11
  12:11
EMS 5:6,7,9
  10:10
Engelhardt 2:2
  2:3,11,14,20
  5:15,18,22 6:1
  6:5,12,15,22
  7:5,8,17,20,23
  8:10,14,21 9:1
  9:3,7,10,14,17
  9:20 10:4,13
  10:16,20,24
entrance 10:7
evening 3:9
event 3:7
everybody 2:7
exactly 7:18

## F
face 9:25
fact 7:6
familiar 2:17

feel 3:4 8:20
field 3:8
fighting 8:5
financially
  12:13
find 6:13
first 6:2
floor 2:5
Force 1:1 2:3
foregoing 12:6
frantically 4:23
free 3:5
further 5:14
  12:10

## G
Gilbert 3:16 4:6
  4:10,15,23 5:4
  6:3,4 7:19 8:12
  8:22 9:8,11,15
  9:18
given 3:1 12:8
go 3:6 4:9 6:24
  7:6,9,15 10:5
goes 10:8
going 5:10
grab 3:18 6:8,11
grabbed 4:24
  8:7
grabbing 6:9,10
  8:11

## H
handcuffed 4:11
  8:6
hands 4:10
hang 4:2 7:4
happened 2:16
headquarters
  2:6
hear 8:22,24
heard 5:5
help 4:18
hereof 12:6
hereto 12:12
hit 4:18,19

hold 8:7
holding 7:11,13
hold-over 2:17
  3:11 4:4 5:19
  10:8,11
hurting 4:12

## I
identify 2:7
immediately
  8:17 10:2
important 10:18
impression 3:19
incident 2:16,18
  2:22
include 1:12
individual 3:11
  3:16,22 5:14
influence 6:21
initially 5:19
inside 4:17 8:19
instructed 4:20
  7:11,14
interested 12:13
interview 1:6
  10:25 11:1
investigation 1:1
  2:4 10:18
issues 3:20 5:11
  6:20

## J
Jason 1:7 2:9
Jolley 1:18 12:3
  12:18

## K
keep 4:25 8:4,5
  8:5
kicking 4:23,25
  8:6,8 10:3
kind 4:10
King 1:7 2:9,10
  2:12,13,15,19
  3:8 5:17,20,24
  6:4,6,14,19,25

**CITY 00726**

7:7,10,18,22
8:1,13,17,24
9:2,6,9,13,16
9:19,24 10:7
10:19,23
knees 4:16
know 4:7 5:9
9:25 10:2

**L**

L 1:18 12:3,18
laying 4:16
lean 4:15
leaving 5:5
left 5:4,13 7:16
8:18 10:2,5,11
leg 5:2 8:9,16,18
9:21 10:1
legs 4:24 5:3
7:11,13 8:7,7
8:11
Lieutenant 2:3
2:11,14,20
5:15,18,22 6:1
6:5,12,15,22
7:5,8,17,20,23
8:10,14,21 9:1
9:3,7,10,14,17
9:20 10:4,13
10:16,20,24
Litigation 1:19
long 8:15
longer 8:20
looked 4:14 7:13
Louis 1:1,21

**M**

making 8:22
man's 9:25
media 1:11
mentioned 4:5
METROPOL...
1:1
midair 6:10
Midwest 1:19
Millikan 2:8,8

3:1 10:15
misinterpreted
1:12
Missouri 1:21
12:2,4
moments 4:3
morning 2:5

**N**

N 2:1,1
name 2:2 5:24
6:2
narcotic 6:21
neck 4:1 7:3
need 3:3
needed 5:10
8:20
neither 12:9
never 9:24,24
Nicholas 3:16
4:6,10,15,23
5:4 6:4 7:19
noises 8:23 9:2
North 1:20
NOTARY 12:1
NUMBER 1:3

**O**

O 2:1
observe 7:24 9:8
9:10
observed 3:15
3:22 4:10,14
6:6,25 8:1 9:4
obstruct 9:12,18
October 1:9 2:4
offhand 5:25
office 2:6
officer 2:9,9,12
2:13,15,19 3:8
3:9,10,15,22
4:5,14,21 5:1
5:13,16,17,20
5:24 6:4,6,14
6:19,25 7:7,10
7:12,18,22 8:1

8:13,17,24 9:2
9:6,9,13,16,19
9:24 10:7,11
10:19,23
officers 4:8 6:24
7:6,25 8:2,19
9:4,8,11
Oh 6:14
Okay 2:14,20
5:18,22 6:1,12
6:15,22 7:5,8
7:23,23 8:10
8:14,21 9:1,20
10:4,13,24
Once 10:1
opportunity 3:2
outcome 12:13

**P**

P 2:1
paperwork
10:12
parties 12:10,12
Patrol 2:17 5:7
Paul 5:2 8:8
perceive 6:16
person 5:23 6:18
ph 3:10
placed 5:2 8:16
9:21
placing 6:25
point 3:1,18 4:1
4:20,24 5:9
6:19,23 8:19
police 1:1 2:6,9
portions 1:11
PPO 3:10 5:17
7:9
present 1:13
pretty 8:4
prevent 4:12 8:7
prisoner 4:21
7:12,15,16
10:12
probably 2:25

probationary
3:15,21 4:13
4:21 5:13,16
7:12 10:11
proceeded 3:25
prompted 6:23
psychological
3:19 5:11 6:20
PUBLIC 12:1
put 4:10 8:9
p.m 2:16

**Q**

quality 1:11
questions 2:25
3:2

**R**

R 2:1,1
radio 10:9
reaching 3:17
6:7,8
recall 2:21 5:24
8:3
record 12:8
recorded 1:6,11
recording 1:13
1:17
related 12:9
relative 12:10
relay 2:24 3:7
remain 7:12
8:15
remember 2:24
3:7
requested 5:6
10:10
Richard 3:10
5:17
right 7:17 9:3,7
10:25
Roger 2:3
Ronald 4:4,17
4:22
room 2:7

**S**

S 2:1
saw 9:25
saying 8:22,24
seconds 5:1
seen 7:13
sent 5:7
Sergeant 2:2 4:3
4:5,15 5:5 8:2
Services 1:19
seventh 2:5
shackles 5:2 8:9
8:16,18 9:21
10:1
sheet 3:11
Sherri 1:18 12:3
12:18
shirt 3:24
St 1:1,21
standing 3:13
6:7
starting 2:22
State 12:2,4
stay 4:21
Street 1:20
strike 9:8,14
subject 5:21
sure 3:23

**T**

T 2:1,1
take 3:22
talk 2:15
talking 2:18
tape 12:4
tell 2:21 6:17
testimony 12:5,8
thing 8:1
things 3:1,3 6:8
think 3:3 6:2,17
10:17,19
thought 3:24
6:19
time 1:13 2:6 3:3
3:23 4:9,14

**CITY 00727**

Today 2:4
told 5:11
top 3:17,25 4:15
training 3:9,9
transcribed 1:12
  1:17 12:7
transcriber 1:12
transcript 1:12
  1:14 12:6,7
transcription
  12:5
tried 8:7
try 2:23
trying 3:17 4:2
  6:7,11 7:2,3,4
  8:4
type 6:21

**U**

unable 1:12
understood 3:6
Unit 1:1 2:4
unusual 6:13

**V**

verbatim 1:14

**W**

Wactor 5:2 8:8
walked 10:7
want 7:15
wanting 4:11
warrants 3:12
  5:21
wasn't 3:18,23
  4:11 6:9
watching 3:14
  3:21,22
way 9:11,18,18
went 4:5,21,22
  7:10,24 8:18
weren't 6:8
We're 2:5
wildly 8:6
wish 10:21
witness 12:5,8

words 1:12
working 4:13
wrap 3:25
wrapped 3:24
  7:2
wrapping 7:1

**Y**

yelling 4:17

**1**

10:15 1:10
15-062114 1:3
17 1:9
17th 2:4

**2**

2015 1:9

**3**

3 2:13
314 1:22
3786 2:3

**6**

6:15 2:16
63101 1:21
644-2191 1:22
6636 2:10

**7**

711 1:20

**8**

8th 2:16

CITY 00728



COURT REPORTING
& VIDEO

ORIGINAL

## ST. LOUIS METROPOLITAN POLICE DEPARTMENT
## FORCE INVESTIGATION UNIT

IN RE:
COMPLAINT NUMBER: 15-062114

AUDIO TRANSCRIPTION OF
RECORDED INTERVIEW OF
ERICH VONNIDA

DECEMBER 9, 2015

NATIONWIDE SCHEDULING

**OFFICES**
MISSOURI Springfield Jefferson City Kansas City Columbia Rolla Cape Girardeau
KANSAS Overland Park ILLINOIS Springfield Champaign

HEADQUARTERS: 711 North Eleventh Street, ST. Louis, Missouri 63101
**800.280.3376**
www.midwestlitigation.com

CITY 00729

```
1        ST. LOUIS METROPOLITAN POLICE DEPARTMENT
                   FORCE INVESTIGATION UNIT
2
      IN RE:
3     COMPLAINT NUMBER:  15-062114

4

5                    RECORDED INTERVIEW OF

6

7                      ERICH VONNIDA

8

9                    DECEMBER 9, 2015

10

11                     12:47 A.M.

12

13
      Due to the quality of the recorded media, portions were
14    unable to be transcribed.  The transcript may also

15    include misinterpreted words.  The transcriber was not
      present at the time of the recording; therefore, this
16    transcript should not be considered verbatim.

17

18    AUDIO RECORDING WAS TRANSCRIBED BY:

19    Sherri L. Jolley

20    Midwest Litigation Services

21    711 North Eleventh Street

22    St. Louis, Missouri 63101

23    (314) 644-2191

24

25
```

CITY 00730

```
 1                    T R A N S C R I P T I O N

 2                    LIEUTENANT ENGELHARDT:  I'm Lieutenant

 3    Roger Engelhardt, DSN 3786, assigned to the Force

 4    Investigation Unit.  We are on the seventh floor of

 5    police headquarters.  It is December 9th.  It is about

 6        a.m.  At this time I'd like everybody else in the

 7    room to identify themselves.

 8                    MR. BRUNTRAGER:  Neil Bruntrager,

 9    attorney.

10                    MR. TOWEY:  Jim Towey, lawyer.

11                    OFFICER VONNIDA:  Police Officer Erich

12    Vonnida, DSN 8031, assigned to the Third District.

13                    LIEUTENANT ENGELHARDT:  Okay.  I'd

14    like to talk to you about an incident which occurred

15    yesterday in the Central Patrol hold-over involving a

16    person by the name of Nicholas Gilbert.  Are you familiar

17    with that incident?

18                    OFFICER VONNIDA:  Yes, I am.

19                    LIEUTENANT ENGELHARDT:  At this time,

20    I'd like you to tell me what you remember about that

21    incident, starting in the beginning.  And I'll try not

22    to interrupt you.  No one else will.  We'll probably have

23    some questions for you when you're done.

24                    OFFICER VONNIDA:  Okay.

25                    LIEUTENANT ENGELHARDT:  So with that in
```

12:4?

CITY 00731

1     mind, go ahead and begin.

2                    OFFICER VONNIDA:  Shortly after roll

3     call, I was walking through the main corridor of the

4     Central Patrol station when the clerk put out over the

5     overhead intercom that there was an officer that needed

6     assistance in the hold-over.  I started walking back

7     towards the hold-over, along with Officer Mack and

8     Officer Opal.  As we were entering the hold-over area,

9     Officer Stuckey was walking out.  He said, "Hey, some

10    guys need help back there."  We walked back into the

11    hold-over, secured our firearms in the lockers, and

12    responded back to the cell area.

13                   When I got back to the cell area, the

14    suspect was laying in the cell.  He was handcuffed and

15    had leg shackles on.  Officer Wactor, Sergeant Bergmann,

16    and Officer Cognasso were attempting to restrain him.  He

17    had blood on his forehead from a -- it looked like a

18    laceration on his head.  He was kind of thrashing around,

19    kicking about at the officers, was wriggling.  The

20    officers were trying to, you know, order him to calm down,

21    relax, things of that nature.

22                   Officer Mack and I both put on gloves

23    because of the blood.  I handed gloves to a few more

24    officers.  Then we just went about trying to restrain

25    him.  When we first -- when I first came into the cell,

CITY 00732

1    he had his head -- you know, he was kind of like laying

2    on the concrete bench, and we moved him down to the floor

3    area, as he continued to thrash about, afraid that he was

4    going to strike his head again.

5              As we laid him down on the ground,

6    Officer Wactor stepped out and Sergeant Bergmann stepped

7    out. I stepped in and kind of held his side in place.

8    We had him -- initially, he was laying not necessarily

9    fully on his stomach, but more so face-down. And then

10   after he stopped thrashing and kicking and shouting, we

11   turned him onto his left side, with his right side in the

12   air. So I held him kind of on the ground by his right

13   arm, which was skyward. Like I said, he was initially

14   very combative.

15             Once we got him on his side, he kind of

16   stopped. He was moaning, wasn't really saying anything

17   of value. You couldn't really make out what he was

18   saying. After a couple of minutes, it appeared that he'd

19   stopped breathing. Officer Wactor gave him a sternum

20   rub, and then he breathed out, so it appeared that he was

21   like holding his breath. He did that two or three times.

22             And then after he did that, another

23   couple minutes passed. And that's when it appeared that

24   he began to agonally breathe, kind of gasping for air,

25   kind of gurgling sound. At that time, we -- Officer Mack

CITY 00733

1   felt for a pulse several times; was able to establish that

2   he had a pulse, but said it seemed rather faint.  We were

3   unable to tell at that time if he continued to -- was

4   unable to tell if he was still breathing or not.  So at

5   that time we took the handcuffs off of him, laid him out,

6   and began CPR.

7               LIEUTENANT ENGELHARDT:  That's it?

8               OFFICER VONNIDA:  As Wactor and Mack

9   were giving CPR, I ran and got the AED from the front desk

10  area, responded back to the cell with the AED and set it

11  up.  That's it.

12              LIEUTENANT ENGELHARDT:  Okay.  So you

13  were in the hold-over when this thing began?

14              OFFICER VONNIDA:  Not when the initial

15  scene -- only when asked for the officer in need of aid

16  -- or the officer needs assistance.

17              LIEUTENANT ENGELHARDT:  Where were you?

18              OFFICER VONNIDA:  I was in the -- or in

19  the station.

20              LIEUTENANT ENGELHARDT:  In the station?

21              OFFICER VONNIDA:  Yeah, in the main --

22  by the back desk area, basically, when she put on the

23  overhead that an officer needed assistance.

24              LIEUTENANT ENGELHARDT:  Okay.  And so

25  when you went back there, what was the first thing you

CITY 00734

1  saw?

2               OFFICER VONNIDA:  When I got back to the

3  actual cell area, I saw the subject was in handcuffs,

4  thrashing about, yelling, screaming at the officers,

5  trying to kick them.

6               LIEUTENANT ENGELHARDT:  All right.

7  Did -- was he -- was there any other restraints on him?

8               OFFICER VONNIDA:  He was in handcuffs

9  and leg shackles.

10              LIEUTENANT ENGELHARDT:  Okay.  And so

11 what actions did you take then?

12              OFFICER VONNIDA:  I just kind of -- I

13 mean, I -- such tight quarters, I just kind of stood there

14 and observed while they were trying to restrain him.

15 There was really nowhere to maneuver to get in there to

16 help them, trying to restrain him at that point.

17              LIEUTENANT ENGELHARDT:  Okay.  And so

18 you were more or less an observer?

19              OFFICER VONNIDA:  Yes.

20              LIEUTENANT ENGELHARDT:  Okay.  And at

21 some point did those officers get him under control?

22              OFFICER VONNIDA:  Yes.

23              LIEUTENANT ENGELHARDT:  Okay.  And

24 what happened after that?

25              OFFICER VONNIDA:  After they got him

CITY 00735

1   under control, that's when I stepped in and grabbed his

2   arm to restrain him -- to continue to restrain him while

3   we waited for EMS to arrive.

4           LIEUTENANT ENGELHARDT:  So he was still

5   -- he was still resisting and -- or he was still flailing?

6   Or what was he doing?  Why did you have to grab him?

7           OFFICER VONNIDA:  He was laying down, so

8   we were just kind of controlling him -- had him laid on

9   his side.  We just kind of had our hands on him,

10  controlling him.  We weren't like forcing him down into

11  the ground or anything like that.

12          LIEUTENANT ENGELHARDT:  All right.

13          OFFICER VONNIDA:  We were just holding

14  onto him in case he started flailing and kicking about

15  again.

16          LIEUTENANT ENGELHARDT:  All right.  So

17  he had stopped?

18          OFFICER VONNIDA:  Yes.

19          LIEUTENANT ENGELHARDT:  He had stopped.

20  So you place his -- your hands on him in case he started

21  again?

22          OFFICER VONNIDA:  Correct.

23          LIEUTENANT ENGELHARDT:  All right.

24  And at that time, you noticed or somebody noticed that

25  he wasn't breathing properly?

CITY 00736

1    OFFICER VONNIDA:  After -- well, like I

2  said, while we were waiting for EMS, he kept -- he would

3  mumble and then quit talking.  So with that, we -- you

4  know -- so I don't know who it was.  Somebody mentioned,

5  "Is he still breathing?"  And then after like five or six

6  -- five or ten seconds he would breathe out again.  Like,

7  it appeared like he was purposely trying to hold his

8  breath to make it look like he was not breathing.

9    LIEUTENANT ENGELHARDT:  Okay.  And did

10  you associate that with any type of condition?

11    OFFICER VONNIDA:  At the time, no.  I

12  thought he was --

13    LIEUTENANT ENGELHARDT:  Okay.  And so

14  how long after he stopped thrashing or flailing did you

15  notice that he was having a difficult time breathing?

16    OFFICER VONNIDA:  A matter of minutes;

17  four to five minutes, maybe.

18    LIEUTENANT ENGELHARDT:  Okay.  And how

19  long after -- and so you said he was holding his breath

20  or -- what was he doing?  How would you describe that

21  again?

22    OFFICER VONNIDA:  It appeared that he

23  was taking a deep breath and then breathing it out as

24  though he was trying to make it appear that -- initially

25  that he wasn't breathing.

