```
 1            IN THE UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF MISSOURI
 2                     EASTERN DIVISION

 3   JODY LOMBARDO AND BRYAN      )
     GILBERT,                     )
 4                                )
     Plaintiffs,                  )
 5                                )
     vs.                          )Cause No. 4:16-cv-01637-NCC
 6                                )
     SAINT LOUIS CITY, ET AL.,    )
 7                                )
     Defendants.                  )
 8

 9

10

11
            VIDEOTAPED DEPOSITION OF DR. JANE TURNER
12

13

14          Taken on behalf of Plaintiffs

15               May 29, 2018

16

17

18         ALARIS LITIGATION SERVICES
              711 N. 11TH STREET
19           ST. LOUIS, MO 63101
               (314) 644-2191
20

21

22

23

24

25
```

**PLAINTIFF'S EXHIBIT 16**

```
 1      A     I don't know.
 2      Q     Okay.  Were you generally told that there
 3   were three to four officers at a time restraining
 4   Mr. Gilbert on the ground?
 5      A     Yes.
 6      Q     And that they took turns, they'd get tired
 7   and somebody else would replace the next one?
 8      A     Yes.
 9      Q     And is it your understanding -- well, were
10   you told that they continued to hold him on the ground
11   prone after he was handcuffed and had his legs bound?
12      A     Yes.
13      Q     Okay.  And you said the whole incident, your
14   understanding, was less than five minutes; right?
15      A     That's my impression.
16      Q     Okay.  In any event, in your report, you
17   indicate that forcible restraint is one of the causes
18   of death; right?
19      A     It's combined with Mr. Gilbert's heart
20   disease and high concentration of methamphetamine in
21   his blood.
22      Q     Okay.  And just to be specific; so you've
23   listed three different things under immediate cause of
24   death; correct?
25      A     Yes.
```

1        Q     And one of them is heart disease; correct?
2        A     Yes.
3        Q     Another one is methamphetamine use; correct?
4        A     Yes.
5        Q     And the other one is forcible restraint;
6    correct?
7        A     Yes.
8        Q     And so we agree -- we both agree that
9    forcible restraint contributed to cause his death;
10   correct?
11       A     Yes.
12       Q     And what is forcible restraint?  What do you
13   mean when you use those words?
14       A     What I mean by forcible restraint is that
15   there is a struggle involved in which the individual
16   is combating with the people trying to restrain him or
17   her.
18       Q     Okay.  And in this case, you were aware the
19   forcible restraint involved someone being in the prone
20   position; correct?
21       A     Yes.
22       Q     And with their hands cuffed behind -- his
23   hands cuffed behind his back?
24       A     Yes.
25       Q     And with his legs bound?