# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1469

Jody Lombardo and Bryan Gilbert

Appellants

v.

City of St. Louis, et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:16-cv-01637-NCC)

---

## ORDER

Pursuant to the order of the U.S. Supreme Court, dated June 28, 2021, and the U.S.

Supreme Court's mandate of July 30, 2021, this court's judgment, dated April 20, 2020, is

vacated, the mandate is hereby recalled, and the case is reopened.

July 30, 2021

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____

/s/ Michael E. Gans