# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 19-1469

Jody Lombardo and Bryan Gilbert

Appellants

v.

City of St. Louis, et al.

Appellees

---

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:16-cv-01637-NCC)

---

## ORDER

The motion for supplemental briefing and argument is denied.

September 03, 2021

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
　　　/s/ Michael E. Gans