CITY 00737

1       LIEUTENANT ENGELHARDT:  Okay.  Okay.

2   So --

3       OFFICER VONNIDA:  Typical with agonal

4   breathing.

5       LIEUTENANT ENGELHARDT:  Okay.  Okay.

6   And so what happened next?  How did -- how did you react

7   to this -- what did you call that?

8       OFFICER VONNIDA:  Agonal breathing.

9       LIEUTENANT ENGELHARDT:  How did you --

10  what did you do -- what actions did you take and what

11  actions did other officers take?

12      OFFICER VONNIDA:  Once we determined

13  that he was having difficulty breathing, that's when we

14  rendered first aid.

15      LIEUTENANT ENGELHARDT:  Okay.  And

16  when you say rendered first aid, that took the form of

17  what?

18      OFFICER VONNIDA:  We began CPR.

19      LIEUTENANT ENGELHARDT:  Okay.  And was

20  he handcuffed while you were doing CPR?

21      OFFICER VONNIDA:  No.

22      LIEUTENANT ENGELHARDT:  Okay.  So did

23  you un-handcuff him or did somebody un-handcuff him?

24      OFFICER VONNIDA:  I un-handcuffed him.

25      LIEUTENANT ENGELHARDT:  Okay.  And so

CITY 00738

1  you're performing CPR.  How long was CPR rendered to this

2  person?

3           OFFICER VONNIDA:  I believe they gave

4  CPR for approximately two minutes.  That's -- at that

5  time is when I -- when -- after they first started CPR,

6  I ran out and grabbed the AED.

7           LIEUTENANT ENGELHARDT:  Okay.

8           OFFICER VONNIDA:  And then once I

9  grabbed the AED from the front desk area, I responded back

10  to the cell and opened it up and took the components out

11  for Officer Wactor to place the pads on him.

12           LIEUTENANT ENGELHARDT:  So they were

13  still performing CPR then?

14           OFFICER VONNIDA:  Correct.

15           LIEUTENANT ENGELHARDT:  Okay.  And how

16  long did they perform CPR and render aid to him?

17           OFFICER VONNIDA:  I'm not sure of the

18  exact time, but it was probably five minutes, at least.

19           LIEUTENANT ENGELHARDT:  Okay.  What

20  event finally -- why did they stop?

21           OFFICER VONNIDA:  The fire department

22  arrived.

23           LIEUTENANT ENGELHARDT:  Okay.  Do you

24  guys have anything?

25           MR. BRUNTRAGER:  No.

**CITY 00739**

1        MR. TOWEY:  No.  Again, it was

2    succinct.  It was excellent.

3        LIEUTENANT ENGELHARDT:  Do you have

4    anything to clarify?

5        OFFICER VONNIDA:  No.

6        LIEUTENANT ENGELHARDT:  It's 12:55 a.m.

7        (WHEREIN, the interview was concluded.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**CITY 00740**

1    CERTIFICATE OF NOTARY PUBLIC

2         STATE OF MISSOURI

3              I, Sherri L. Jolley, within and for

4    the State of Missouri, do hereby certify that the tape

5    transcription in the witness whose testimony appears in

6    the foregoing transcript in the caption hereof and

7    thereafter transcribed by me; that said transcript is a

8    record of the testimony given by said witness; that I am

9    neither counsel for, related to, nor employed by any

10   parties to the action; and further that I am not a relative

11   or employee of any counsel or attorney employee of any

12   counsel or attorney employed by the parties hereto, nor

13   financially or otherwise interested in the outcome of the

14   action.

15

16

17

18

19              Sherri L. Jolley

20

21

CITY 00741

**A**
able 5:1
action 12:10,14
actions 6:11
  9:10,11
actual 6:3
AED 5:9,10 10:6
  10:9
afraid 4:3
agonal 9:3,8
agonally 4:24
ahead 3:1
aid 5:15 9:14,16
  10:16
air 4:12,24
appear 8:24
appeared 4:18
  4:20,23 8:7,22
appears 12:5
approximately
  10:4
area 3:8,12,13
  4:3 5:10,22 6:3
  10:9
arm 4:13 7:2
arrive 7:3
arrived 10:22
asked 5:15
assigned 2:3,12
assistance 3:6
  5:16,23
associate 8:10
attempting 3:16
attorney 2:9
  12:11,12
AUDIO 1:18
a.m 1:11 2:6
  11:6

**B**
back 3:6,10,10
  3:12,13 5:10
  5:22,25 6:2
  10:9
basically 5:22

began 4:24 5:6
  5:13 9:18
beginning 2:21
believe 10:3
bench 4:2
Bergmann 3:15
  4:6
blood 3:17,23
breath 4:21 8:8
  8:19,23
breathe 4:24 8:6
breathed 4:20
breathing 4:19
  5:4 7:25 8:5,8
  8:15,23,25 9:4
  9:8,13
Bruntrager 2:8
  2:8 10:25

**C**
C 2:1
call 3:3 9:7
calm 3:20
caption 12:6
case 7:14,20
cell 3:12,13,14
  3:25 5:10 6:3
  10:10
Central 2:15 3:4
CERTIFICA...
  12:1
certify 12:4
clarify 11:4
clerk 3:4
Cognasso 3:16
combative 4:14
COMPLAINT
  1:3
components
  10:10
concluded 11:7
concrete 4:2
condition 8:10
considered 1:16
continue 7:2

continued 4:3
  5:3
control 6:21 7:1
controlling 7:8
  7:10
Correct 7:22
  10:14
corridor 3:3
counsel 12:9,11
  12:12
couple 4:18,23
CPR 5:6,9 9:18
  9:20 10:1,1,4,5
  10:13,16

**D**
December 1:9
  2:5
deep 8:23
department 1:1
  10:21
describe 8:20
desk 5:9,22 10:9
determined 9:12
difficult 8:15
difficulty 9:13
District 2:12
doing 7:6 8:20
  9:20
DSN 2:3,12
Due 1:13

**E**
Eleventh 1:21
employed 12:9
  12:12
employee 12:11
  12:11
EMS 7:3 8:2
Engelhardt 2:2
  2:3,13,19,25
  5:7,12,17,20
  5:24 6:6,10,17
  6:20,23 7:4,12
  7:16,19,23 8:9
  8:13,18 9:1,5,9

9:15,19,22,25
  10:7,12,15,19
  10:23 11:3,6
entering 3:8
Erich 1:7 2:11
establish 5:1
event 10:20
everybody 2:6
exact 10:18
excellent 11:2

**F**
face-down 4:9
faint 5:2
familiar 2:16
felt 5:1
finally 10:20
financially
  12:13
fire 10:21
firearms 3:11
first 3:25,25
  5:25 9:14,16
  10:5
five 8:5,6,17
  10:18
flailing 7:5,14
  8:14
floor 2:4 4:2
Force 1:1 2:3
forcing 7:10
foregoing 12:6
forehead 3:17
form 9:16
four 8:17
front 5:9 10:9
fully 4:9
further 12:10

**G**
gasping 4:24
Gilbert 2:16
given 12:8
giving 5:9
gloves 3:22,23
go 3:1

going 4:4
grab 7:6
grabbed 7:1
  10:6,9
ground 4:5,12
  7:11
gurgling 4:25
guys 3:10 10:24

**H**
handcuffed 3:14
  9:20
handcuffs 5:5
  6:3,8
handed 3:23
hands 7:9,20
happened 6:24
  9:6
head 3:18 4:1,4
headquarters
  2:5
held 4:7,12
help 3:10 6:16
hereof 12:6
hereto 12:12
Hey 3:9
hold 8:7
holding 4:21
  7:13 8:19
hold-over 2:15
  3:6,7,8,11 5:13

**I**
identify 2:7
incident 2:14,17
  2:21
include 1:15
initial 5:14
initially 4:8,13
  8:24
intercom 3:5
interested 12:13
interrupt 2:22
interview 1:5
  11:7
Investigation

CITY 00742

1:1 2:4
involving 2:15

**J**

Jim 2:10
Jolley 1:19 12:3
12:19

**K**

kept 8:2
kick 6:5
kicking 3:19
4:10 7:14
kind 3:18 4:1,7
4:12,15,24,25
6:12,13 7:8,9
know 3:20 4:1
8:4,4

**L**

L 1:19 12:3,19
laceration 3:18
laid 4:5 5:5 7:8
lawyer 2:10
laying 3:14 4:1,8
7:7
left 4:11
leg 3:15 6:9
Lieutenant 2:2,2
2:13,19,25 5:7
5:12,17,20,24
6:6,10,17,20
6:23 7:4,12,16
7:19,23 8:9,13
8:18 9:1,5,9,15
9:19,22,25
10:7,12,15,19
10:23 11:3,6
Litigation 1:20
lockers 3:11
long 8:14,19
10:1,16
look 8:8
looked 3:17
Louis 1:1,22

**M**

Mack 3:7,22
4:25 5:8
main 3:3 5:21
maneuver 6:15
matter 8:16
mean 6:13
media 1:13
mentioned 8:4
METROPOL...
1:1
Midwest 1:20
mind 3:1
minutes 4:18,23
8:16,17 10:4
10:18
misinterpreted
1:15
Missouri 1:22
12:2,4
moaning 4:16
moved 4:2
mumble 8:3

**N**

N 2:1,1
name 2:16
nature 3:21
necessarily 4:8
need 3:10 5:15
needed 3:5 5:23
needs 5:16
Neil 2:8
neither 12:9
Nicholas 2:16
North 1:21
NOTARY 12:1
notice 8:15
noticed 7:24,24
NUMBER 1:3

**O**

O 2:1
observed 6:14
observer 6:18

occurred 2:14
officer 2:11,11
2:18,24 3:2,5,7
3:8,9,15,16,22
4:6,19,25 5:8
5:14,15,16,18
5:21,23 6:2,8
6:12,19,22,25
7:7,13,18,22
8:1,11,16,22
9:3,8,12,18,21
9:24 10:3,8,11
10:14,17,21
11:5
officers 3:19,20
3:24 6:4,21
9:11
Okay 2:13,24
5:12,24 6:10
6:17,20,23 8:9
8:13,18 9:1,1,5
9:5,15,19,22
9:25 10:7,15
10:19,23
once 4:15 9:12
10:8
Opal 3:8
opened 10:10
order 3:20
outcome 12:13
overhead 3:5
5:23

**P**

P 2:1
pads 10:11
parties 12:10,12
passed 4:23
Patrol 2:15 3:4
perform 10:16
performing 10:1
10:13
person 2:16 10:2
place 4:7 7:20
10:11

point 6:16,21
police 1:1 2:5,11
portions 1:13
present 1:15
probably 2:22
10:18
properly 7:25
PUBLIC 12:1
pulse 5:1,2
purposely 8:7
put 3:4,22 5:22

**Q**

quality 1:13
quarters 6:13
questions 2:23
quit 8:3

**R**

R 2:1,1
ran 5:9 10:6
react 9:6
really 4:16,17
6:15
record 12:8
recorded 1:5,13
recording 1:15
1:18
related 12:9
relative 12:10
relax 3:21
remember 2:20
render 10:16
rendered 9:14
9:16 10:1
resisting 7:5
responded 3:12
5:10 10:9
restrain 3:16,24
6:14,16 7:2,2
restraints 6:7
right 4:11,12 6:6
7:12,16,23
Roger 2:3
roll 3:2
room 2:7

rub 4:20

**S**

S 2:1
saw 6:1,3
saying 4:16,18
scene 5:15
screaming 6:4
seconds 8:6
secured 3:11
Sergeant 3:15
4:6
Services 1:20
set 5:10
seventh 2:4
shackles 3:15
6:9
Sherri 1:19 12:3
12:19
Shortly 3:2
shouting 4:10
side 4:7,11,11,15
7:9
six 8:5
skyward 4:13
somebody 7:24
8:4 9:23
sound 4:25
St 1:1,22
started 3:6 7:14
7:20 10:5
starting 2:21
State 12:2,4
station 3:4 5:19
5:20
stepped 4:6,6,7
7:1
sternum 4:19
stomach 4:9
stood 6:13
stop 10:20
stopped 4:10,16
4:19 7:17,19
8:14
Street 1:21

**CITY 00743**

strike 4:4
Stuckey 3:9
subject 6:3
succinct 11:2
sure 10:17
suspect 3:14

**T**

T 2:1,1
take 6:11 9:10
9:11
talk 2:14
talking 8:3
tape 12:4
tell 2:20 5:3,4
ten 8:6
testimony 12:5,8
thing 5:13,25
things 3:21
Third 2:12
thought 8:12
thrash 4:3
thrashing 3:18
4:10 6:4 8:14
three 4:21
tight 6:13
time 1:15 2:6,19
4:25 5:3,5 7:24
8:11,15 10:5
10:18
times 4:21 5:1
Towey 2:10,10
11:1
transcribed 1:14
1:18 12:7
transcriber 1:15
transcript 1:14
1:16 12:6,7
transcription
12:5
try 2:21
trying 3:20,24
6:5,14,16 8:7
8:24
turned 4:11

two 4:21 10:4
type 8:10
Typical 9:3

**U**

unable 1:14 5:3
5:4
Unit 1:1 2:4
un-handcuff
9:23,23
un-handcuffed
9:24

**V**

value 4:17
verbatim 1:16
Vonnida 1:7
2:11,12,18,24
3:2 5:8,14,18
5:21 6:2,8,12
6:19,22,25 7:7
7:13,18,22 8:1
8:11,16,22 9:3
9:8,12,18,21
9:24 10:3,8,14
10:17,21 11:5

**W**

Wactor 3:15 4:6
4:19 5:8 10:11
waited 7:3
waiting 8:2
walked 3:10
walking 3:3,6,9
wasn't 4:16 7:25
8:25
went 3:24 5:25
weren't 7:10
We'll 2:22
witness 12:5,8
words 1:15
wriggling 3:19

**Y**

Yeah 5:21
yelling 6:4

yesterday 2:15

**1**

12:47 1:11
12:55 11:6
15-062114 1:3

**2**

2015 1:9

**3**

314 1:23
3786 2:3

**6**

63101 1:22
644-2191 1:23

**7**

711 1:21

**8**

8031 2:12

**9**

9 1:9
9th 2:5

CITY 00744



ORIGINAL

## ST. LOUIS METROPOLITAN POLICE DEPARTMENT
## FORCE INVESTIGATION UNIT

IN RE:
COMPLAINT NUMBER: 15-062114

AUDIO TRANSCRIPTION OF
RECORDED INTERVIEW OF
KYLE MACK

DECEMBER 9, 2015

NATIONWIDE SCHEDULING

**OFFICES**
MISSOURI Springfield   Jefferson City   Kansas City   Columbia   Rolla   Cape Girardeau
KANSAS   Overland Park   ILLINOIS   Springfield   Champaign

HEADQUARTERS: 711 North Eleventh Street, ST. Louis, Missouri 63101
**800.280.3376**
www.midwestlitigation.com

**CITY 00745**

```
 1          ST. LOUIS METROPOLITAN POLICE DEPARTMENT
                 FORCE INVESTIGATION UNIT
 2
      IN RE:
 3    COMPLAINT NUMBER:  15-062114

 4

 5                  RECORDED INTERVIEW OF

 6

 7                      KYLE MACK

 8

 9                  DECEMBER 9, 2015

10

11                      12:35 A.M.

12

13

14    Due to the quality of the recorded media, portions were

15    unable to be transcribed.  The transcript may also

16    include misinterpreted words.  The transcriber was not

17    present at the time of the recording; therefore, this

18    transcript should not be considered verbatim.

19

20    AUDIO RECORDING WAS TRANSCRIBED BY:

21    Sherri L. Jolley

22    Midwest Litigation Services

23    711 North Eleventh Street

24    St. Louis, Missouri 63101

25    (314) 644-2191
```

CITY 00746

```
 1                T R A N S C R I P T I O N

 2                LIEUTENANT ENGELHARDT:  I'm Lieutenant

 3   Roger Engelhardt, DSN 3786 of the Force Investigation

 4   Unit.  We are on the seventh floor of police

 5   headquarters.  It is December 9th.  It is 12:35 a.m.  At

 6   this time I'd like everybody in the room to identify

 7   themselves.

 8                MR. TOWEY:  Jim Towey, attorney.

 9                MR. BRUNTRAGER:  Neil Bruntrager,

10   lawyer.

11                OFFICER MACK:  Police Officer Kyle

12   Mack, DSN 7986.

13                LIEUTENANT ENGELHARDT:  Where are you

14   assigned?

15                OFFICER MACK:  District 3.

16                LIEUTENANT ENGELHARDT:  Great.  Okay.

17   What I'd like to talk to you about is an incident which

18   occurred in the Central Patrol hold-over yesterday

19   involving a person by the name of Nicholas Gilbert.  Are

20   you familiar with that incident?

21                OFFICER MACK:  I am.

22                LIEUTENANT ENGELHARDT:  And at this

23   time I'd like you to tell me what you recall about that

24   incident, starting in the beginning, wherever you

25   consider the beginning to be.  And I'll try not to
```

CITY 00747

```
 1    interrupt you.  At the end I'll probably have some
 2    questions for you.  So with that in mind, go ahead and
 3    begin.
 4                 OFFICER MACK:  I was in the Central
 5    Patrol Division's report writing room when a broadcast
 6    went -- over the PA system was broadcast "assistance
 7    needed in the hold-over."  Obviously, thinking this was
 8    very suspicious I began to walk towards the hold-over,
 9    when I noticed Officer Joseph Stuckey in the hallway,
10    shouting "We need help back here."  I ran back into the
11    hold-over, where I noticed a large crowd was already
12    gathered in Cell Number 4.
13                 I went further to investigate and I
14    observed several officers around a subject on the bench
15    in the cell, attempting to restrain him.  I noticed that
16    he was handcuffed and he had leg shackles on, but he was
17    continuing to struggle against the officers involved.
18                 I briefly stopped to place my leather
19    gloves on as I noticed there was blood on the wall and
20    blood pooling around this individual's head.  I asked if
21    anybody needed my assistant.  Officer Degregorio
22    indicated that he needed me to take his place on the
23    suspect's upper left shoulder.  As he backed away I did
24    so, when another officer said, "We need to get this person
25    on the ground," because he was continuing to struggle on
```

CITY 00748

1    the bench, creating an unsafe situation there.

2              I assisted with moving the subject to the

3    ground, continued to hold him as he thrashed and pulled

4    against his restraints, attempting rise against officers

5    there.  Once the subject stopped resisting against the

6    officers, we rolled him onto his side.

7              As he was on his side, I noticed he was

8    having very erratic breathing, similar to agonal

9    breathing.  This happened at least three times over the

10   course of about 30 to 60 seconds.  Believing that this

11   subject was having some sort of medical problem, Sergeant

12   Bergmann requested EMS through the radio dispatch

13   channel.  While he was doing so, I attempted to feel for

14   a pulse on the subject's neck artery.  At the time I did

15   feel a pulse, but his breathing continued to be erratic

16   with signs of agonal breathing.

17             Realizing that he no longer was a threat,

18   Officer Wactor and I removed the handcuffs from the

19   suspect's hands in order to further evaluate him.  We

20   placed him on his back and we noticed that he was no longer

21   clearly breathing.  I then removed my glove in order to

22   feel for a pulse on his neck.  I felt a very faint pulse

23   there and no pulse on his wrist.  We informed Sergeant

24   Bergmann of this development, and he informed the medical

25   -- I'm sorry -- the medics of the increased dire

CITY 00749

1    situation.

2               After approximately 30 seconds, I felt

3    for the pulse again.  I realized that at the moment I

4    could not feel a pulse or it was a very minor pulse.

5    Officer Wactor requested an AED to be delivered.  While

6    that was -- while we were waiting for that to arrive,

7    Officer Wactor started chest compressions.  After

8    approximately 30 compressions, I took over, and I

9    continued chest compressions as Wactor attempted to use

10   the advanced emergency defibrillator that was delivered.

11              After doing so, Officer Wactor continued

12   to do emergency rescue breathing as I did chest

13   compressions, for approximately four to six minutes,

14   until emergency medical personnel arrived, at which point

15   I gave up the chest compressions to EMS and withdrew from

16   the scene.

17              LIEUTENANT ENGELHARDT:  Okay.  So

18   where were you at when you first became aware that there

19   was something going on in the hold-over?

20              OFFICER MACK:  I was in the main report

21   writing room at the Central Patrol Division.

22              LIEUTENANT ENGELHARDT:  Okay.  And

23   upon you first entered the hold-over area, what was the

24   first thing you observed?

25              OFFICER MACK:  A large mass of officers

CITY 00750

  
1    in the fourth holding cell.

2                    LIEUTENANT ENGELHARDT:  And what were

3    those officers doing?

4                    OFFICER MACK:  I could not see from that

5    exact angle, until I got closer.  Once I got through the

6    main hold-over door, I could see that they were still

7    struggling with an individual on the bench, who was

8    pulling against his restraints.

9                    LIEUTENANT ENGELHARDT:  Okay.  So he

10   was already in restraints.  Can you describe those

11   restraints?

12                   OFFICER MACK:  That is correct.  He had

13   a standard-issue pair of handcuffs on his arms and hands,

14   and then a pair of leg shackles on his legs.

15                   LIEUTENANT ENGELHARDT:  Okay.  And so

16   how was he resisting while he was in those restraints?

17                   OFFICER MACK:  He continued to attempt

18   to rise to his knees as the officers were telling him to

19   stop resisting and lie flat, attempting to at least gain

20   some sort of elevation in order to push against them.  He

21   continually thrashed his head back and forth, and

22   appeared to try to get his feet in front of him in order

23   to stand.

24                   LIEUTENANT ENGELHARDT:  Did you take

25   any actions yourself to try to control or get him to stop

CITY 00751

1  resisting?

2           OFFICER MACK:  After Officer Degregorio

3  needed assistance, I took his place at the front left

4  shoulder, but I did not press against him.  That was just

5  to stabilize him as he attempted to thrash about.

6           LIEUTENANT ENGELHARDT:  Okay.  So you

7  placed your hands on his shoulder?

8           OFFICER MACK:  Yes.  I placed my hands

9  on his front left shoulder.

10          LIEUTENANT ENGELHARDT:  Okay.  And how

11 were you controlling him by placing your hands on his left

12 front shoulder?

13          OFFICER MACK:  As he continued to thrash

14 his shoulders back and forth, all I did was hold his

15 shoulders more or less in a stable position so he could

16 not hit his head against the side of the bench.

17          LIEUTENANT ENGELHARDT:  Okay.  Was he

18 -- what position was he in?  Was he kneeling down?  Was

19 he lying down?  Or was he standing up?

20          OFFICER MACK:  At this point he was

21 prone, face-down.

22          LIEUTENANT ENGELHARDT:  He was -- okay.

23 So you were holding his shoulder against the ground?

24          OFFICER MACK:  Yes.

25          LIEUTENANT ENGELHARDT:  Or against the

CITY 00752

1   floor?

2                  OFFICER MACK:  Correct.

3                  LIEUTENANT ENGELHARDT:  Okay.  All

4   right.  And at some point he stops resisting or --

5                  OFFICER MACK:  Yes.

6                  LIEUTENANT ENGELHARDT:  -- kicking or

7   flailing or whatever you're describing?

8                  OFFICER MACK:  It was approximately 20

9   seconds after I took over Officer Degregorio's position

10  that he stopped flailing.

11                 LIEUTENANT ENGELHARDT:  Okay.  And

12  what -- do you have any -- so after he stopped flailing,

13  what did you do next?

14                 OFFICER MACK:  That's when we moved him

15  onto his side, to check his status due to the bleeding

16  coming from his head and to check his breathing.

17                 LIEUTENANT ENGELHARDT:  Okay.  And why

18  would you check his breathing?

19                 OFFICER MACK:  At that point he was

20  continuing to breath very peculiarly.  It was a series

21  -- three in total -- of rapid deep, deep breaths, similar

22  to what is commonly called agonal breathing.

23                 LIEUTENANT ENGELHARDT:  Okay.  And

24  you've mentioned agonal breathing several times --

25                 OFFICER MACK:  Yes.

CITY 00753

```
 1                    LIEUTENANT ENGELHARDT:  -- in this

 2    interview.  Could you define what agonal breathing means

 3    to you?

 4                    OFFICER MACK:  Yes.  From my CPR

 5    training, it is a medical condition in which the body is

 6    still trying to breathe, but no oxygen is actually being

 7    delivered from the lungs into the bloodstream.  So it has

 8    the appearance of breathing, but the person is more or

 9    less suffocating.

10                    LIEUTENANT ENGELHARDT:  And where did

11    you receive this training?

12                    OFFICER MACK:  I received this through

13    the police -- (indiscernible) police academy.

14                    LIEUTENANT ENGELHARDT:  Okay.  And you

15    mentioned it was CPR training.

16                    OFFICER MACK:  Correct.

17                    LIEUTENANT ENGELHARDT:  Okay.  And so

18    you received this training in the police -- St. Louis

19    Police Academy?

20                    OFFICER MACK:  I did.

21                    LIEUTENANT ENGELHARDT:  Or is that

22    since you've been --

23                    OFFICER MACK:  No.  That was in 2008,

24    when I went through the academy.

25                    LIEUTENANT ENGELHARDT:  Have you
```

**CITY 00754**

1  received any subsequent training in CPR or in rendering

2  aid to a injured prisoner?

3          OFFICER MACK:  I have responded to the

4  standard continuing education training offered by and

5  required by this department.

6          LIEUTENANT ENGELHARDT:  Okay.  All

7  right.  So at -- who -- who was rendering aid to him, once

8  you discovered that he was having this -- what did you

9  call that breathing?

10          OFFICER MACK:  Agonal breathing.  That

11  would be Officer Paul Wactor and myself.

12          LIEUTENANT ENGELHARDT:  Okay.  And so

13  how were you guys rendering -- how were Officer Wactor

14  and yourself, or whoever, rendering aid to this person?

15          OFFICER MACK:  Standard chest

16  compressions.  Initially, it was chest compressions

17  only.  There was a considerable amount of blood near his

18  mouth, so mouth-to-mouth was not used until we received

19  a valve -- breath mask valve.

20          LIEUTENANT ENGELHARDT:  Okay.  And how

21  long did you render this aid?

22          OFFICER MACK:  I cannot be exactly

23  certain about the time.  I would estimate from four to

24  six minutes.

25          LIEUTENANT ENGELHARDT:  Okay.  And why

CITY 00755

1   did you stop?

2            OFFICER MACK:  We stopped because EMS

3   personnel arrived.  And due to their training being more

4   advanced than mine, I let them take over my spot.

5            LIEUTENANT ENGELHARDT:  Okay.  Do you

6   guys have anything?

7            MR. TOWEY:  That might be the interview

8   I've ever heard.

9            MR. BRUNTRAGER:  Ditto.

10           LIEUTENANT ENGELHARDT:  Okay.  It is

11  12:44.

12           (WHEREIN, the interview was concluded.)

13

14

15

16

17

18

19

20

21

22

23

24

25

CITY 00756

1                    CERTIFICATE OF NOTARY PUBLIC

2                         STATE OF MISSOURI

3                    I, Sherri L. Jolley, within and for

4       the State of Missouri, do hereby certify that the tape

5       transcription in the witness whose testimony appears in

6       the foregoing transcript in the caption hereof and

7       thereafter transcribed by me; that said transcript is a

8       record of the testimony given by said witness; that I am

9       neither counsel for, related to, nor employed by any

10      parties to the action; and further that I am not a relative

11      or employee of any counsel or attorney employee of any

12      counsel or attorney employed by the parties hereto, nor

13      financially or otherwise interested in the outcome of the

14      action.

15

16

17                      *Sherri L. Jolley*

18      _____

19                      Sherri L. Jolley

20

CITY 00757

**A**

academy 9:13
9:19,24
action 12:10,14
actions 6:25
advanced 5:10
11:4
AED 5:5
agonal 4:8,16
8:22,24 9:2
10:10
ahead 3:2
aid 10:2,7,14,21
amount 10:17
angle 6:5
anybody 3:21
appearance 9:8
appeared 6:22
appears 12:5
approximately
5:2,8,13 8:8
area 5:23
arms 6:13
arrive 5:6
arrived 5:14
11:3
artery 4:14
asked 3:20
assigned 2:14
assistance 3:6
7:3
assistant 3:21
assisted 4:2
attempt 6:17
attempted 4:13
5:9 7:5
attempting 3:15
4:4 6:19
attorney 2:8
12:11,12
AUDIO 1:20
aware 5:18
a.m 1:11 2:5

**B**

back 3:10,10
4:20 6:21 7:14
backed 3:23
began 3:8
beginning 2:24
2:25
Believing 4:10
bench 3:14 4:1
6:7 7:16
Bergmann 4:12
4:24
bleeding 8:15
blood 3:19,20
10:17
bloodstream 9:7
body 9:5
breath 8:20
10:19
breathe 9:6
breathing 4:8,9
4:15,16,21
5:12 8:16,18
8:22,24 9:2,8
10:9,10
breaths 8:21
briefly 3:18
broadcast 3:5,6
Bruntrager 2:9
2:9 11:9

**C**

C 2:1
call 10:9
called 8:22
caption 12:6
cell 3:12,15 6:1
Central 2:18 3:4
5:21
certain 10:23
CERTIFICA...
12:1
certify 12:4
channel 4:13
check 8:15,16,18
chest 5:7,9,12,15

10:15,16
clearly 4:21
closer 6:5
coming 8:16
commonly 8:22
COMPLAINT
1:3
compressions
5:7,8,9,13,15
10:16,16
concluded 11:12
condition 9:5
consider 2:25
considerable
10:17
considered 1:18
continually 6:21
continued 4:3
4:15 5:9,11
6:17 7:13
continuing 3:17
3:25 8:20 10:4
control 6:25
controlling 7:11
correct 6:12 8:2
9:16
counsel 12:9,11
12:12
course 4:10
CPR 9:4,15 10:1
creating 4:1
crowd 3:11

**D**

December 1:9
2:5
deep 8:21,21
defibrillator
5:10
define 9:2
Degregorio 3:21
7:2
Degregorio's 8:9
delivered 5:5,10
9:7

department 1:1
10:5
describe 6:10
describing 8:7
development
4:24
dire 4:25
discovered 10:8
dispatch 4:12
District 2:15
Ditto 11:9
Division 5:21
Division's 3:5
doing 4:13 5:11
6:3
door 6:6
DSN 2:3,12
due 1:14 8:15
11:3

**E**

education 10:4
elevation 6:20
Eleventh 1:23
emergency 5:10
5:12,14
employed 12:9
12:12
employee 12:11
12:11
EMS 4:12 5:15
11:2
Engelhardt 2:2
2:3,13,16,22
5:17,22 6:2,9
6:15,24 7:6,10
7:17,22,25 8:3
8:6,11,17,23
9:1,10,14,17
9:21,25 10:6
10:12,20,25
11:5,10
entered 5:23
erratic 4:8,15
estimate 10:23

evaluate 4:19
everybody 2:6
exact 6:5
exactly 10:22

**F**

face-down 7:21
faint 4:22
familiar 2:20
feel 4:13,15,22
5:4
feet 6:22
felt 4:22 5:2
financially
12:13
first 5:18,23,24
flailing 8:7,10
8:12
flat 6:19
floor 2:4 8:1
Force 1:1 2:3
foregoing 12:6
forth 6:21 7:14
four 5:13 10:23
fourth 6:1
front 6:22 7:3,9
7:12
further 7:13
4:19 12:10

**G**

gain 6:19
gathered 3:12
Gilbert 2:19
given 12:8
glove 4:21
gloves 3:19
go 3:2
going 5:19
Great 2:16
ground 3:25 4:3
7:23
guys 10:13 11:6

**H**

hallway 3:9

CITY 00758

handcuffed 3:16
handcuffs 4:18
  6:13
hands 4:19 6:13
  7:7,8,11
happened 4:9
head 3:20 6:21
  7:16 8:16
headquarters
  2:5
heard 11:8
help 3:10
hereof 12:6
hereto 12:12
hit 7:16
hold 4:3 7:14
holding 6:1 7:23
hold-over 2:18
  3:7,8,11 5:19
  5:23 6:6

**I**

identify 2:6
incident 2:17,20
  2:24
include 1:16
increased 4:25
indicated 3:22
indiscernible
  9:13
individual 6:7
individual's
  3:20
informed 4:23
  4:24
Initially 10:16
injured 10:2
interested 12:13
interrupt 3:1
interview 1:5
  9:2 11:7,12
investigate 3:13
Investigation
  1:1 2:3
involved 3:17

involving 2:19

**J**

Jim 2:8
Jolley 1:21 12:3
  12:19
Joseph 3:9

**K**

kicking 8:6
kneeling 7:18
knees 6:18
Kyle 1:7 2:11

**L**

L 1:21 12:3,19
large 3:11 5:25
lawyer 2:10
leather 3:18
left 3:23 7:3,9,11
leg 3:16 6:14
legs 6:14
lie 6:19
Lieutenant 2:2,2
  2:13,16,22
  5:17,22 6:2,9
  6:15,24 7:6,10
  7:17,22,25 8:3
  8:6,11,17,23
  9:1,10,14,17
  9:21,25 10:6
  10:12,20,25
  11:5,10
Litigation 1:22
long 10:21
longer 4:17,20
Louis 1:1,24
  9:18
lungs 9:7
lying 7:19

**M**

Mack 1:7 2:11
  2:12,15,21 3:4
  5:20,25 6:4,12
  6:17 7:2,8,13

7:20,24 8:2,5,8
8:14,19,25 9:4
9:12,16,20,23
10:3,10,15,22
11:2
main 5:20 6:6
mask 10:19
mass 5:25
means 9:2
media 1:14
medical 4:11,24
  5:14 9:5
medics 4:25
mentioned 8:24
  9:15
METROPOL...
  1:1
Midwest 1:22
mind 3:2
mine 11:4
minor 5:4
minutes 5:13
  10:24
misinterpreted
  1:16
Missouri 1:24
  12:2,4
moment 5:3
mouth 10:18
mouth-to-mou...
  10:18
moved 8:14
moving 4:2

**N**

N 2:1,1
name 2:19
near 10:17
neck 4:14,22
need 3:10,24
needed 3:7,21
  3:22 7:3
Neil 2:9
neither 12:9
Nicholas 2:19

North 1:23
NOTARY 12:1
noticed 3:9,11
  3:15,19 4:7,20
Number 1:3
  3:12

**O**

O 2:1
observed 3:14
  5:24
Obviously 3:7
occurred 2:18
offered 10:4
officer 2:11,11
  2:15,21 3:4,9
  3:21,24 4:18
  5:5,7,11,20,25
  6:4,12,17 7:2,2
  7:8,13,20,24
  8:2,5,8,9,14,19
  8:25 9:4,12,16
  9:20,23 10:3
  10:10,11,13,15
  10:22 11:2
officers 3:14,17
  4:4,6 5:25 6:3
  6:18
okay 2:16 5:17
  5:22 6:9,15 7:6
  7:10,17,22 8:3
  8:11,17,23
  9:14,17 10:6
  10:12,20,25
  11:5,10
once 4:5 6:5
  10:7
order 4:19,21
  6:20,22
outcome 12:13
oxygen 9:6

**P**

P 2:1
PA 3:6
pair 6:13,14

parties 12:10,12
Patrol 2:18 3:5
  5:21
Paul 10:11
peculiarly 8:20
person 2:19 3:24
  9:8 10:14
personnel 5:14
  11:3
place 3:18,22
  7:3
placed 4:20 7:7
  7:8
placing 7:11
point 5:14 7:20
  8:4,19
police 1:1 2:4,11
  9:13,13,18,19
pooling 3:20
portions 1:14
position 7:15,18
  8:9
present 1:17
press 7:4
prisoner 10:2
probably 3:1
problem 4:11
prone 7:21
PUBLIC 12:1
pulled 4:3
pulling 6:8
pulse 4:14,15,22
  4:22,23 5:3,4,4
push 6:20

**Q**

quality 1:14
questions 3:2

**R**

R 2:1,1
radio 4:12
ran 3:10
rapid 8:21
realized 5:3
Realizing 4:17

**CITY 00759**

recall 2:23
receive 9:11
received 9:12,18
  10:1,18
record 12:8
recorded 1:5,14
recording 1:17
  1:20
related 12:9
relative 12:10
removed 4:18,21
render 10:21
rendering 10:1
  10:7,13,14
report 3:5 5:20
requested 4:12
  5:5
required 10:5
rescue 5:12
resisting 4:5
  6:16,19 7:1 8:4
responded 10:3
restrain 3:15
restraints 4:4
  6:8,10,11,16
right 8:4 10:7
rise 4:4 6:18
Roger 2:3
rolled 4:6
room 2:6 3:5
  5:21

**S**

S 2:1
scene 5:16
seconds 4:10 5:2
  8:9
see 6:4,6
Sergeant 4:11
  4:23
series 8:20
Services 1:22
seventh 2:4
shackles 3:16
  6:14

Sherri 1:21 12:3
  12:19
shoulder 3:23
  7:4,7,9,12,23
shoulders 7:14
  7:15
shouting 3:10
side 4:6,7 7:16
  8:15
signs 4:16
similar 4:8 8:21
situation 4:1 5:1
six 5:13 10:24
sorry 4:25
sort 4:11 6:20
spot 11:4
St 1:1,24 9:18
stabilize 7:5
stable 7:15
stand 6:23
standard 10:4
  10:15
standard-issue
  6:13
standing 7:19
started 5:7
starting 2:24
State 12:2,4
status 8:15
stop 6:19,25
  11:1
stopped 3:18 4:5
  8:10,12 11:2
stops 8:4
Street 1:23
struggle 3:17,25
struggling 6:7
Stuckey 3:9
subject 3:14 4:2
  4:5,11
subject's 4:14
subsequent 10:1
suffocating 9:9
suspect's 3:23
  4:19

suspicious 3:8
system 3:6

**T**

T 2:1,1
take 3:22 6:24
  11:4
talk 2:17
tape 12:4
tell 2:23
telling 6:18
testimony 12:5,8
thing 5:24
thinking 3:7
thrash 7:5,13
thrashed 4:3
  6:21
threat 4:17
three 4:9 8:21
time 1:17 2:6,23
  4:14 10:23
times 4:9 8:24
total 8:21
Towey 2:8,8
  11:7
training 9:5,11
  9:15,18 10:1,4
  11:3
transcribed 1:15
  1:20 12:7
transcriber 1:16
transcript 1:15
  1:18 12:6,7
transcription
  12:5
try 2:25 6:22,25
trying 9:6

**U**

unable 1:15
Unit 1:1 2:4
unsafe 4:1
upper 3:23
use 5:9

**V**

valve 10:19,19
verbatim 1:18

**W**

Wactor 4:18 5:5
  5:7,9,11 10:11
  10:13
waiting 5:6
walk 3:8
wall 3:19
went 3:6,13 9:24
withdrew 5:15
witness 12:5,8
words 1:16
wrist 4:23
writing 3:5 5:21

**Y**

yesterday 2:18

**1**

12:35 1:11 2:5
12:44 11:11
15-0621 14 1:3

**2**

20 8:8
2008 9:23
2015 1:9

**3**

3 2:15
30 4:10 5:2,8
314 1:25
3786 2:3

**4**

4 3:12

**6**

60 4:10
63101 1:24
644-2191 1:25

**7**

711 1:23
7986 2:12

**9**

9 1:9
9th 2:5

CITY 00760



ORIGINAL

## ST. LOUIS METROPOLITAN POLICE DEPARTMENT
## FORCE INVESTIGATION UNIT

IN RE:
COMPLAINT NUMBER: 15-062114

AUDIO TRANSCRIPTION OF
RECORDED INTERVIEW OF
ZACHARY OPAL

DECEMBER 9, 2015

NATIONWIDE SCHEDULING

**OFFICES**
MISSOURI Springfield Jefferson City Kansas City Columbia Rolla Cape Girardeau
KANSAS Overland Park ILLINOIS Springfield Champaign

HEADQUARTERS: 711 North Eleventh Street, ST. Louis, Missouri 63101
**800.280.3376**
www.midwestlitigation.com

**CITY 00761**

Page 1

1      ST. LOUIS METROPOLITAN POLICE DEPARTMENT
                FORCE INVESTIGATION UNIT
2
       IN RE:
3      COMPLAINT NUMBER:  15-062114

4

5

6
                    RECORDED INTERVIEW OF
7

8                      ZACHARY OPAL

9                    DECEMBER 9, 2015

10

11                      12:24 A.M.

12    Due to the quality of the recorded media, portions were

13    unable to be transcribed.  The transcript may also

14    include misinterpreted words.  The transcriber was not

15    present at the time of the recording; therefore, this

16    transcript should not be considered verbatim.

17

18

19    AUDIO RECORDING WAS TRANSCRIBED BY:

20    Sherri L. Jolley

21    Midwest Litigation Services

22    711 North Eleventh Street

23    St. Louis, Missouri 63101

24    (314) 644-2191

25

CITY 00762

```
 1                T R A N S C R I P T I O N

 2                LIEUTENANT ENGELHARDT:  I'm Lieutenant

 3   Engelhardt -- Roger Engehardt, DSN 3786.  I'm with the

 4   Force Investigation Unit.  We are on the seventh floor

 5   of police headquarters.  It is December 9th.  It is 12:24

 6   a.m.  At this time I'd like everybody else in the room

 7   to identify themselves.

 8                MR. TOWEY:  Jim Towey, attorney.

 9                MR. BRUNTRAGER:  Neil Bruntrager,

10   attorney.

11                OFFICER OPAL:  Zach Opal, police

12   officer.

13                LIEUTENANT ENGELHARDT:  Officer Opal,

14   what's your DSN?

15                OFFICER OPAL:  11017.

16                LIEUTENANT ENGELHARDT:  And where are

17   you currently assigned?

18                OFFICER OPAL:  District 3.

19                LIEUTENANT ENGELHARDT:  Okay.  I want

20   to talk to you about an incident which occurred yesterday

21   in the Central Patrol hold-over.  It involved a person

22   by the name of Nicholas Gilbert.  Are you familiar with

23   that incident?

24                OFFICER OPAL:  Yes, sir.

25                LIEUTENANT ENGELHARDT:  Okay.  I'd
```

CITY 00763

1    like you to tell me what you recall about an incident,

2    starting at the beginning. I won't interrupt you. When

3    you're done, I'll probably have some questions for you.

4    So with that in mind, go ahead and tell me what you recall.

5                OFFICER OPAL: I was in the report

6    writing room. Over the intercom a officer -- it was an

7    officer in need of aid. It was -- a assist officer came

8    out over the intercom. I responded to the hold-over. I

9    locked my firearm up. And then I went to the cell area.

10               Once I responded to the cell area, I

11   observed several officers restraining a subject.

12   Sergeant Bergmann was on the right side of him. And he

13   asked me to take control of the subject on the right side.

14   So he moved away and I took control of the subject on the

15   right side. I held the subject on his right side. He

16   was flailing, yelling. We held him -- or I held him on

17   -- I was controlling his right side.

18               And then when he stopped flailing and

19   yelling, we kind of backed off a little bit. And his

20   breathing was -- somebody noticed -- said something about

21   his breathing. After the resisting ceased, we kind of

22   -- we rolled him over on his side, and he was -- we thought

23   he was holding his breath. He (sound effects), you know.

24   And he let out -- you know, but he -- it appeared that

25   he was holding his breath.

CITY 00764

1              And we kept on asking him -- you know,

2     trying to talk to him.  He was only -- he was unresponsive

3     at that point.  He was already on his side.  I don't know

4     which officer un-cuffed him, and they started doing CPR.

5     An AED was retrieved and the AED was hooked up to him.

6     That's it.

7              LIEUTENANT ENGELHARDT:  Okay.  So you

8     weren't in the hold-over prior to this --

9              OFFICER OPAL:  No, sir.

10             LIEUTENANT ENGELHARDT:  -- when this

11    thing began?

12             OFFICER OPAL:  No, sir.

13             LIEUTENANT ENGELHARDT:  Right?  And at

14    some point somebody came and notified you there was

15    something going on in the hold-over?

16             OFFICER OPAL:  If I remember correctly,

17    I believe it was -- it came over the intercom that --

18    assistance needed in the hold-over.

19             LIEUTENANT ENGELHARDT:  Okay.  And so

20    you immediately went to the hold-over?

21             OFFICER OPAL:  Yes, sir.

22             LIEUTENANT ENGELHARDT:  All right.

23    And as soon as you entered the hold-over what did you see?

24             OFFICER OPAL:  I seen officers

25    restraining the subject.  He was in handcuffs.  He was

CITY 00765

1    flailing.  He was moving his legs, screaming, kind of

2    just rapidly moving his body.  And they were trying to,

3    you know,  hold him to where he, you know -- from what

4    I could see was he was, you know, attempting to hurt

5    himself, is why there -- you know, that's why they were

6    holding him like they were, you know, just kind of trying

7    to make sure he's not flailing and trying to hit anybody

8    or hurt himself.

9                    LIEUTENANT ENGELHARDT:  Okay.  And was

10   he handcuffed at that time, when you first saw him?

11                   OFFICER OPAL:  Yes, sir.

12                   LIEUTENANT ENGELHARDT:  Did he have leg

13   irons on at that time --

14                   OFFICER OPAL:  Yes, sir.

15                   LIEUTENANT ENGELHARDT:  -- when you

16   first saw him?  Was he saying anything?

17                   OFFICER OPAL:  I did hear -- he was --

18   the only thing I heard him say was something along the

19   lines of screaming about a disease.

20                   LIEUTENANT ENGELHARDT:  A disease?

21                   OFFICER OPAL:  Yes.

22                   LIEUTENANT ENGELHARDT:  He was

23   screaming about a disease?

24                   OFFICER OPAL:  Yes.  I don't know -- all

25   I heard was disease.  And, of course, there being blood

CITY 00766

1 everywhere, everybody was kind of, you know, hesitant,

2 you know. We didn't know what was going on. He just kept

3 screaming, you know, something about a disease, disease.

4 And then he kept on flailing his body.

5          LIEUTENANT ENGELHARDT: Okay. So he

6 was saying something and you think one of the words was

7 disease?

8          OFFICER OPAL: Yes, sir.

9          LIEUTENANT ENGELHARDT: Was he saying

10 other things that you could understand?

11          OFFICER OPAL: No. No, sir.

12          LIEUTENANT ENGELHARDT: He just kept

13 saying disease?

14          OFFICER OPAL: He only said it one --

15 something about a disease, is the only thing I heard him

16 say. He was --

17          LIEUTENANT ENGELHARDT: Okay. And you

18 said at some point you noticed something about his

19 breathing?

20          OFFICER OPAL: Somebody -- one of the

21 officers said something about his breathing, that -- you

22 know, because he would hold his breath. He was -- well,

23 we assumed he was holding his breath. And then at that

24 -- I mean, this is -- at this point, he's -- stopped

25 flailing. He was on his side. And that's when we

**CITY 00767**

1　absolutely noticed something was, you know, going on,

2　because he'd hold his breath and stop.  Well, then --

3　　　　　　　　　LIEUTENANT ENGELHARDT:  Okay.  And

4　then what happened?

5　　　　　　　　　OFFICER OPAL:  After him being on his

6　side and holding the breath -- or we assumed he was holding

7　his breath, we noticed that his breathing became shallow.

8　(indiscernible) checking his pulse, because he wasn't

9　responsive.  And at that point the other officers in the

10　cell un-handcuffed him.  And then Officer Wactor started

11　doing chest compressions.  And another officer retrieved

12　an AED, and they hooked that up to him.

13　　　　　　　　　LIEUTENANT ENGELHARDT:  Okay.  And so

14　can you associate when he -- when he stopped flailing,

15　when he stopped kicking to when somebody noticed that he

16　was -- he wasn't breathing properly?  Was it immediate

17　or was it -- or -- if you can kind of put that in some

18　kind of context for me.

19　　　　　　　　　OFFICER OPAL:  I would say it was

20　immediate.  I mean --

21　　　　　　　　　LIEUTENANT ENGELHARDT:  Okay.

22　　　　　　　　　OFFICER OPAL:  -- as soon as we noticed

23　he wasn't breathing properly.  I mean, he was already on

24　-- he stopped the -- he stopped the flailing, stopped the

25　resisting.  We moved him onto his side, you know, because

CITY 00768

```
1   we didn't -- and once he was on his side is when we, you
2   know -- he was still breathing, and that's when he started
3   -- you know, we started noticing --
4                   LIEUTENANT ENGELHARDT:  Okay.
5                   OFFICER OPAL:  -- the complications.
6                   LIEUTENANT ENGELHARDT:  So it was
7   rather sudden, then?
8                   OFFICER OPAL:  Yes, sir.
9                   LIEUTENANT ENGELHARDT:  Okay.  And
10  then somebody started giving him some kind of aid?
11                  OFFICER OPAL:  Yes, sir.  As soon as we
12  noticed that -- the handcuffs were taken off.  Officer
13  Wactor and Mack was doing first aid.  They were -- chest
14  compressions.
15                  LIEUTENANT ENGELHARDT:  Okay.  And how
16  long did they do that?
17                  OFFICER OPAL:  It seemed -- it seemed --
18  ten minutes.  I mean, it seemed like a long time.  I
19  really don't know, sir.
20                  LIEUTENANT ENGELHARDT:  Okay.  Was
21  there some kind of event or some kind of reason which
22  caused him to stop?
23                  OFFICER OPAL:  Only -- when they stopped
24  is when EMS resumed CPR.
25                  LIEUTENANT ENGELHARDT:  Okay.  So they
```

CITY 00769

1   were rendering him aid until EMS arrived?

2             OFFICER OPAL:  Yes, sir.

3             LIEUTENANT ENGELHARDT:  Okay.  That's

4   it.  Do you have anything?

5             MR. TOWEY:  (No verbal response).

6             LIEUTENANT ENGELHARDT:  It is 12:31.

7             (WHEREIN, the interview was concluded,)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CITY 00770

```
1                CERTIFICATE OF NOTARY PUBLIC

2                     STATE OF MISSOURI

3               I, Sherri L. Jolley, within and for

4    the State of Missouri, do hereby certify that the tape

5    transcription in the witness whose testimony appears in

6    the foregoing transcript in the caption hereof and

7    thereafter transcribed by me; that said transcript is a

8    record of the testimony given by said witness; that I am

9    neither counsel for, related to, nor employed by any

10   parties to the action; and further that I am not a relative

11   or employee of any counsel or attorney employee of any

12   counsel or attorney employed by the parties hereto, nor

13   financially or otherwise interested in the outcome of the

14   action.

15

16

17              Sherri L. Jolley

18              _____

19                   Sherri L. Jolley

20

21

22
```

CITY 00771

## A

absolutely 7:1
action 10:10,14
AED 4:5,5 7:12
ahead 3:4
aid 3:7 8:10,13
  9:1
anybody 5:7
appeared 3:24
appears 10:5
area 3:9,10
arrived 9:1
asked 3:13
asking 4:1
assigned 2:17
assist 3:7
assistance 4:18
associate 7:14
assumed 6:23
  7:6
attempting 5:4
attorney 2:8,10
  10:11,12
AUDIO 1:19
a.m 1:11 2:6

## B

backed 3:19
began 4:11
beginning 3:2
believe 4:17
Bergmann 3:12
bit 3:19
blood 5:25
body 5:2 6:4
breath 3:23,25
  6:22,23 7:2,6,7
breathing 3:20
  3:21 6:19,21
  7:7,16,23 8:2
Bruntrager 2:9
  2:9

## C

C 2:1

caption 10:6
caused 8:22
ceased 3:21
cell 3:9,10 7:10
Central 2:21
CERTIFICA...
  10:1
certify 10:4
checking 7:8
chest 7:11 8:13
COMPLAINT
  1:3
complications
  8:5
compressions
  7:11 8:14
concluded 9:7
considered 1:16
context 7:18
control 3:13,14
controlling 3:17
correctly 4:16
counsel 10:9,11
  10:12
course 5:25
CPR 4:4 8:24
currently 2:17

## D

December 1:9
  2:5
DEPARTME...
  1:1
disease 5:19,20
  5:23,25 6:3,3,7
  6:13,15
District 2:18
doing 4:4 7:11
  8:13
DSN 2:3,14
Due 1:12

## E

effects 3:23
Eleventh 1:22
employed 10:9

10:12
employee 10:11
  10:11
EMS 8:24 9:1
Engelhardt 2:3
Engelhardt 2:2
  2:3,13,16,19
  2:25 4:7,10,13
  4:19,22 5:9,12
  5:15,20,22 6:5
  6:9,12,17 7:3
  7:13,21 8:4,6,9
  8:15,20,25 9:3
  9:6
entered 4:23
event 8:21
everybody 2:6
  6:1

## F

familiar 2:22
financially
  10:13
firearm 3:9
first 5:10,16
  8:13
flailing 3:16,18
  5:1,7 6:4,25
  7:14,24
floor 2:4
Force 1:1 2:4
foregoing 10:6
further 10:10

## G

Gilbert 2:22
given 10:8
giving 8:10
go 3:4
going 4:15 6:2
  7:1

## H

handcuffed 5:10
handcuffs 4:25
  8:12

happened 7:4
headquarters
  2:5
hear 5:17
heard 5:18,25
  6:15
held 3:15,16,16
hereof 10:6
hereto 10:12
hesitant 6:1
hit 5:7
hold 5:3 6:22
  7:2
holding 3:23,25
  5:6 6:23 7:6,6
hold-over 2:21
  3:8 4:8,15,18
  4:20,23
hooked 4:5 7:12
hurt 5:4,8

## I

identify 2:7
immediate 7:16
  7:20
immediately
  4:20
incident 2:20,23
  3:1
include 1:14
indiscernible
  7:8
intercom 3:6,8
  4:17
interested 10:13
interrupt 3:2
interview 1:6
  9:7
Investigation
  1:1 2:4
involved 2:21
irons 5:13

## J

Jim 2:8
Jolley 1:20 10:3

10:19

## K

kept 4:1 6:2,4,12
kicking 7:15
kind 3:19,21 5:1
  5:6 6:1 7:17,18
  8:10,21,21
know 3:23,24
  4:1,3 5:3,3,4,5
  5:6,24 6:1,2,2
  6:3,22 7:1,25
  8:2,3,19

## L

L 1:20 10:3,19
leg 5:12
legs 5:1
Lieutenant 2:2,2
  2:13,16,19,25
  4:7,10,13,19
  4:22 5:9,12,15
  5:20,22 6:5,9
  6:12,17 7:3,13
  7:21 8:4,6,9,15
  8:20,25 9:3,6
lines 5:19
Litigation 1:21
little 3:19
locked 3:9
long 8:16,18
Louis 1:1,23

## M

Mack 8:13
mean 6:24 7:20
  7:23 8:18
media 1:12
METROPOL...
  1:1
Midwest 1:21
mind 3:4
minutes 8:18
misinterpreted
  1:14
Missouri 1:23

**CITY 00772**

10:2,4
moved 3:14 7:25
moving 5:1,2

**N**

N 2:1,1
name 2:22
need 3:7
needed 4:18
Neil 2:9
neither 10:9
Nicholas 2:22
North 1:22
NOTARY 10:1
noticed 3:20
  6:18 7:1,7,15
  7:22 8:12
noticing 8:3
notified 4:14
NUMBER 1:3

**O**

O 2:1
observed 3:11
occurred 2:20
officer 2:11,12
  2:13,15,18,24
  3:5,6,7,7 4:4,9
  4:12,16,21,24
  5:11,14,17,21
  5:24 6:8,11,14
  6:20 7:5,10,11
  7:19,22 8:5,8
  8:11,12,17,23
  9:2
officers 3:11
  4:24 6:21 7:9
Okay 2:19,25
  4:7,19 5:9 6:5
  6:17 7:3,13,21
  8:4,9,15,20,25
  9:3
once 3:10 8:1
Opal 1:8 2:11,11
  2:13,15,18,24
  3:5 4:9,12,16

4:21,24 5:11
5:14,17,21,24
6:8,11,14,20
7:5,19,22 8:5,8
8:11,17,23 9:2
outcome 10:13

**P**

P 2:1
parties 10:10,12
Patrol 2:21
person 2:21
point 4:3,14
  6:18,24 7:9
police 1:1 2:5,11
portions 1:12
present 1:15
prior 4:8
probably 3:3
properly 7:16
  7:23
PUBLIC 10:1
pulse 7:8
put 7:17

**Q**

quality 1:12
questions 3:3

**R**

R 2:1,1
rapidly 5:2
really 8:19
reason 8:21
recall 3:1,4
record 10:8
recorded 1:6,12
recording 1:15
  1:19
related 10:9
relative 10:10
remember 4:16
rendering 9:1
report 3:5
resisting 3:21
  7:25

responded 3:8
  3:10
response 9:5
responsive 7:9
restraining 3:11
  4:25
resumed 8:24
retrieved 4:5
  7:11
right 3:12,13,15
  3:15,17 4:13
  4:22
Roger 2:3
rolled 3:22
room 2:6 3:6

**S**

S 2:1
saw 5:10,16
saying 5:16 6:6
  6:9,13
screaming 5:1
  5:19,23 6:3
see 4:23 5:4
seen 4:24
Sergeant 3:12
Services 1:21
seventh 2:4
shallow 7:7
Sherri 1:20 10:3
  10:19
side 3:12,13,15
  3:15,17,22 4:3
  6:25 7:6,25 8:1
sir 2:24 4:9,12
  4:21 5:11,14
  6:8,11 8:8,11
  8:19 9:2
somebody 3:20
  4:14 6:20 7:15
  8:10
soon 4:23 7:22
  8:11
sound 3:23
St 1:1,23

started 4:4 7:10
  8:2,3,10
starting 3:2
State 10:2,4
stop 7:2 8:22
stopped 3:18
  6:24 7:14,15
  7:24,24,24
  8:23
Street 1:22
subject 3:11,13
  3:14,15 4:25
sudden 8:7
sure 5:7

**T**

T 2:1,1
take 3:13
taken 8:12
talk 2:20 4:2
tape 10:4
tell 3:1,4
ten 8:18
testimony 10:5,8
thing 4:11 5:18
  6:15
things 6:10
think 6:6
thought 3:22
time 1:15 2:6
  5:10,13 8:18
Towey 2:8,8 9:5
transcribed 1:13
  1:19 10:7
transcriber 1:14
transcript 1:13
  1:16 10:6,7
transcription
  10:5
trying 4:2 5:2,6
  5:7

**U**

unable 1:13
understand 6:10
Unit 1:1 2:4

unresponsive
  4:2
un-cuffed 4:4
un-handcuffed
  7:10

**V**

verbal 9:5
verbatim 1:16

**W**

Wactor 7:10
  8:13
want 2:19
wasn't 7:8,16,23
went 3:9 4:20
weren't 4:8
witness 10:5,8
words 1:14 6:6
writing 3:6

**Y**

yelling 3:16,19
yesterday 2:20

**Z**

Zach 2:11
ZACHARY 1:8

**1**

11017 2:15
12:24 1:11 2:5
12:31 9:6
15-062114 1:3

**2**

2015 1:9

**3**

3 2:18
314 1:24
3786 2:3

**6**

63101 1:23
644-2191 1:24

CITY 00773

| 7 | | | | |
|---|---|---|---|---|
| **711** 1:22 | | | | |

| 9 | | | | |
|---|---|---|---|---|
| **9** 1:9 | | | | |
| **9th** 2:5 | | | | |

CITY 00774



# ORIGINAL

## ST. LOUIS METROPOLITAN POLICE DEPARTMENT
## FORCE INVESTIGATION UNIT

### IN RE:
### COMPLAINT NUMBER: 15-062114

### AUDIO TRANSCRIPTION OF
### RECORDED INTERVIEW OF
### MICHAEL COGNASSO

### DECEMBER 9, 2015

NATIONWIDE SCHEDULING

**OFFICES**

MISSOURI Springfield  Jefferson City  Kansas City  Columbia  Rolla  Cape Girardeau
KANSAS  Overland Park  ILLINOIS  Springfield  Champaign

HEADQUARTERS: 711 North Eleventh Street, ST. Louis, Missouri 63101
**800.280.3376**
www.midwestlitigation.com

CITY 00775

Page 1

1          ST. LOUIS METROPOLITAN POLICE DEPARTMENT
                  FORCE INVESTIGATION UNIT
2
     IN RE:
3    COMPLAINT NUMBER:  15-062114

4

5

6               RECORDED INTERVIEW OF

7

8               MICHAEL COGNASSO

9

10              DECEMBER 9, 2015

11

12                  12:14 A.M.

13

14   Due to the quality of the recorded media, portions were

15   unable to be transcribed.  The transcript may also

16   include misinterpreted words.  The transcriber was not

17   present at the time of the recording; therefore, this

18   transcript should not be considered verbatim.

19

20   AUDIO RECORDING WAS TRANSCRIBED BY:

21   Sherri L. Jolley

22   Midwest Litigation Services

23   711 North Eleventh Street

24   St. Louis, Missouri 63101

25   (314) 644-2191

CITY 00776

1           T R A N S C R I P T I O N

2               LIEUTENANT ENGELHARDT:  I'm Lieutenant

3  Roger Engelhardt, St. Louis Police Department, DSN 3786.

4  We're on the seventh floor of police headquarters.  It

5  is now December 9th, at 12:14 in the a.m.  At this time

6  I'd like everyone to identify themselves.

7               MR. TOWEY:  Jim Towey, attorney.

8               SP4:  Neil Bruntrager, attorney.

9               OFFICER CAGNASSO:  Officer Cagnasso.

10              LIEUTENANT ENGELHARDT:  Officer

11  Cagnasso, what's your DSN?

12              OFFICER CAGNASSO:  5616.

13              LIEUTENANT ENGELHARDT:  And where are

14  you assigned?

15              OFFICER CAGNASSO:  District 3.

16              LIEUTENANT ENGELHARDT:  Great.  Okay.

17  I want to talk to you about an incident which occurred

18  yesterday at the Central Patrol hold-over.  It involved

19  a person by the name of Nicholas Gilbert.  Are you

20  familiar with that incident?

21              OFFICER CAGNASSO:  Yes, sir.

22              LIEUTENANT ENGELHARDT:  Okay.  At this

23  time I'd like you to tell me what you recall about that

24  incident, starting at the beginning, and -- wherever you

25  consider the beginning to be.  And just tell me what you

CITY 00777

1    recall.  I will not interrupt you.  Neither will anybody
2    else, until you're done.  And then we'll probably have
3    some questions for you.  Okay?
4                    OFFICER CAGNASSO:  Yes, sir.
5                    LIEUTENANT ENGELHARDT:  Okay.  Go
6    ahead.
7                    OFFICER CAGNASSO:  I was standing at the
8    rear of the desk at the Central Patrol station when
9    Officer Stuckey came out, stated that they needed
10   assistance in the hold-over.  I responded to the
11   hold-over.
12                   I observed Sergeant Bergmann and I do not
13   recall the other officers attempt -- fighting with this
14   individual.  He was refusing to cooperate.  He was on the
15   ground.  I -- he -- the individual was kicking, refusing
16   to cooperate.
17                   I placed my knees on his -- the back
18   portion of his legs to stop him from kicking the other
19   officers.  And shortly after I heard somebody say he was
20   cooperating; they had him turned over to his -- I do not
21   know which side.  And after that his movements ceased.
22                   I exited, because there was other
23   officers in there.  And I heard Ryan Bergmann say on the
24   radio that they needed an ambulance to respond.  I went
25   -- I exited the station and I waited for EMS.

CITY 00778

1       LIEUTENANT ENGELHARDT:  That's it?

2       OFFICER CAGNASSO:  That's it.

3       LIEUTENANT ENGELHARDT:  All right.  So

4   when this whole thing began, you weren't in the hold-over?

5       OFFICER CAGNASSO:  No, sir.

6       LIEUTENANT ENGELHARDT:  Where were you

7   at?

8       OFFICER CAGNASSO:  I was in the rear of

9   Central Patrol, at the desk.

10      LIEUTENANT ENGELHARDT:  Okay.  Not in

11  the hold-over, but --

12      OFFICER CAGNASSO:  No, sir.

13      LIEUTENANT ENGELHARDT:  -- at the desk,

14  right?

15      OFFICER CAGNASSO:  Yes, sir.

16      LIEUTENANT ENGELHARDT:  Okay.  And

17  somebody told you there was something going on in the

18  hold-over?

19      OFFICER CAGNASSO:  Officer Stuckey came

20  out of the hold-over and said they needed assistance in

21  the hold-over.

22      LIEUTENANT ENGELHARDT:  Okay.  And

23  then you immediately went into the hold-over?

24      OFFICER CAGNASSO:  Yes, sir.

25      LIEUTENANT ENGELHARDT:  Okay.  And

CITY 00779

1   what was the first thing you saw?

2              OFFICER CAGNASSO:  There was

3   approximately four people in the cell.  I observed a

4   booking clerk at her station.  I asked her to unlock the

5   door so I could go to the cell.  At that time I saw a couple

6   officers.  And I -- Ron -- or Sergeant Bergmann and the

7   individual was -- was putting up a struggling.  He wasn't

8   cooperating with the other officers.  I heard a couple

9   officers say, "Stop resisting."

10             I saw the individual's feet that were

11  shackled moving around, kicking.  Again, I placed my

12  knees on his -- rear part of his legs to cease the kicking.

13  And shortly after the kicking stopped.  The individual

14  was turned to his side.  I, again, heard Sergeant

15  Bergmann request an ambulance on the radio.  I advised

16  Sergeant Bergmann I was going to go wait outside and wait

17  for the ambulance.

18             LIEUTENANT ENGELHARDT:  Okay.  So when

19  you went into the hold-over, at that point, was he already

20  handcuffed?

21             OFFICER CAGNASSO:  Yes, sir.

22             LIEUTENANT ENGELHARDT:  And at that

23  point was his ankles or legs shackled?

24             OFFICER CAGNASSO:  Yes, sir.

25             LIEUTENANT ENGELHARDT:  Okay.  And

CITY 00780

1    shackled we're talking about using leg irons or --

2                    OFFICER CAGNASSO: Yes, sir.

3                    LIEUTENANT ENGELHARDT: Okay. So that

4    -- he was in that condition. All right. But you said

5    he was refusing to cooperate. Can you define that

6    better?

7                    OFFICER CAGNASSO: He was continuously

8    moving back and forth. He was fighting the officers from

9    allowing them to gain control of the situation. And,

10   again, like I stated, he was kicking his legs back and

11   forth, struck a couple of the officers; at one time struck

12   my legs -- my lower portion of the legs. That's when I

13   went down on his legs to cease the movement.

14                   LIEUTENANT ENGELHARDT: Okay. Was he

15   saying anything? Did you hear him say anything?

16                   OFFICER CAGNASSO: I do not recall.

17                   LIEUTENANT ENGELHARDT: All right.

18   But you heard officers giving him commands to stop doing

19   that, right?

20                   OFFICER CAGNASSO: Yes, sir.

21                   LIEUTENANT ENGELHARDT: Stop

22   resisting?

23                   OFFICER CAGNASSO: Stop resisting.

24                   LIEUTENANT ENGELHARDT: All right.

25   Were they giving him any other commands?

CITY 00781

1         OFFICER CAGNASSO: Pretty much "stop

2 moving." I do not recall all the commands.

3         LIEUTENANT ENGELHARDT: All right.

4 And at some point you decided that your help wasn't --

5 was no longer necessary?

6         OFFICER CAGNASSO: Correct.

7         LIEUTENANT ENGELHARDT: All right.

8 And what was that point?

9         OFFICER CAGNASSO: When the individual

10 stopped moving. He wasn't appearing to have any type of

11 -- wasn't combative or fighting the other officers.

12         LIEUTENANT ENGELHARDT: All right.

13 And where were you at, then, when that happened?

14         OFFICER CAGNASSO: I -- when he -- the

15 combativeness stopped, I was on his -- at his legs. I

16 immediately stood up, went to the gate -- or the door of

17 the cell where the sergeant was. I heard him getting on

18 the air asking -- requesting for an ambulance.

19         LIEUTENANT ENGELHARDT: Okay. And

20 then is that when you went outside?

21         OFFICER CAGNASSO: I exited the

22 building and waited for the fire truck to get there and

23 an ambulance.

24         LIEUTENANT ENGELHARDT: Okay. So do

25 you have any -- do you know why Sergeant Bergmann

CITY 00782

1 requested an ambulance?

2              OFFICER CAGNASSO:  I was not aware.

3 No.

4              LIEUTENANT ENGELHARDT:  You're aware

5 now, but you weren't aware at the time?

6              OFFICER CAGNASSO:  Right.  Correct.

7              LIEUTENANT ENGELHARDT:  Okay.  And you

8 said you made contact with him by controlling his legs.

9 How --

10             OFFICER CAGNASSO:  Yes, sir.

11             LIEUTENANT ENGELHARDT:  How, exactly,

12 did you do that?

13             OFFICER CAGNASSO:  His legs were

14 shackled.  They were close together by -- maybe a foot

15 length apart.  However, he was kicking his feet up and

16 down, moving them side to side.  And I placed my two knees

17 on the back portion of his two calves in an attempt to

18 cease him from moving and kicking other officers.

19             LIEUTENANT ENGELHARDT:  Okay.  And did

20 that -- was that successful?  Did he stop, then?

21             OFFICER CAGNASSO:  No.  He was

22 continuing to resist.  I then put my hands on the back

23 of his legs to gain balance off of him so he -- I would

24 not lose control of his legs.

25             LIEUTENANT ENGELHARDT:  Okay.  And at

CITY 00783

1    some point did he stop kicking?

2              OFFICER CAGNASSO:  Yes, sir.

3              LIEUTENANT ENGELHARDT:  Okay.  And

4    then what did you do?

5              OFFICER CAGNASSO:  I -- again, I -- the

6    combativeness ceased.  I continued to gain control of his

7    legs until I made an assumption that there was no reason

8    for me to gain control of his legs anymore.  And, again,

9    like I stated, I heard Sergeant Bergmann request for an

10   ambulance.

11             LIEUTENANT ENGELHARDT:  All right.

12   Was it -- did he request an ambulance immediately after

13   he started -- stopped kicking, if you can recall?

14             OFFICER CAGNASSO:  I was standing -- I

15   was standing next to Ron -- or Sergeant Bergmann when he

16   requested EMS.  I -- I don't know the timeframe between

17   when I exited -- or released my grip from his legs until

18   when I stood up.

19             LIEUTENANT ENGELHARDT:  Okay.  And you

20   don't remember what he -- what specifically he said over

21   the radio?

22             OFFICER CAGNASSO:  No, sir.

23             LIEUTENANT ENGELHARDT:  Okay.  Just --

24   you just remember him requesting --

25             OFFICER CAGNASSO:  I recall him getting

CITY 00784

1   on the air and requesting EMS to respond.

2               LIEUTENANT ENGELHARDT: Okay. And so

3   you made contact with him with your knees on his calves?

4               OFFICER CAGNASSO: Yes, sir.

5               LIEUTENANT ENGELHARDT: And with your

6   -- you placed your hands on his legs as well --

7               OFFICER CAGNASSO: Yes, sir.

8               LIEUTENANT ENGELHARDT: -- to try to

9   control them? All right. At any time did you strike Mr.

10   Gilbert?

11               OFFICER CAGNASSO: No, sir.

12               LIEUTENANT ENGELHARDT: At any time did

13   you observe any other officer strike Mr. Gilbert?

14               OFFICER CAGNASSO: No, sir.

15               LIEUTENANT ENGELHARDT: At any time did

16   you place Mr. Gilbert in a choke hold or in any way

17   obstruct his airway?

18               OFFICER CAGNASSO: No, sir.

19               LIEUTENANT ENGELHARDT: Did you observe

20   any other officers place Mr. Gilbert in a choke hold or

21   in any way obstruct his airway?

22               OFFICER CAGNASSO: No, sir.

23               LIEUTENANT ENGELHARDT: Okay. Is

24   there anything else?

25               MR. TOWEY: (No verbal response).

CITY 00785

1                    LIEUTENANT ENGELHARDT:  Okay.  It's

2    12:22.

3                    (WHEREIN, the interview was concluded.)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

CITY 00786

1　　　　　　CERTIFICATE OF NOTARY PUBLIC

2　　　　　　　　STATE OF MISSOURI

3　　　　　　　I, Sherri L. Jolley, within and for

4　the State of Missouri, do hereby certify that the tape

5　transcription in the witness whose testimony appears in

6　the foregoing transcript in the caption hereof and

7　thereafter transcribed by me; that said transcript is a

8　record of the testimony given by said witness; that I am

9　neither counsel for, related to, nor employed by any

10　parties to the action; and further that I am not a relative

11　or employee of any counsel or attorney employee of any

12　counsel or attorney employed by the parties hereto, nor

13　financially or otherwise interested in the outcome of the

14　action.

15

16

17

18　　　　　　　　　　　Sherri L. Jolley

19　　　　　　　　　Sherri L. Jolley

20

21

22

23

24

CITY 00787

## A

action 12:10,14
advised 5:15
ahead 3:6
air 7:18 10:1
airway 10:17,21
allowing 6:9
ambulance 3:24
5:15,17 7:18
7:23 8:1 9:10
9:12
ankles 5:23
anybody 3:1
anymore 9:8
apart 8:15
appearing 7:10
appears 12:5
approximately
5:3
asked 5:4
asking 7:18
assigned 2:14
assistance 3:10
4:20
assumption 9:7
attempt 3:13
8:17
attorney 2:7,8
12:11,12
AUDIO 1:20
aware 8:2,4,5
a.m 1:12 2:5

## B

back 3:17 6:8,10
8:17,22
balance 8:23
began 4:4
beginning 2:24
2:25
Bergmann 3:12
3:23 5:6,15,16
7:25 9:9,15
better 6:6
booking 5:4

Bruntrager 2:8
building 7:22

## C

C 2:1
Cagnasso 2:9,9
2:11,12,15,21
3:4,7 4:2,5,8
4:12,15,19,24
5:2,21,24 6:2,7
6:16,20,23 7:1
7:6,9,14,21 8:2
8:6,10,13,21
9:2,5,14,22,25
10:4,7,11,14
10:18,22
calves 8:17 10:3
caption 12:6
cease 5:12 6:13
8:18
ceased 3:21 9:6
cell 5:3,5 7:17
Central 2:18 3:8
4:9
CERTIFICA...
12:1
certify 12:4
choke 10:16,20
clerk 5:4
close 8:14
COGNASSO
1:8
combative 7:11
combativeness
7:15 9:6
commands 6:18
6:25 7:2
COMPLAINT
1:3
concluded 11:3
condition 6:4
consider 2:25
considered 1:18
contact 8:8 10:3
continued 9:6

continuing 8:22
continuously
6:7
control 6:9 8:24
9:6,8 10:9
controlling 8:8
cooperate 3:14
3:16 6:5
cooperating
3:20 5:8
Correct 7:6 8:6
counsel 12:9,11
12:12
couple 5:5,8
6:11

## D

December 1:10
2:5
decided 7:4
define 6:5
Department 1:1
2:3
desk 3:8 4:9,13
District 2:15
doing 6:18
door 5:5 7:16
DSN 2:3,11
Due 1:14

## E

Eleventh 1:23
employed 12:9
12:12
employee 12:11
12:11
EMS 3:25 9:16
10:1
Engelhardt 2:2
2:3,10,13,16
2:22 3:5 4:1,3
4:6,10,13,16
4:22,25 5:18
5:22,25 6:3,14
6:17,21,24 7:3
7:7,12,19,24

8:4,7,11,19,25
9:3,11,19,23
10:2,5,8,12,15
10:19,23 11:1
exactly 8:11
exited 3:22,25
7:21 9:17

## F

familiar 2:20
feet 5:10 8:15
fighting 3:13 6:8
7:11
financially
12:13
fire 7:22
first 5:1
floor 2:4
foot 8:14
FORCE 1:1
foregoing 12:6
forth 6:8,11
four 5:3
further 12:10

## G

gain 6:9 8:23 9:6
9:8
gate 7:16
getting 7:17
9:25
Gilbert 2:19
10:10,13,16,20
given 12:8
giving 6:18,25
go 3:5 5:5,16
going 4:17 5:16
Great 2:16
grip 9:17
ground 3:15

## H

handcuffed 5:20
hands 8:22 10:6
happened 7:13
headquarters

2:4
hear 6:15
heard 3:19,23
5:8,14 6:18
7:17 9:9
help 7:4
hereof 12:6
hereto 12:12
hold 10:16,20
hold-over 2:18
3:10,11 4:4,11
4:18,20,21,23
5:19

## I

identify 2:6
immediately
4:23 7:16 9:12
incident 2:17,20
2:24
include 1:16
individual 3:14
3:15 5:7,13 7:9
individual's
5:10
interested 12:13
interrupt 3:1
interview 1:6
11:3
INVESTIGA...
1:1
involved 2:18
irons 6:1

## J

Jim 2:7
Jolley 1:21 12:3
12:19

## K

kicking 3:15,18
5:11,12,13
6:10 8:15,18
9:1,13
knees 3:17 5:12
8:16 10:3

**CITY 00788**

know 3:21 7:25
  9:16

**L**

L 1:21 12:3,19
leg 6:1
legs 3:18 5:12,23
  6:10,12,12,13
  7:15 8:8,13,23
  8:24 9:7,8,17
  10:6
length 8:15
Lieutenant 2:2,2
  2:10,13,16,22
  3:5 4:1,3,6,10
  4:13,16,22,25
  5:18,22,25 6:3
  6:14,17,21,24
  7:3,7,12,19,24
  8:4,7,11,19,25
  9:3,11,19,23
  10:2,5,8,12,15
  10:19,23 11:1
Litigation 1:22
longer 7:5
lose 8:24
Louis 1:1,24 2:3
lower 6:12

**M**

media 1:14
METROPOL...
  1:1
MICHAEL 1:8
Midwest 1:22
misinterpreted
  1:16
Missouri 1:24
  12:2,4
movement 6:13
movements 3:21
moving 5:11 6:8
  7:2,10 8:16,18

**N**

N 2:1,1

name 2:19
necessary 7:5
needed 3:9,24
  4:20
Neil 2:8
neither 3:1 12:9
Nicholas 2:19
North 1:23
NOTARY 12:1
NUMBER 1:3

**O**

O 2:1
observe 10:13
  10:19
observed 3:12
  5:3
obstruct 10:17
  10:21
occurred 2:17
officer 2:9,9,10
  2:12,15,21 3:4
  3:7,9 4:2,5,8
  4:12,15,19,19
  4:24 5:2,21,24
  6:2,7,16,20,23
  7:1,6,9,14,21
  8:2,6,10,13,21
  9:2,5,14,22,25
  10:4,7,11,13
  10:14,18,22
officers 3:13,19
  3:23 5:6,8,9
  6:8,11,18 7:11
  8:18 10:20
Okay 2:16,22
  3:3,5 4:10,16
  4:22,25 5:18
  5:25 6:3,14
  7:19,24 8:7,19
  8:25 9:3,19,23
  10:2,23 11:1
outcome 12:13
outside 5:16
  7:20

**P**

P 2:1
part 5:12
parties 12:10,12
Patrol 2:18 3:8
  4:9
people 5:3
person 2:19
place 10:16,20
placed 3:17 5:11
  8:16 10:6
point 5:19,23
  7:4,8 9:1
police 1:1 2:3,4
portion 3:18
  6:12 8:17
portions 1:14
present 1:17
Pretty 7:1
probably 3:2
PUBLIC 12:1
put 8:22
putting 5:7

**Q**

quality 1:14
questions 3:3

**R**

R 2:1,1
radio 3:24 5:15
  9:21
rear 3:8 4:8 5:12
reason 9:7
recall 2:23 3:1
  3:13 6:16 7:2
  9:13,25
record 12:8
recorded 1:6,14
recording 1:17
  1:20
refusing 3:14,15
  6:5
related 12:9
relative 12:10

released 9:17
remember 9:20
  9:24
request 5:15 9:9
  9:12
requested 8:1
  9:16
requesting 7:18
  9:24 10:1
resist 8:22
resisting 5:9
  6:22,23
respond 3:24
  10:1
responded 3:10
response 10:25
right 4:3,14 6:4
  6:17,19,24 7:3
  7:7,12 8:6 9:11
  10:9
Roger 2:3
Ron 5:6 9:15
Ryan 3:23

**S**

S 2:1
saw 5:1,5,10
saying 6:15
sergeant 3:12
  5:6,14,16 7:17
  7:25 9:9,15
Services 1:22
seventh 2:4
shackled 5:11
  5:23 6:1 8:14
Sherri 1:21 12:3
  12:19
shortly 3:19
  5:13
side 3:21 5:14
  8:16,16
sir 2:21 3:4 4:5
  4:12,15,24
  5:21,24 6:2,20
  8:10 9:2,22

  10:4,7,11,14
  10:18,22
situation 6:9
somebody 3:19
  4:17
specifically 9:20
SP4 2:8
St 1:1,24 2:3
standing 3:7
  9:14,15
started 9:13
starting 2:24
State 12:2,4
stated 3:9 6:10
  9:9
station 3:8,25
  5:4
stood 7:16 9:18
stop 3:18 5:9
  6:18,21,23 7:1
  8:20 9:1
stopped 5:13
  7:10,15 9:13
Street 1:23
strike 10:9,13
struck 6:11,11
struggling 5:7
Stuckey 3:9 4:19
successful 8:20

**T**

T 2:1,1
talk 2:17
talking 6:1
tape 12:4
tell 2:23,25
testimony 12:5,8
thing 4:4 5:1
time 1:17 2:5,23
  5:5 6:11 8:5
  10:9,12,15
timeframe 9:16
told 4:17
Towey 2:7,7
  10:25

CITY 00789

transcribed 1:15
    1:20 12:7
transcriber 1:16
transcript 1:15
    1:18 12:6,7
transcription
    12:5
truck 7:22
try 10:8
turned 3:20 5:14
two 8:16,17
type 7:10

**U**

unable 1:15
UNIT 1:1
unlock 5:4

**V**

verbal 10:25
verbatim 1:18

**W**

wait 5:16,16
waited 3:25 7:22
want 2:17
wasn't 5:7 7:4
    7:10,11
way 10:16,21
went 3:24 4:23
    5:19 6:13 7:16
    7:20
weren't 4:4 8:5
we'll 3:2
we're 2:4 6:1
witness 12:5,8
words 1:16

**Y**

yesterday 2:18

**1**

12:14 1:12 2:5
12:22 11:2
15-062114 1:3

**2**

2015 1:10

**3**

3 2:15
314 1:25
3786 2:3

**5**

5616 2:12

**6**

63101 1:24
644-2191 1:25

**7**

711 1:23

**9**

9 1:10
9th 2:5

CITY 00790



# ORIGINAL

## ST. LOUIS METROPOLITAN POLICE DEPARTMENT
## FORCE INVESTIGATION UNIT

### IN RE:
### COMPLAINT NUMBER: 15-062114

### AUDIO TRANSCRIPTION OF
### RECORDED INTERVIEW OF
### JOSEPH STUCKEY, SR.

### DECEMBER 8, 2015

NATIONWIDE SCHEDULING

**OFFICES**
MISSOURI Springfield  Jefferson City  Kansas City  Columbia  Rolla  Cape Girardeau
KANSAS  Overland Park  ILLINOIS  Springfield  Champaign

HEADQUARTERS: 711 North Eleventh Street, ST. Louis, Missouri 63101
**800.280.3376**
www.midwestlitigation.com

**CITY 00791**

1        ST. LOUIS METROPOLITAN POLICE DEPARTMENT
                 FORCE INVESTIGATION UNIT

2
   IN RE:

3   COMPLAINT NUMBER: 15-062114

4

5

6               RECORDED INTERVIEW OF

7

8               JOSEPH STUCKEY, SR.

9

10             DECEMBER 8, 2015

11

12               11:44 P.M.

13

14  Due to the quality of the recorded media, portions were

15  unable to be transcribed.  The transcript may also

16  include misinterpreted words.  The transcriber was not

17  present at the time of the recording; therefore, this

18  transcript should not be considered verbatim.

19

20  AUDIO RECORDING WAS TRANSCRIBED BY:

21  Sherri L. Jolley

22  Midwest Litigation Services

23  711 North Eleventh Street

24  St. Louis, Missouri 63101

25  (314) 644-2191

CITY 00792

```
 1              T R A N S C R I P T I O N

 2                  SERGEANT ENGELHARDT:  I am Lieutenant

 3    Roger Engelhardt, DSN 3786.  We are in police

 4    headquarters on the seventh floor, in the Force

 5    Investigation Unit office.  It is 11:44 on December 8th.

 6    I'd like everybody else in the room to identify

 7    themselves.

 8                  MR. TOWEY:  Jim Towey, attorney.

 9                  OFFICER STUCKEY:  Joe Stuckey, Sr., DSN

10    2685, District 3.

11                  LIEUTENANT ENGELHARDT:  Okay.  Officer

12    Stuckey, we're here to talk about an incident which

13    occurred earlier this evening in the Central Patrol

14    hold-over.  It involved a person by the name of Nicholas

15    Gilbert.  Do you recall that event?

16                  OFFICER STUCKEY:  I do.

17                  LIEUTENANT ENGELHARDT:  Okay.  And I'd

18    like you to, as best you can, start at the beginning and

19    tell me what you recall about that event.  I won't

20    interrupt you.  Nobody will interrupt you.  When you're

21    done, I'll probably have some questions for you, and then

22    everyone else will be afforded some opportunity to ask

23    you some questions.

24                  At any point if there's something that

25    you want to clarify -- if you said left and you meant
```

CITY 00793

1    right; if you said up if you meant down -- go ahead and
2    make that clarification.  Okay.
3                    So with that in mind, go ahead and tell
4    me what you remember about this event.
5                    OFFICER STUCKEY:  All right.  I was
6    originally sitting in the hold-over.  I had just brought
7    a couple of prisoners in for some of the other officers
8    in the Third District.  They were busy booking the
9    individual prisoners.  And while I was there, the clerk
10   asked if I would do a prisoner run.  I said, "Okay."
11                   I took the property bucket.  I believe
12   there was five prisoners to go down.  I was going through
13   the paperwork to make sure it was all correct.  And while
14   doing so, somebody -- I don't know who, but somebody
15   yelled, "Hey, he's hanging himself."  So I turned around
16   and I looked through the glass -- clear glass window, and
17   I saw the victim had a article of clothing wrapped around
18   his neck, and it was secured to the top of the cell bar
19   doors.
20                   With that, I jumped up.  I ran around,
21   because I was on the inside of the clerk's desk.  So I
22   ran through the door and I turned to the clerk and said,
23   "Hey, open the cell door so I can get in there to get this
24   guy."  I went through the first door, and Sergeant
25   Bergmann and PO Degregorio were behind me -- I don't know

CITY 00794

1    how far. So as I got in there and I started down towards

2    his cell, I saw the door open, and the victim started to

3    exit.

4              With that, I pulled my cuffs out, had

5    them loaded in the right hand, and I extended my left hand,

6    saying, "Get back. Get back into the cell. Calm down.

7    Relax." Then I got to the cell. He stepped back, and

8    when he did so, he was breathing heavily and looked at

9    me.

10             His fist clenched. He turned his body

11   to the right, at which time then I just grabbed his left

12   wrist and I took my right arm, pushed his elbow forward,

13   and I cuffed the left hand. And with that, I don't know

14   which side, but the other two officers were immediately

15   on there. Bergmann was able to grab his right arm. He

16   was pulling him back trying to get it to where I could

17   clasp the other handcuff.

18             With that, we all went down to our knees.

19   I was able to get the cuff onto his right arm, and then

20   I was pushing back to get up, at which time he did, I guess,

21   a mule kick and caught me in the groin. Sergeant Bergmann

22   was yelling if we had leg irons. I yelled back to one

23   of the officers to see if we've got leg irons there. He

24   left.

25             Sergeant Bergmann was saying, "Get some

CITY 00795

1    help back here." We needed some more guys to hold this
2    guy down. So at that point I got up. I went to the
3    clerk's desk and I said, "Hey, hit the alarm. Hit the
4    alarm." We couldn't find the alarm, so I ran out. I went
5    down to the report room and I yelled in there, "Hey, we
6    need some help in the hold-over."
7                    With that, I don't know, four or five
8    officers jumped up and ran into the hold-over. They all
9    went into the hold-over. And I don't know which ones --
10   a couple of them helped subdue the victim and hold him
11   down. There was so many people in there that I just
12   stayed in the hold-over by the clerk's desk until it was
13   over.
14                   LIEUTENANT ENGELHARDT: It that it?
15                   OFFICER STUCKEY: That's it.
16                   LIEUTENANT ENGELHARDT: Okay. So
17   prior to somebody saying, "I think the guy is getting
18   ready to hang himself," had you -- had you noticed this
19   person at all? Was there anything that drew your
20   attention to him before that?
21                   OFFICER STUCKEY: I saw him in there. I
22   just thought he was an OBS that you would get in there,
23   because he was rattling the bars and yelling things.
24   Nothing unusual for having prisoners in a cell.
25                   LIEUTENANT ENGELHARDT: But he was -- he

CITY 00796

1  was rattling the bars?  That's usual?  That --

2        OFFICER STUCKEY:  If you have an OBS,

3  you know, a lot of times people get aggravated and just

4  start, you know, rattling the bars.

5        LIEUTENANT ENGELHARDT:  Okay.  So --

6  and you used the term OBS.  Could you tell me what that

7  means to you?

8        OFFICER STUCKEY:  Well, somebody that's

9  usually mentally challenged or just trying to act crazy.

10        LIEUTENANT ENGELHARDT:  Okay.  So when

11  you saw him shaking the -- does everybody in the hold-over

12  shake the bars?

13        OFFICER STUCKEY:  A lot of them do.

14        LIEUTENANT ENGELHARDT:  Okay.  What do

15  you -- but you associated that behavior with what?

16        OFFICER STUCKEY:  Someone that's

17  agitated and just aggravated because they're back there.

18        LIEUTENANT ENGELHARDT:  Okay.

19        OFFICER STUCKEY:  They want to go

20  downtown.

21        LIEUTENANT ENGELHARDT:  But you used

22  the term OBS, and then you defined that by saying he had

23  a mental issue or something like that.  So do you

24  associate -- do you associate his behavior with having

25  a mental illness?

CITY 00797

1      OFFICER STUCKEY: Well, I didn't know.

2  That's just a term that we all use when somebody is just,

3  you know, acting out.

4      LIEUTENANT ENGELHARDT: Okay.

5      OFFICER STUCKEY: I couldn't tell you if

6  he was -- I -- I didn't have any contact with him before

7  that.

8      LIEUTENANT ENGELHARDT: Right. But

9  you had mentioned that -- you had mentioned that he was

10  an OBS, which you said is somebody who is mentally ill.

11  And you described him as -- he was shaking the bars. So

12  you associated with -- that behavior with mental illness?

13      OFFICER STUCKEY: Well, when he's

14  bobbing up and down, you know. I couldn't hear if he was

15  saying anything, but -- I wasn't paying that close

16  attention to him because I'm so used to people in the back

17  room doing that.

18      LIEUTENANT ENGELHARDT: Okay. All

19  right. So his -- so his behavior, was it -- was it unusual

20  or not?

21      OFFICER STUCKEY: He was just acting

22  like he was agitated.

23      LIEUTENANT ENGELHARDT: Okay.

24      OFFICER STUCKEY: I mean, I see it a lot.

25  You see a lot of them in there for different reasons. You

CITY 00798

1    know, they don't want to be there, obviously, and they

2    want to go downtown.

3                    LIEUTENANT ENGELHARDT:  Okay.  How

4    many other people were in the cells back there?

5                    OFFICER STUCKEY:  Well, I was there to

6    take I think four men and a female.

7                    LIEUTENANT ENGELHARDT:  Okay.  Were

8    they also banging the cell bars and --

9                    OFFICER STUCKEY:  I wasn't paying that

10   close attention.  They were further down the row.

11                   LIEUTENANT ENGELHARDT:  So everybody

12   was banging the cell bars?

13                   OFFICER STUCKEY:  It could've been

14   someone else, too, because I had my back to the -- to the

15   --

16                   LIEUTENANT ENGELHARDT:  Okay.

17                   OFFICER STUCKEY:  -- to the doors.

18                   LIEUTENANT ENGELHARDT:  So how did you

19   associate the cell bars banging with this person?

20                   OFFICER STUCKEY:  Well, because when it

21   was banging, we'd look over there and then he's playing

22   with his shoe and, you know, would rattle the bars and

23   --

24                   LIEUTENANT ENGELHARDT:  Okay.

25                   OFFICER STUCKEY:  I mean, I didn't hear

CITY 00799

1   him say anything.

2                    LIEUTENANT ENGELHARDT:  And everybody

3   else could've been banging the cell bars too?  And that

4   would be --

5                    OFFICER STUCKEY:  Could be.  I couldn't

6   see anybody.

7                    LIEUTENANT ENGELHARDT:  All right.  So

8   you don't know -- every -- so -- what I'm just trying to

9   understand is why your attention was drawn to this person.

10                   OFFICER STUCKEY:  When somebody yelled

11  that he was trying to hang himself.

12                   LIEUTENANT ENGELHARDT:  Okay.  But

13  before that you said you saw him banging cell bars.

14                   OFFICER STUCKEY:  While I was doing my

15  --

16                   LIEUTENANT ENGELHARDT:  Right.

17                   OFFICER STUCKEY:  -- usual stuff.

18  There's a lot of people running around and --

19                   LIEUTENANT ENGELHARDT:  So is that what

20  drew -- did that draw your attention to him, banging the

21  cell bars?

22                   OFFICER STUCKEY:  Originally.  Well, I

23  heard it going on.  See, while I'm sitting there doing

24  it, I hear all this going on behind you.  You know, and

25  you glance over and you see somebody rattling the bars.

CITY 00800

1  And I'm looking at this guy and I'm like, you know, "Okay,

2  maybe he's an OBS," or whatever.  It's not unusual.

3          LIEUTENANT ENGELHARDT:  Okay.

4          OFFICER STUCKEY:  Then I went back to

5  this.  And then somebody yelled, "Hey, that's guy is

6  trying to hang himself."

7          LIEUTENANT ENGELHARDT:  All right.  So

8  he was banging the cell doors when you first looked over

9  and saw him?

10         OFFICER STUCKEY:  Yes.

11         LIEUTENANT ENGELHARDT:  All right.

12  And then sometime later somebody said, "He's trying to

13  hang himself"?

14         OFFICER STUCKEY:  Right.

15         LIEUTENANT ENGELHARDT:  All right.

16  And then when they said that, were you looking at him in

17  the cell at that time?

18         OFFICER STUCKEY:  When they said that --

19  that's what drew my attention.  I turned around and

20  looked, and then I saw him have a article of clothing

21  around his neck, and it was attached to the door.

22         LIEUTENANT ENGELHARDT:  So when

23  somebody said he was trying to hang himself, did you

24  immediately associate that with that particular

25  prisoner?

CITY 00801

1          OFFICER STUCKEY:  Well, as I recall,

2    they're looking over my shoulder, so I immediately turned

3    around and looked.  That's the only one I could see.

4          LIEUTENANT ENGELHARDT:  Okay.  So you

5    --

6          OFFICER STUCKEY:  I just assumed that it

7    was the one behind me.

8          LIEUTENANT ENGELHARDT:  Okay.  So the

9    fact that you saw him banging on the cell bars prior to

10   that did that immediately make you associate when

11   somebody said he's trying to hang himself with that

12   particular prisoner?

13         OFFICER STUCKEY:  Yes.

14         LIEUTENANT ENGELHARDT:  Yes, it did?

15         OFFICER STUCKEY:  Well, that's the only

16   one I could see back there, so I assumed it was him.  So

17   when they said that, I turned around and that's when I

18   saw him.

19         LIEUTENANT ENGELHARDT:  Okay.  But

20   there were other prisoners back there?

21         OFFICER STUCKEY:  Yes.

22         LIEUTENANT ENGELHARDT:  All right.

23   And none of those -- your attention was never drawn to

24   any of them?

25         OFFICER STUCKEY:  I couldn't see any of

CITY 00802

1    them.

2                   LIEUTENANT ENGELHARDT:  Okay.

3                   OFFICER STUCKEY:  I don't know what they

4    were doing.

5                   LIEUTENANT ENGELHARDT:  All right.  At

6    any point -- you see banging cell bars.  But then anybody

7    else could be banging cell bars too?

8                   OFFICER STUCKEY:  It's possible.

9                   LIEUTENANT ENGELHARDT:  And it's

10   common?

11                  OFFICER STUCKEY:  Yes.

12                  LIEUTENANT ENGELHARDT:  Right?  So

13   banging cell bars is not an unusual occurrence?  It is

14   no reason for you to pay any particular attention to any

15   one prisoner?

16                  OFFICER STUCKEY:  Not at that time.

17   No.

18                  LIEUTENANT ENGELHARDT:  Okay.  So if

19   you walk back in the cell room and somebody was banging

20   on cell bars, that wouldn't cause you any concern?

21                  OFFICER STUCKEY:  No, not at that point,

22   because it's a --

23                  LIEUTENANT ENGELHARDT:  Okay.

24                  OFFICER STUCKEY:  -- common thing with

25   them.

CITY 00803

1          LIEUTENANT ENGELHARDT: Okay. All

2  right. And so, at any rate, somebody says, "He's trying

3  to hang himself"?

4          OFFICER STUCKEY: Right.

5          LIEUTENANT ENGELHARDT: All right.

6  And then it just happened to be the first cell you looked

7  when you saw him?

8          OFFICER STUCKEY: Well, when I turned

9  around, that's the only one I could see.

10          LIEUTENANT ENGELHARDT: Okay. And you

11  didn't immediately associate that with him for any reason

12  at all?

13          OFFICER STUCKEY: No.

14          LIEUTENANT ENGELHARDT: Okay. So then

15  you see him. And then what do you see him doing?

16          OFFICER STUCKEY: I seen an article of

17  clothing around his neck, and he's hanging kind of like,

18  you know, with his hands up on the bars. And you could

19  see it was wrapped around the bars --

20          LIEUTENANT ENGELHARDT: Okay. So

21  you're --

22          OFFICER STUCKEY: -- close to the top of

23  the door.

24          LIEUTENANT ENGELHARDT: You're holding

25  your hands up in front of you at --

CITY 00804

1          OFFICER STUCKEY:  It was higher than his

2  head.

3          LIEUTENANT ENGELHARDT:  Higher than his

4  head.  And the -- and the shirt was higher than his head,

5  as well?

6          OFFICER STUCKEY:  That's correct.

7          LIEUTENANT ENGELHARDT:  Okay.  And

8  then what happened?

9          OFFICER STUCKEY:  Well, it alarmed me,

10  so I jumped up and I ran around.  And I said to the clerk

11  real quick, "Hey, open the door."  You know, and she did.

12  And that's when I ran around, and I was just the first

13  one through the door.  And, like I said, there was a

14  couple of officers that came in behind me.  And then when

15  I got into the -- the separate cell area, that's when I

16  saw his door open.

17          LIEUTENANT ENGELHARDT:  Okay.

18          OFFICER STUCKEY:  And he started to step

19  out.  He was free from the article of clothing at that

20  point.

21          LIEUTENANT ENGELHARDT:  Okay.  And so

22  he steps out into the hallway?

23          OFFICER STUCKEY:  About a step or two,

24  and that's when I said, "Back up.  Get back in there."

25          LIEUTENANT ENGELHARDT:  And then what

CITY 00805

1   happened?

2          OFFICER STUCKEY: Well, he stepped back

3   because I was approaching pretty quick. I had my cuffs

4   down in my right hand. When he stepped back, the -- I

5   made a left. He steps back. He starts to back up. He

6   brings his right leg behind him, and he's breathing heavy,

7   staring straight ahead. And I saw him clench his fist.

8   As soon as he did that, I thought he was going to start

9   hitting me, so I reached down and I grabbed him by the

10   left wrist, spun him around with my right hand on his

11   elbow.

12         And when he went forward, the other two

13   officers were behind me. I slapped a cuff onto his left

14   wrist. And Sergeant Bergmann and Degregorio were able

15   to get around both of my sides. And Sergeant Bergmann

16   grabbed his right arm, because he was struggling pretty

17   good. I remember we all went down to our knees. And then

18   I was able to clasp the cuff to his right arm. And he

19   continued to kick. And when I was backing up to try to

20   get up, he kicked me.

21         LIEUTENANT ENGELHARDT: So what

22   position was he in when he kicked you?

23         OFFICER STUCKEY: On his knees like

24   this, with his arms behind his back, facing this way, and

25   he was kicking and thrashing like this, both people side

CITY 00806

1    to side.

2                    LIEUTENANT ENGELHARDT:  Okay.  So when

3    you say "like this," he was on his knees, bent forward,

4    with his hands behind his back?

5                    OFFICER STUCKEY:  Right.

6                    LIEUTENANT ENGELHARDT:  And he was

7    moving his shoulders from side to side, like rotating

8    them?

9                    OFFICER STUCKEY:  Right.

10                   LIEUTENANT ENGELHARDT:  That's what you

11   just described?

12                   OFFICER STUCKEY:  Yes, sir.

13                   LIEUTENANT ENGELHARDT:  Okay.  And in

14   doing all that, he's also kicking, right?

15                   OFFICER STUCKEY:  Oh, yeah.  He's --

16                   LIEUTENANT ENGELHARDT:  And he, in

17   fact, struck you?

18                   OFFICER STUCKEY:  He was trying to get

19   up and kicking backwards like this.

20                   LIEUTENANT ENGELHARDT:  Okay.

21                   OFFICER STUCKEY:  And then he got me in

22   the groin area pretty good, knocked me back.

23                   LIEUTENANT ENGELHARDT:  All right.

24   And then what happened?

25                   OFFICER STUCKEY:  Well, Sergeant

CITY 00807

1   Bergmann was asking, "Do we have leg irons?"  And he's

2   yelling this, trying to hold him down.  And I said, "I

3   don't know."  So I yelled back to somebody, you know,

4   "Hey, somebody get some leg irons."  I remember saying

5   that.  Well, then we're struggling with him a little

6   more, and I'm still stepping back from getting kicked.

7   And at that point Sergeant Bergmann said, "Go get some

8   help."  So I went back and I said, "Hey, hit the button.

9   Hit the button."  Couldn't find it.  So then I ran out

10  the doors and down the hall to the report room.

11          LIEUTENANT ENGELHARDT:  Okay.  And

12  then you said to the people in the report room you needed

13  some help?

14          OFFICER STUCKEY:  Yeah.  I said, "Hey,

15  guys, we need some help in the hold-over, now."  So they

16  all jumped up and ran in there.

17          LIEUTENANT ENGELHARDT:  Okay.

18          OFFICER STUCKEY:  And then I walked in

19  back behind them.

20          LIEUTENANT ENGELHARDT:  All right.

21  And so when you reentered the hold-over, what did you see

22  there?

23          OFFICER STUCKEY:  I didn't go into the

24  back because it was already crowded.  It's a small area.

25  I went behind the clerk's desk and stood there in the

CITY 00808

1    proximity of the clerk.

2                    LIEUTENANT ENGELHARDT:  Okay.

3                    OFFICER STUCKEY:  There was already

4    four or five people in there.  I couldn't do anything

5    else.

6                    LIEUTENANT ENGELHARDT:  And from that

7    point -- from that position, what did you observe?

8                    OFFICER STUCKEY:  All I saw was some

9    officers.  He was then at the floor.  I didn't see -- I

10   couldn't see over the -- enough to see him, but I saw some

11   of the officers -- like they were struggling to hold him

12   down.

13                   LIEUTENANT ENGELHARDT:  Okay.  And

14   then what else?

15                   OFFICER STUCKEY:  And then after that

16   it's -- it calmed down.  It stopped.  I assume that the

17   guy calmed down, and then I sat back down in the chair,

18   pushing the papers back together.  And then somebody came

19   out and said, "Hey, we need EMS."  So then they call EMS.

20   But I never went back into the cell area.

21                   LIEUTENANT ENGELHARDT:  So the last

22   time you observed him is just through that window --

23                   OFFICER STUCKEY:  Right.

24                   LIEUTENANT ENGELHARDT:  -- and only

25   just part of him?  And you didn't really observe what the

CITY 00809

1    officer was doing, you just observed there was some kind

2    of --

3                    OFFICER STUCKEY:  All I could see was

4    backs.

5                    LIEUTENANT ENGELHARDT:  Okay.  All

6    right.  So when you went into the cell, this person was

7    struggling?

8                    OFFICER STUCKEY:  (No verbal response).

9                    LIEUTENANT ENGELHARDT:  Did it look

10   like he was having a medical emergency or did it look like

11   he was attacking?

12                   OFFICER STUCKEY:  I thought he was going

13   to attack me.  He looked agitated.  He was breathing

14   heavy like he was going to, you know, start swinging.

15                   LIEUTENANT ENGELHARDT:  Okay.

16                   OFFICER STUCKEY:  So I tried, "Calm

17   down.  Calm down."  And when he -- when I saw him clinch

18   his fists, that's when I grabbed his left arm and tried

19   to turn him away from me.  And when I did that, like I

20   said, the other two officers were right there and I was

21   able to get his arm in a cuff.

22                   LIEUTENANT ENGELHARDT:  Okay.  At any

23   point did you -- did you strike Mr. Gilbert?

24                   OFFICER STUCKEY:  No.

25                   LIEUTENANT ENGELHARDT:  Okay.  Do you

CITY 00810

1  know of any injuries Mr. Gilbert sustained?

2          OFFICER STUCKEY:  No.

3          LIEUTENANT ENGELHARDT:  All right.

4  Did you see him sustain any injuries?

5          OFFICER STUCKEY:  All I saw is -- like

6  I said, when we went down to our knees and I got that last

7  cuff and he kicked me, I backed out and got helped.  I

8  couldn't see anything else.

9          LIEUTENANT ENGELHARDT:  Okay.  Did you

10 observe any other officers strike Mr. Gilbert?

11         OFFICER STUCKEY:  I did not.

12         LIEUTENANT ENGELHARDT:  All right.

13 Did you place Mr. Gilbert in a choke hold or in any way

14 obstruct his airway?

15         OFFICER STUCKEY:  No.

16         LIEUTENANT ENGELHARDT:  Did you observe

17 any other officers place Mr. Gilbert in a choke hold or

18 any other -- or in any other way obstruct his airway?

19         OFFICER STUCKEY:  I did not.

20         LIEUTENANT ENGELHARDT:  Okay.  Do you

21 have anything?

22         MR. TOWEY:  (No verbal response).

23         LIEUTENANT ENGELHARDT:  All right.  It

24 is twelve o'clock.

25         (WHEREIN, the interview was concluded.)

CITY 00811

1     CERTIFICATE OF NOTARY PUBLIC

2        STATE OF MISSOURI

3         I, Sherri L. Jolley, within and for

4  the State of Missouri, do hereby certify that the tape

5  transcription in the witness whose testimony appears in

6  the foregoing transcript in the caption hereof and

7  thereafter transcribed by me; that said transcript is a

8  record of the testimony given by said witness; that I am

9  neither counsel for, related to, nor employed by any

10  parties to the action; and further that I am not a relative

11  or employee of any counsel or attorney employee of any

12  counsel or attorney employed by the parties hereto, nor

13  financially or otherwise interested in the outcome of the

14  action.

15

16

17

18              _Sherri L. Jolley_

19             Sherri L. Jolley

20

21

22

23

24

25

CITY 00812

**A**

able 4:15,19
  15:14,18 19:21
act 6:9
acting 7:3,21
action 21:10,14
afforded 2:22
aggravated 6:3
  6:17
agitated 6:17
  7:22 19:13
ahead 3:1,3 15:7
airway 20:14,18
alarm 5:3,4,4
alarmed 14:9
anybody 9:6
  12:6
appears 21:5
approaching
  15:3
area 14:15 16:22
  17:24 18:20
arm 4:12,15,19
  15:16,18 19:18
  19:21
arms 15:24
article 3:17
  10:20 13:16
  14:19
asked 3:10
asking 17:1
associate 6:24
  6:24 8:19
  10:24 11:10
  13:11
associated 6:15
  7:12
assume 18:16
assumed 11:6,16
attached 10:21
attack 19:13
attacking 19:11
attention 5:20
  7:16 8:10 9:9
  9:20 10:19

11:23 12:14
attorney 2:8
  21:11,12
**AUDIO** 1:20

**B**

back 4:6,6,7,16
  4:20,22 5:1
  6:17 7:16 8:4
  8:14 10:4
  11:16,20 12:19
  14:24,24 15:2
  15:4,5,5,24
  16:4,22 17:3,6
  17:8,19,24
  18:17,18,20
backed 20:7
backing 15:19
backs 19:4
backwards
  16:19
banging 8:8,12
  8:19,21 9:3,13
  9:20 10:8 11:9
  12:6,7,13,19
bar 3:18
bars 5:23 6:1,4
  6:12 7:11 8:8
  8:12,19,22 9:3
  9:13,21,25
  11:9 12:6,7,13
  12:20 13:18,19
beginning 2:18
behavior 6:15
  6:24 7:12,19
believe 3:11
bent 16:3
Bergmann 3:25
  4:15,21,25
  15:14,15 17:1
  17:7
best 2:18
bobbing 7:14
body 4:10
booking 3:8

breathing 4:8
  15:6 19:13
brings 15:6
brought 3:6
bucket 3:11
busy 3:8
button 17:8,9

**C**

C 2:1
call 18:19
Calm 4:6 19:16
  19:17
calmed 18:16,17
caption 21:6
caught 4:21
cause 12:20
cell 3:18,23 4:2
  4:6,7 5:24 8:8
  8:12,19 9:3,13
  9:21 10:8,17
  11:9 12:6,7,13
  12:19,20 13:6
  14:15 18:20
  19:6
cells 8:4
Central 2:13
**CERTIFICA...**
  21:1
certify 21:4
chair 18:17
challenged 6:9
choke 20:13,17
clarification 3:2
clarify 2:25
clasp 4:17 15:18
clear 3:16
clench 15:7
clenched 4:10
clerk 3:9,22
  14:10 18:1
clerk's 3:21 5:3
  5:12 17:25
clinch 19:17
close 7:15 8:10

13:22
clothing 3:17
  10:20 13:17
  14:19
common 12:10
  12:24
**COMPLAINT**
  1:3
concern 12:20
concluded 20:25
considered 1:18
contact 7:6
continued 15:19
correct 3:13
  14:6
could've 8:13
  9:3
counsel 21:9,11
  21:12
couple 3:7 5:10
  14:14
crazy 6:9
crowded 17:24
cuff 4:19 15:13
  15:18 19:21
  20:7
cuffed 4:13
cuffs 4:4 15:3

**D**

December 1:10
  2:5
defined 6:22
Degregorio 3:25
  15:14
**DEPARTME...**
  1:1
described 7:11
  16:11
desk 3:21 5:3,12
  17:25
different 7:25
District 2:10 3:8
doing 3:14 7:17
  9:14,23 12:4

13:15 16:14
  19:1
door 3:22,23,24
  4:2 10:21
  13:23 14:11,13
  14:16
doors 3:19 8:17
  10:8 17:10
downtown 6:20
  8:2
draw 9:20
drawn 9:9 11:23
drew 5:19 9:20
  10:19
**DSN** 2:3,9
**Due** 1:14

**E**

earlier 2:13
elbow 4:12
  15:11
Eleventh 1:23
emergency
  19:10
employed 21:9
  21:12
employee 21:11
  21:11
**EMS** 18:19,19
Engelhardt 2:2
  2:3,11,17 5:14
  5:16,25 6:5,10
  6:14,18,21 7:4
  7:8,18,23 8:3,7
  8:11,16,18,24
  9:2,7,12,16,19
  10:3,7,11,15
  10:22 11:4,8
  11:14,19,22
  12:2,5,9,12,18
  12:23 13:1,5
  13:10,14,20,24
  14:3,7,17,21
  14:25 15:21
  16:2,6,10,13

CITY 00813

16:16,20,23
17:11,17,20
18:2,6,13,21
18:24 19:5,9
19:15,22,25
20:3,9,12,16
20:20,23
evening 2:13
event 2:15,19
3:4
everybody 2:6
6:11 8:11 9:2
exit 4:3
extended 4:5

**F**

facing 15:24
fact 11:9 16:17
far 4:1
female 8:6
financially
21:13
find 5:4 17:9
first 3:24 10:8
13:6 14:12
fist 4:10 15:7
fists 19:18
five 3:12 5:7
18:4
floor 2:4 18:9
Force 1:1 2:4
foregoing 21:6
forward 4:12
15:12 16:3
four 5:7 8:6 18:4
free 14:19
front 13:25
further 8:10
21:10

**G**

getting 5:17
17:6
Gilbert 2:15
19:23 20:1,10
20:13,17

given 21:8
glance 9:25
glass 3:16,16
go 3:1,3,12 6:19
8:2 17:7,23
going 3:12 9:23
9:24 15:8
19:12,14
good 15:17
16:22
grab 4:15
grabbed 4:11
15:9,16 19:18
groin 4:21 16:22
guess 4:20
guy 3:24 5:2,17
10:1,5 18:17
guys 5:1 17:15

**H**

hall 17:10
hallway 14:22
hand 4:5,5,13
15:4,10
handcuff 4:17
hands 13:18,25
16:4
hang 5:18 9:11
10:6,13,23
11:11 13:3
hanging 3:15
13:17
happened 13:6
14:8 15:1
16:24
head 14:2,4,4
headquarters
2:4
hear 7:14 8:25
9:24
heard 9:23
heavily 4:8
heavy 15:6
19:14
help 5:1,6 17:8

17:13,15
helped 5:10 20:7
hereof 21:6
hereto 21:12
Hey 3:15,23 5:3
5:5 10:5 14:11
17:4,8,14
18:19
higher 14:1,3,4
hit 5:3,3 17:8,9
hitting 15:9
hold 5:1,10 17:2
18:11 20:13,17
holding 13:24
hold-over 2:14
3:6 5:6,8,9,12
6:11 17:15,21

**I**

identify 2:6
ill 7:10
illness 6:25 7:12
immediately
4:14 10:24
11:2,10 13:11
incident 2:12
include 1:16
individual 3:9
injuries 20:1,4
inside 3:21
interested 21:13
interrupt 2:20
2:20
interview 1:6
20:25
Investigation
1:1 2:5
involved 2:14
irons 4:22,23
17:1,4
issue 6:23

**J**

Jim 2:8
Joe 2:9
Jolley 1:21 21:3

21:19
**JOSEPH** 1:8
jumped 3:20 5:8
14:10 17:16

**K**

kick 4:21 15:19
kicked 15:20,22
17:6 20:7
kicking 15:25
16:14,19
kind 13:17 19:1
knees 4:18 15:17
15:23 16:3
20:6
knocked 16:22
know 3:14,25
4:13 5:7,9 6:3
6:4 7:1,3,14
8:1,22 9:8,24
10:1 12:3
13:18 14:11
17:3,3 19:14
20:1

**L**

L 1:21 21:3,19
left 2:25 4:5,11
4:13,24 15:5
15:10,13 19:18
leg 4:22,23 15:6
17:1,4
Lieutenant 2:2
2:11,17 5:14
5:16,25 6:5,10
6:14,18,21 7:4
7:8,18,23 8:3,7
8:11,16,18,24
9:2,7,12,16,19
10:3,7,11,15
10:22 11:4,8
11:14,19,22
12:2,5,9,12,18
12:23 13:1,5
13:10,14,20,24
14:3,7,17,21

14:25 15:21
16:2,6,10,13
16:16,20,23
17:11,17,20
18:2,6,13,21
18:24 19:5,9
19:15,22,25
20:3,9,12,16
20:20,23
Litigation 1:22
little 17:5
loaded 4:5
look 8:21 19:9
19:10
looked 3:16 4:8
10:8,20 11:3
13:6 19:13
looking 10:1,16
11:2
lot 6:3,13 7:24
7:25 9:18
Louis 1:1,24

**M**

mean 7:24 8:25
means 6:7
meant 2:25 3:1
media 1:14
medical 19:10
men 8:6
mental 6:23,25
7:12
mentally 6:9
7:10
mentioned 7:9,9
METROPOL...
1:1
Midwest 1:22
mind 3:3
misinterpreted
1:16
Missouri 1:24
21:2,4
moving 16:7
mule 4:21

**CITY 00814**

**N**

N 2:1,1
name 2:14
neck 3:18 10:21
13:17
need 5:6 17:15
18:19
needed 5:1
17:12
neither 21:9
never 11:23
18:20
Nicholas 2:14
North 1:23
NOTARY 21:1
noticed 5:18
NUMBER 1:3

**O**

O 2:1
OBS 5:22 6:2,6
6:22 7:10 10:2
observe 18:7,25
20:10,16
observed 18:22
19:1
obstruct 20:14
20:18
obviously 8:1
occurred 2:13
occurrence
12:13
office 2:5
officer 2:9,11,16
3:5 5:15,21 6:2
6:8,13,16,19
7:1,5,13,21,24
8:5,9,13,17,20
8:25 9:5,10,14
9:17,22 10:4
10:10,14,18
11:1,6,13,15
11:21,25 12:3
12:8,11,16,21
12:24 13:4,8

13:13,16,22
14:1,6,9,18,23
15:2,23 16:5,9
16:12,15,18,21
16:25 17:14,18
17:23 18:3,8
18:15,23 19:1
19:3,8,12,16
19:24 20:2,5
20:11,15,19
officers 3:7 4:14
4:23 5:8 14:14
15:13 18:9,11
19:20 20:10,17
Oh 16:15
Okay 2:11,17
3:2,10 5:16 6:5
6:10,14,18 7:4
7:18,23 8:3,7
8:16,24 9:12
10:1,3 11:4,8
11:19 12:2,18
12:23 13:1,10
13:14,20 14:7
14:17,21 16:2
16:13,20 17:11
17:17 18:2,13
19:5,15,22,25
20:9,20
ones 5:9
open 3:23 4:2
14:11,16
opportunity
2:22
originally 3:6
9:22
outcome 21:13
o'clock 20:24

**P**

P 2:1
papers 18:18
paperwork 3:13
part 18:25
particular 10:24

11:12 12:14
parties 21:10,12
Patrol 2:13
pay 12:14
paying 7:15 8:9
people 5:11 6:3
7:16 8:4 9:18
15:25 17:12
18:4
person 2:14 5:19
8:19 9:9 19:6
place 20:13,17
playing 8:21
PO 3:25
point 2:24 5:2
12:6,21 14:20
17:7 18:7
19:23
police 1:1 2:3
portions 1:14
position 15:22
18:7
possible 12:8
present 1:17
pretty 15:3,16
16:22
prior 5:17 11:9
prisoner 3:10
10:25 11:12
12:15
prisoners 3:7,9
3:12 5:24
11:20
probably 2:21
property 3:11
proximity 18:1
PUBLIC 21:1
pulled 4:4
pulling 4:16
pushed 4:12
pushing 4:20
18:18
P.M 1:12

**Q**

quality 1:14
questions 2:21
2:23
quick 14:11 15:3

**R**

R 2:1,1
ran 3:20,22 5:4
5:8 14:10,12
17:9,16
rate 13:2
rattle 8:22
rattling 5:23 6:1
6:4 9:25
reached 15:9
ready 5:18
real 14:11
really 18:25
reason 12:14
13:11
reasons 7:25
recall 2:15,19
11:1
record 21:8
recorded 1:6,14
recording 1:17
1:20
reentered 17:21
related 21:9
relative 21:10
Relax 4:7
remember 3:4
15:17 17:4
report 5:5 17:10
17:12
response 19:8
20:22
right 3:1,5 4:5
4:11,12,15,19
7:8,19 9:7,16
10:7,11,14,15
11:22 12:5,12
13:2,4,5 15:4,6
15:10,16,18
16:5,9,14,23

17:20 18:23
19:6,20 20:3
20:12,23
Roger 2:3
room 2:6 5:5
7:17 12:19
17:10,12
rotating 16:7
row 8:10
run 3:10
running 9:18

**S**

S 2:1
sat 18:17
saw 3:17 4:2
5:21 6:11 9:13
10:9,20 11:9
11:18 13:7
14:16 15:7
18:8,10 19:17
20:5
saying 4:6,25
5:17 6:22 7:15
17:4
says 13:2
secured 3:18
see 4:23 7:24,25
9:6,23,25 11:3
11:16,25 12:6
13:9,15,15,19
17:21 18:9,10
18:10 19:3
20:4,8
seen 13:16
separate 14:15
Sergeant 2:2
3:24 4:21,25
15:14,15 16:25
17:7
Services 1:22
seventh 2:4
shake 6:12
shaking 6:11
7:11

CITY 00815

| | | | | |
|---|---|---|---|---|
| Sherri 1:21 21:3 | 17:5 18:11 | thought 5:22 | verbatim 1:18 | **3** |
| 21:19 | 19:7 | 15:8 19:12 | victim 3:17 4:2 | **3** 2:10 |
| shirt 14:4 | **Stuckey** 1:8 2:9 | thrashing 15:25 | 5:10 | **314** 1:25 |
| shoe 8:22 | 2:9,12,16 3:5 | time 1:17 4:11 | | **3786** 2:3 |
| shoulder 11:2 | 5:15,21 6:2,8 | 4:20 10:17 | **W** | |
| shoulders 16:7 | 6:13,16,19 7:1 | 12:16 18:22 | walk 12:19 | **6** |
| side 4:14 15:25 | 7:5,13,21,24 | times 6:3 | walked 17:18 | **63101** 1:24 |
| 16:1,7,7 | 8:5,9,13,17,20 | top 3:18 13:22 | want 2:25 6:19 | **644-2191** 1:25 |
| sides 15:15 | 8:25 9:5,10,14 | Towey 2:8,8 | 8:1,2 | |
| sir 16:12 | 9:17,22 10:4 | 20:22 | wasn't 7:15 8:9 | **7** |
| sitting 3:6 9:23 | 10:10,14,18 | transcribed 1:15 | way 15:24 20:13 | **711** 1:23 |
| slapped 15:13 | 11:1,6,13,15 | 1:20 21:7 | 20:18 | |
| small 17:24 | 11:21,25 12:3 | transcriber 1:16 | went 3:24 4:18 | **8** |
| somebody 3:14 | 12:8,11,16,21 | transcript 1:15 | 5:2,4,9 10:4 | **8** 1:10 |
| 3:14 5:17 6:8 | 12:24 13:4,8 | 1:18 21:6,7 | 15:12,17 17:8 | **8th** 2:5 |
| 7:2,10 9:10,25 | 13:13,16,22 | transcription | 17:25 18:20 | |
| 10:5,12,23 | 14:1,6,9,18,23 | 21:5 | 19:6 20:6 | |
| 11:11 12:19 | 15:2,23 16:5,9 | tried 19:16,18 | we're 2:12 17:5 | |
| 13:2 17:3,4 | 16:12,15,18,21 | try 15:19 | we've 4:23 | |
| 18:18 | 16:25 17:14,18 | trying 4:16 6:9 | window 3:16 | |
| soon 15:8 | 17:23 18:3,8 | 9:8,11 10:6,12 | 18:22 | |
| spun 15:10 | 18:15,23 19:3 | 10:23 11:11 | witness 21:5,8 | |
| Sr 1:8 2:9 | 19:8,12,16,24 | 13:2 16:18 | words 1:16 | |
| St 1:1,24 | 20:2,5,11,15 | 17:2 | wouldn't 12:20 | |
| staring 15:7 | 20:19 | turn 19:19 | wrapped 3:17 | |
| start 2:18 6:4 | stuff 9:17 | turned 3:15,22 | 13:19 | |
| 15:8 19:14 | subdue 5:10 | 4:10 10:19 | wrist 4:12 15:10 | |
| started 4:1,2 | sure 3:13 | 11:2,17 13:8 | 15:14 | |
| 14:18 | sustain 20:4 | twelve 20:24 | | |
| starts 15:5 | sustained 20:1 | two 4:14 14:23 | **Y** | |
| State 21:2,4 | swinging 19:14 | 15:12 19:20 | yeah 16:15 | |
| stayed 5:12 | | | 17:14 | |
| step 14:18,23 | **T** | **U** | yelled 3:15 4:22 | |
| stepped 4:7 15:2 | T 2:1,1 | unable 1:15 | 5:5 9:10 10:5 | |
| 15:4 | take 8:6 | understand 9:9 | 17:3 | |
| stepping 17:6 | talk 2:12 | Unit 1:1 2:5 | yelling 4:22 5:23 | |
| steps 14:22 15:5 | tape 21:4 | unusual 5:24 | 17:2 | |
| stood 17:25 | tell 2:19 3:3 6:6 | 7:19 10:2 | | |
| stopped 18:16 | 7:5 | 12:13 | **1** | |
| straight 15:7 | term 6:6,22 7:2 | use 7:2 | 11:44 1:12 2:5 | |
| Street 1:23 | testimony 21:5,8 | usual 6:1 9:17 | 15-062114 1:3 | |
| strike 19:23 | thing 12:24 | usually 6:9 | | |
| 20:10 | things 5:23 | | **2** | |
| struck 16:17 | think 5:17 8:6 | **V** | 2015 1:10 | |
| struggling 15:16 | Third 3:8 | verbal 19:8 | 2685 2:10 | |
| | | 20:22 | | |

**CITY 00816**